```
<DOCUMENT>
<TYPE>424B5
<SEQUENCE>1
<FILENAME>v11898b5e424b5.txt
<DESCRIPTION>CWMBS, INC. - REGISTRATION NO.333-125963
<TEXT>
<PAGE>
```

As filed pursuant to Rule 424(b)(5)
under the Securities Act of 1933
Registration No. 333-125963

PROSPECTUS SUPPLEMENT

(TO PROSPECTUS DATED JULY 25, 2005)

$983,059,554
(APPROXIMATE)

CWMBS, INC.
DEPOSITOR

[COUNTRYWIDE HOME LOANS LOGO]
SELLER

COUNTRYWIDE HOME LOANS SERVICING LP
MASTER SERVICER

CHL MORTGAGE PASS-THROUGH TRUST 2005-21
ISSUER

DISTRIBUTIONS PAYABLE MONTHLY, BEGINNING SEPTEMBER 26, 2005

The following classes of certificates are being offered pursuant to this
prospectus supplement and the accompanying prospectus:

```
<Table>
<Caption>
```

| | INITIAL CLASS CERTIFICATE BALANCE | PASS-THROUGH RATE | | INITIAL CLASS CERTIFICATE BALANCE | PASS-THROUGH RATE |
|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> |
| Class A-1 | $ 20,000,000 | 5.50% | Class A-26 | $ 4,000,000 | 5.50% |
| Class A-2 | $ 350,000,000 | 5.50% | Class A-27 | $ 1,501,000 | 5.50% |
| Class A-3 | $ 21,000,000 | 5.50% | Class A-28 | $ 663,000 | 5.50% |
| Class A-4 | $ 3,174,000 | 5.50% | Class A-29 | $ 671,000 | 5.50% |
| Class A-5 | $ 4,503,000 | 5.50% | Class A-30 | $ 774,000 | 5.50% |
| Class A-6 | $ 1,987,000 | 5.50% | Class A-31 | $ 864,000 | 5.50% |
| Class A-7 | $ 2,015,000 | 5.50% | Class A-32 | $ 757,000 | 5.50% |
| Class A-8 | $ 2,322,000 | 5.50% | Class A-33 | $ 20,027,000 | 5.50% |
| Class A-9 | $ 2,590,000 | 5.50% | Class A-34 | $ 13,267,000 | 5.50% |
| Class A-10 | $ 2,273,000 | 5.50% | Class A-35 | $ 16,686,000 | 5.50% |
| Class A-11 | $ 32,321,142 | Variable | Class A-36 | N/A | 5.50% |
| Class A-12 | $ 8,814,858 | Variable | Class A-37 | $ 37,729,000 | 5.50% |
| Class A-13 | $ 42,000,000 | 5.50% | Class A-38 | $ 15,000,000 | 5.50% |
| Class A-14 | $ 37,792,000 | 5.50% | Class A-39 | $ 10,000,000 | 5.50% |
| Class A-15 | $ 5,412,000 | 5.50% | Class A-40 | $ 1,854,000 | 5.50% |
| Class A-16 | $ 25,098,000 | 5.00% | Class 2-A-1 | $ 13,500,000 | 5.50% |
| Class A-17 | $ 79,641,000 | 5.50% | Class 2-A-2 | $ 111,190,000 | 5.50% |
| Class A-18 | $ 2,800,000 | 5.50% | Class 2-A-3 | $ 22,749,000 | 5.50% |
| Class A-19 | $ 2,800,000 | 5.50% | Class 2-A-4 | $ 1,500,000 | 5.50% |
| Class A-20 | $ 2,800,000 | 5.50% | Class PO | $ 3,022,454 | N/A |
| Class A-21 | $ 2,800,000 | 5.50% | Class A-R | $ 100 | 5.50% |
| Class A-22 | $ 3,335,000 | 5.50% | Class M | $ 27,171,000 | 5.50% |
| Class A-23 | $ 4,500,000 | 5.50% | Class B-1 | $ 6,422,000 | 5.50% |
| Class A-24 | $ 4,770,000 | 5.50% | Class B-2 | $ 2,964,000 | 5.50% |
| Class A-25 | $ 6,000,000 | 5.50% | | | |

```
</Table>
```

<Table>
<S>                                    <C>

CONSIDER CAREFULLY THE RISK            The Class PO Certificates are principal only certificates
FACTORS BEGINNING ON PAGE              and the Class A-36 Certificates are interest only notional
S-7 IN THIS PROSPECTUS                 amount certificates. The pass-through rates for the Class
SUPPLEMENT AND ON PAGE 5 IN            A-11 and Class A-12 Certificates are calculated as described
THE PROSPECTUS.                        under "Description of the Certificates -- Interest" in this
                                       prospectus supplement.
                                       The assets of the trust will consist primarily of a pool
                                       consisting of two loan groups of 30-year conventional
                                       fixed-rate mortgage loans secured by first liens on one- to
                                       four-family residential properties.

</Table>


THESE SECURITIES HAVE NOT BEEN APPROVED OR DISAPPROVED BY THE SECURITIES AND
EXCHANGE COMMISSION OR ANY STATE SECURITIES COMMISSION NOR HAS THE SECURITIES
AND EXCHANGE COMMISSION OR ANY STATE SECURITIES COMMISSION PASSED UPON THE
ACCURACY OR ADEQUACY OF THIS PROSPECTUS SUPPLEMENT OR THE PROSPECTUS. ANY
REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.


Greenwich Capital Markets, Inc. will offer the Class A and Class 2-A
Certificates and UBS Securities LLC will offer the Class M, Class B-1 and Class
B-2 Certificates to the public at varying prices to be determined at the time of
sale. The proceeds to the depositor from the sale of these classes of
certificates are expected to be approximately $977,316,949, plus accrued
interest, before deducting expenses. The Class PO
Certificates will not be purchased by Greenwich Capital Markets, Inc. or UBS
Securities LLC. They will be transferred to the seller on or about August 30,
2005 as partial consideration for the sale of the mortgage loans to the
depositor. See "Method of Distribution."


RBS GREENWICH CAPITAL                                    UBS INVESTMENT BANK
August 25, 2005
<PAGE>
                          TABLE OF CONTENTS

<TABLE>
<CAPTION>
PROSPECTUS SUPPLEMENT                                     PAGE
---------------------                                    ----
<S>                                                      <C>
Summary...............................................    S-3
Risk Factors..........................................    S-7
The Mortgage Pool.....................................   S-14
Servicing of Mortgage Loans...........................   S-36
Description of the Certificates.......................   S-41
Yield, Prepayment and Maturity Considerations.........   S-62
Credit Enhancement....................................   S-90
Use of Proceeds.......................................   S-90
Material Federal Income Tax Consequences..............   S-90
Other Taxes...........................................   S-92
ERISA Considerations..................................   S-92
Method of Distribution................................   S-94
Legal Matters.........................................   S-94
Ratings...............................................   S-94
Principal Balance Schedules...........................   S-95
</TABLE>


<TABLE>
<CAPTION>
PROSPECTUS                                               PAGE
----------                                               ----
<S>                                                      <C>
Important Notice About Information in This Prospectus and Each
    Accompanying Prospectus Supplement...................    4
Risk Factors.............................................    5
The Trust Fund...........................................   14
Use of Proceeds..........................................   26
The Depositor............................................   27
Mortgage Loan Program....................................   27
Description of the Certificates..........................   30
Credit Enhancement.......................................   46
Yield and Prepayment Considerations......................   51
The Pooling and Servicing Agreement......................   52
Certain Legal Aspects of the Mortgage Loans..............   69
Material Federal Income Tax Consequences.................   77
Other Tax Considerations.................................  103
ERISA Considerations.....................................  103
Legal Investment.........................................  106
Method of Distribution...................................  107
Legal Matters............................................  108
Financial Information....................................  108
Rating...................................................  108
Index to Defined Terms...................................  110
</TABLE>

                              S-2

<PAGE>
                             SUMMARY

This summary highlights selected information from this document and does not
contain all of the information that you need to consider in making your
investment decision. To understand all of the terms of an offering of the

certificates, read carefully this entire document and the accompanying prospectus.

OFFERED CERTIFICATES

CHL Mortgage Pass-Through Trust 2005-21 will issue fifty-two classes of certificates, forty-nine of which are being offered by this prospectus supplement and the accompanying prospectus. The assets of the trust fund that will support both the offered certificates and other classes of certificates will consist, on the closing date, of a pool of mortgage loans with an aggregate stated principal balance of approximately $915,217,274, as of August 1, 2005 and certain other property and assets described in this prospectus supplement. The mortgage loans will consist primarily of 30-year conventional fixed-rate mortgage loans secured by first liens on one- to four-family residential properties.

The mortgage pool consists of two loan groups. Loan group 1 will consist of mortgage loans expected to have an aggregate stated principal balance of approximately $767,740,416 as of the initial cut-off date. Loan group 2 will consist of mortgage loans expected to have an aggregate stated principal balance of approximately $147,476,858 as of the initial cut-off date.

The following chart lists certain characteristics of the classes of the offered certificates. The classes of certificates listed below will not be offered unless they are assigned the following ratings by Fitch Ratings ("Fitch") and by Moody's Investors Service, Inc. ("Moody's"):

| CLASS | FITCH RATING | MOODY'S RATING | TYPE |
|-------|--------|--------|------|
| Class A-1 | AAA | Aaa | Senior |
| Class A-2 | AAA | Aaa | Senior/Super Senior |
| Class A-3 | AAA | Aa1 | Senior/Support |
| Class A-4 | AAA | Aaa | Senior/Companion |
| Class A-5 | AAA | Aaa | Senior/Companion |
| Class A-6 | AAA | Aaa | Senior/Companion |
| Class A-7 | AAA | Aaa | Senior/Companion |
| Class A-8 | AAA | Aaa | Senior/Companion |
| Class A-9 | AAA | Aaa | Senior/Companion |
| Class A-10 | AAA | Aaa | Senior/Companion |
| Class A-11 | AAA | Aaa | Senior/Floating Rate/Companion |
| Class A-12 | AAA | Aaa | Senior/Inverse Floating Rate/ Companion |
| Class A-13 | AAA | Aaa | Senior/Planned Balance |
| Class A-14 | AAA | Aaa | Senior/Planned Balance |
| Class A-15 | AAA | Aaa | Senior/Planned Balance |
| Class A-16 | AAA | Aaa | Senior/Planned Balance |
| Class A-17 | AAA | Aaa | Senior |
| Class A-18 | AAA | Aaa | Senior |
| Class A-19 | AAA | Aaa | Senior |
| Class A-20 | AAA | Aaa | Senior |
| Class A-21 | AAA | Aaa | Senior |
| Class A-22 | AAA | Aaa | Senior |
| Class A-23 | AAA | Aaa | Senior |
| Class A-24 | AAA | Aaa | Senior/Companion |
| Class A-25 | AAA | Aaa | Senior/Targeted Balance/Companion |
| Class A-26 | AAA | Aaa | Senior/Companion |
| Class A-27 | AAA | Aaa | Senior/Companion |
| Class A-28 | AAA | Aaa | Senior/Companion |
| Class A-29 | AAA | Aaa | Senior/Companion |
| Class A-30 | AAA | Aaa | Senior/Companion |
| Class A-31 | AAA | Aaa | Senior/Companion |
| Class A-32 | AAA | Aaa | Senior/Companion |
| Class A-33 | AAA | Aaa | Senior/Planned Balance |
| Class A-34 | AAA | Aaa | Senior/Planned Balance |
| Class A-35 | AAA | Aaa | Senior/NAS/Super Senior |
| Class A-36 | AAA | Aaa | Senior/Interest Only/Notional Amount |
| Class A-37 | AAA | Aaa | Senior |
| Class A-38 | AAA | Aaa | Senior |
| Class A-39 | AAA | Aaa | Senior |
| Class A-40 | AAA | Aaa | Senior/NAS/Support |
| Class 2-A-1 | AAA | Aaa | Senior/NAS/Super Senior |
| Class 2-A-2 | AAA | Aaa | Senior |
| Class 2-A-3 | AAA | Aaa | Senior |
| Class 2-A-4 | AAA | Aaa | Senior/NAS/Support |
| Class PO | AAA | Aaa | Senior/Principal Only/Component |
| Class A-R | AAA | Aaa | Senior/Residual |
| Class M | AA | * | Subordinate |
| Class B-1 | A | * | Subordinate |
| Class B-2 | BBB | * | Subordinate |

----------
*    Moody's was not asked to rate these certificates.

S-3

<PAGE>

A rating is not a recommendation to buy, sell or hold securities. These ratings may be lowered or withdrawn at any time by either of the rating agencies.

See "Ratings" in this prospectus supplement.

See "Description of the Certificates -- General" and "--Book-Entry Certificates" in this prospectus supplement and "The Mortgage Pool" in this prospectus supplement, and "The Trust Fund -- The Mortgage Loans -- General" in the prospectus.

RELATIONSHIP BETWEEN THE LOAN GROUPS AND THE CERTIFICATE GROUPS

The Class A Certificates without a numerical prefix are sometimes referred to in this prospectus supplement as the group 1 senior certificates and the senior certificates with a "2" prefix are sometimes referred to in this prospectus supplement as the group 2 senior certificates. The Class PO Certificates and the subordinated certificates correspond to the mortgage loans in each loan group. The certificates generally receive distributions based on principal and interest collected from the mortgage loans in the corresponding loan group or loan groups.

CUT-OFF DATE

For any mortgage loan included in the trust fund on the closing date, the later of August 1, 2005 and the date of origination for that mortgage loan (either of these dates is sometimes referred to in this prospectus supplement as the initial cut-off date). For any mortgage loan conveyed to the trust fund after the closing date, the later of the origination date for that mortgage loan and the first day of the month of the conveyance to the trust fund.

CLOSING DATE

On or about August 30, 2005.

DEPOSITOR

CWMBS, Inc. is a limited purpose finance subsidiary of Countrywide Financial Corporation. Its address is 4500 Park Granada, Calabasas, California 91302, and its telephone number is (818) 225-3000.

SELLERS

Countrywide Home Loans, Inc. will be the seller of a portion of the mortgage loans. The remainder of the mortgage loans will be sold directly to the depositor by one or more special purpose entities that were established by Countrywide Financial Corporation or one of its subsidiaries which, in turn, acquired those mortgage loans directly from Countrywide Home Loans, Inc.

MASTER SERVICER

Countrywide Home Loans Servicing LP.

TRUSTEE

The Bank of New York.

DISTRIBUTION DATES

We will make distributions on the 25th day of each month. If the 25th day of a month is not a business day, then we will make distributions on the next business day. The first distribution is scheduled for September 26, 2005.

RECORD DATE

The record date for any distribution date will be the last business day of the month preceding the month of that distribution date.

INTEREST PAYMENTS

Interest will accrue at the rate specified on the cover page hereof or as described in this prospectus supplement, on each interest-bearing class of certificates on the basis of a 360-day year divided into twelve 30-day months.

The interest accrual period for the interest-bearing classes of certificates for any distribution date will be the calendar month before the distribution date. See "Description of the Certificates -- Interest" in this prospectus supplement.

PRINCIPAL PAYMENTS

Principal will be paid on each class of certificates entitled to receive principal payments on each distribution date as described in this prospectus supplement beginning at page S-47.

See "Description of the Certificates -- Principal" in this prospectus supplement.

S-4

<PAGE>
OPTIONAL TERMINATION

The master servicer may purchase all of the remaining assets of the trust fund after the aggregate stated principal balance of the mortgage loans and real estate owned by the trust fund is less than or equal to 10% of the sum of the aggregate stated principal balance of the closing date mortgage loans as of the

initial cut-off date plus any amount deposited in the supplemental loan account on the closing date.

See "Description of the Certificates -- Optional Termination" in this prospectus supplement.

SUPPLEMENTAL LOAN AND CAPITALIZED INTEREST ACCOUNTS

If the aggregate stated principal balance of the mortgage loans in each loan group transferred to the trust fund on the closing date (these mortgage loans are referred to in this prospectus supplement as the closing date mortgage loans) is less than $832,000,000 for loan group 1 and $156,000,000 for loan group 2, an amount equal to the difference between those amounts and the aggregate stated principal balance of the closing date mortgage loans in the related loan group will be deposited in a supplemental loan account to be used through September 30, 2005 to purchase supplemental mortgage loans. This amount will be allocated between the loan groups such that the sum of the amount deposited in the supplemental loan account for a loan group plus the aggregate stated principal balance of the mortgage loans in that loan group on the closing date equals the amount specified for that loan group in the preceding sentence. Any amounts not used for that purpose will be paid to holders of the senior certificates related to that loan group as a prepayment of principal no later than the October 2005 distribution date.

Because some of the mortgage loans in a loan group may not be acquired by the trust fund until after the closing date, there may not be sufficient interest collections from mortgage loans in that loan group to pay all the interest due on the certificates related to that loan group on the first and possibly the second distribution dates. If a supplemental loan account is funded, a capitalized interest account will be established and funded on the closing date to cover those shortfalls.

See "The Mortgage Pool -- Conveyance of Supplemental Mortgage Loans" in this prospectus supplement.

COLLECTION ACCOUNT; PRIORITY OF DISTRIBUTIONS

On each distribution date, amounts available from both loan group 1 and loan group 2 to make distributions on the related classes of certificates will be applied in the following order of priority:

(1)   to interest on the interest-bearing classes of the senior certificates relating to that loan group;

(2)   to principal of the classes and components of the senior certificates relating to that loan group in the manner, order and priority described under "Description of the Certificates-- Principal" in this prospectus supplement;

(3)   to any deferred amounts payable on the Class PO Component relating to that loan group, as described under "Description of the Certificates-- Principal" in this prospectus supplement; and

(4)   from remaining available funds from both loan groups, to interest on and then principal of each class of subordinated certificates, in the order of their numerical class designations, beginning with the Class M Certificates, as described under "Description of the Certificates -- Interest" and " -- Principal" in this prospectus supplement.

ADVANCES

The master servicer will make cash advances with respect to delinquent payments of principal and interest on the mortgage loans to the extent the master servicer reasonably believes that the cash advances can be repaid from future payments on the mortgage loans. These cash advances are only intended to maintain a regular flow of scheduled interest and principal payments on the certificates and are not intended to guarantee or insure against losses.

See "Servicing of Mortgage Loans -- Advances" in this prospectus supplement.

CREDIT ENHANCEMENT

The issuance of senior certificates and subordinated certificates by the trust fund is designed to increase the likelihood that senior certificateholders will receive regular payments of interest and principal.

SUBORDINATION

The senior certificates will have a payment priority over the subordinated certificates. Within the classes

S-5

<PAGE>
of subordinated certificates offered by this prospectus supplement, the Class M Certificates will have payment priority over the Class B-1 and Class B-2 Certificates, and the Class B-1 Certificates will have a payment priority over the Class B-2 Certificates. The Class B-3, Class B-4 and Class B-5 Certificates, which are not being offered to the public, also will be subordinated to all of the other certificates, in that order, with the Class B-5 Certificates having the lowest priority of payment.

Subordination is designed to provide the holders of certificates with a higher payment priority with protection against losses realized when the remaining unpaid principal balance on a mortgage loan exceeds the amount of proceeds

recovered upon the liquidation of that mortgage loan. In general, this loss protection is accomplished by allocating the realized losses on the mortgage loans in a loan group among the subordinated certificates, beginning with the subordinated certificates with the lowest payment priority, until the aggregate class certificate balance of the subordinated certificates is reduced to zero. If the aggregate class certificate balance of the subordinated certificates has been reduced to zero, any realized losses on the mortgage loans in a loan group will then be allocated to the senior certificates (other than the notional amount certificates) related to that loan group, pro rata, except that (x) the realized losses on the mortgage loans in loan group 1 that would otherwise be allocated to (i) the Class A-2 Certificates will instead be allocated to the Class A-3 Certificates and (ii) the Class A-35 Certificates will instead by allocated to the Class A-40 Certificates and (y) realized losses on the mortgage loans in loan group 2 that would otherwise be allocated to the Class 2-A-1 Certificates will instead be allocated to the Class 2-A-4 Certificates.

See "Description of the Certificates -- Allocation of Losses" in this prospectus supplement and "Credit Enhancement -- Subordination" in this prospectus supplement and in the prospectus.

TAX STATUS

For federal income tax purposes, the trust fund (exclusive of the supplemental loan account and the capitalized interest account) will consist of one or more REMICs: one or more underlying REMICs (if any) and the master REMIC. The assets of the lowest underlying REMIC in this tiered structure (or the master REMIC if there are no underlying REMICs) will consist of the mortgage loans and any other assets designated in the pooling and servicing agreement. The master REMIC will issue several classes of certificates, which, other than the Class A-R Certificates, will represent the regular interests in the master REMIC. The Class A-R Certificates will represent ownership of both the residual interest in the master REMIC and the residual interests in any underlying REMICs.

See "Material Federal Income Tax Consequences" in this prospectus supplement and in the prospectus.

ERISA CONSIDERATIONS

The offered certificates (other than the Class PO and Class A-R Certificates) may be purchased by a pension or other benefit plan subject to the Employee Retirement Income Security Act of 1974, as amended, or Section 4975 of the Internal Revenue Code of 1986, as amended, or by an entity investing the assets of such a benefit plan, so long as certain conditions are met.

See "ERISA Considerations" in this prospectus supplement and in the prospectus.

LEGAL INVESTMENT

The senior certificates and the Class M Certificates will be mortgage related securities for purposes of the Secondary Mortgage Market Enhancement Act of 1984 as long as they are rated in one of the two highest rating categories by at least one nationally recognized statistical rating organization. The Class B-1 and Class B-2 Certificates will not be rated in one of the two highest rating categories by a nationally recognized statistical rating organization, and therefore, will not be mortgage related securities for purposes of that Act.

See "Legal Investment" in the prospectus.

                                    S-6
<PAGE>
                              RISK FACTORS

THE FOLLOWING INFORMATION, WHICH YOU SHOULD CAREFULLY CONSIDER, IDENTIFIES SIGNIFICANT SOURCES OF RISK ASSOCIATED WITH AN INVESTMENT IN THE CERTIFICATES. YOU SHOULD ALSO CAREFULLY CONSIDER THE INFORMATION UNDER "RISK FACTORS" BEGINNING ON PAGE 5 IN THE PROSPECTUS.

<TABLE>
<S>                                 <C>
YOUR YIELD WILL BE AFFECTED BY      Borrowers may, at their option, prepay their
PREPAYMENTS                         mortgage loans in whole or in part at any time.
                                    We cannot predict the rate at which borrowers
                                    will repay their mortgage loans. A prepayment
                                    of a mortgage loan, however, will usually
                                    result in a prepayment on the certificates.

                                    The rate and timing of prepayment of the
                                    mortgage loans will affect the yields to
                                    maturity and weighted average lives of the
                                    certificates. Any reinvestment risks from
                                    faster or slower prepayments of mortgage loans
                                    will be borne entirely by the holders of the
                                    certificates.

                                    -    If you purchase principal only
                                         certificates or you purchase your
                                         certificates at a discount and
                                         principal is repaid slower than you
                                         anticipate, then your yield may be
                                         lower than you anticipate.

                                    -    If you purchase notional amount
                                         certificates or you purchase your
                                         certificates at a premium and

principal is repaid faster than you anticipate, then your yield may be lower than you anticipate.

- If you purchase notional amount certificates and principal is repaid faster than you anticipated, you may lose your initial investment.

- Approximately 0.96% and 0.29% of the initial mortgage loans in loan group 1 and loan group 2, respectively, by aggregate stated principal balance of the initial mortgage loans in the related loan group as of the initial cut-off date, require (and certain of the other mortgage loans may require) the mortgagor to pay a charge if the mortgagor prepays the mortgage loan during periods of up to five years after the mortgage loan was originated. A prepayment charge may discourage a mortgagor from prepaying the mortgage loan during the applicable period. Prepayment charges will not be available for distribution to the certificateholders.

- In addition, the yields to maturity and weighted average lives of the certificates will be affected by any prepayment resulting from the distribution of amounts (if any) on deposit in the supplemental loan account.

- The Class PO Certificates will likely receive a prepayment of principal on either the first or second distribution date.

</TABLE>

S-7

<PAGE>
<TABLE>
<S>                                  <C>
                                     See "Yield, Prepayment and Maturity
                                     Considerations" in this prospectus supplement
                                     for a description of factors that may influence
                                     the rate and timing of prepayments on the
                                     mortgage loans.

YOUR YIELD MAY BE AFFECTED BY        Approximately 26.41% of the initial mortgage
THE INTEREST-ONLY FEATURE OF         loans in loan group 1 by aggregate stated
SOME OF THE MORTGAGE LOANS           principal balance of the initial mortgage loans
                                     in loan group 1 as of the initial cut-off date
                                     require, and at the end of the conveyance
                                     period, not more than 25.00% of the mortgage
                                     loans in loan group 1 by aggregate stated
                                     principal balance of the mortgage loans in loan
                                     group 1 as of the cut-off date will require,
                                     monthly payments of only accrued interest for
                                     the first ten years after origination. During
                                     the interest only period, the borrower is not
                                     required to pay any principal on the borrower's
                                     loan and therefore, less principal will be
                                     available for distribution to
                                     certificateholders than if the mortgage loans
                                     amortized as of their first payment dates. In
                                     addition, assuming that borrowers of interest
                                     only mortgage loans make only their required
                                     monthly payments, at the end of the interest
                                     only period, interest only mortgage loans will
                                     have larger outstanding principal balances than
                                     mortgage loans with the same note rate and
                                     original principal balance that amortize as of
                                     their first payment date. Accordingly, interest
                                     only mortgage loans may have a higher risk of
                                     default after the interest only period due to
                                     the increased monthly payment necessary to
                                     amortize fully the mortgage loan over its
                                     remaining term to maturity.

                                     During the interest only period, these mortgage
                                     loans may be less likely to prepay since the
                                     perceived benefits from refinancing may be less
                                     than if the mortgage loans were fully
                                     amortizing. As the interest only period
                                     approaches its end, however, these mortgage
                                     loans may be more likely to be refinanced in
                                     order to avoid higher monthly payments
                                     necessary to amortize fully the mortgage loans.
                                     Investors should consider the fact that during

their interest only periods, the monthly payments due on these mortgage loans only cover the current interest due on the mortgage loans. As a result, the monthly payment on an interest only loan with the same mortgage rate and monthly payment as a mortgage loan that is fully amortizing as of its first payment date would support a higher principal balance than that of the fully amortizing mortgage loan.

| | |
|---|---|
| THE YIELDS ON THE CLASS A-11 AND CLASS A-12 CERTIFICATES WILL BE AFFECTED BY THE LEVEL OF LIBOR | The pass-through rate on the Class A-11 Certificates will be based on plus a margin, subject to a cap. The pass-through rate on the Class A-12 Certificates will be based on a fixed rate minus a multiple of LIBOR. The yields on the Class A-11 and Class A-12 Certificates will be affected by the level of LIBOR. If the level of LIBOR is different than the level you expect, then your yields on the Class A-11 and Class A-12 Certificates may be lower than you expect. The pass-through rate on the Class A-12 Certificates may be as little as 0%. |
| YOUR YIELD WILL BE AFFECTED BY HOW DISTRIBUTIONS ARE ALLOCATED TO THE CERTIFICATES </TABLE> | The timing of principal payments on the certificates will be affected by a number of factors, including: |

S-8

<PAGE>
<TABLE>
<S>                                 <C>

- the extent of prepayments on the mortgage loans in the related loan group, in the case of the interest-bearing senior certificates, and on all of the mortgage loans, in the case of the Class PO Certificates and the subordinated certificates,

- how payments of principal are allocated among the classes of certificates as specified on page S-47,

- whether the master servicer exercises its right, in its sole discretion, to terminate the trust fund,

- the rate and timing of payment defaults and losses on the mortgage loans in the related loan group, in the case of the interest-bearing senior certificates, and all of the mortgage loans, in the case of the Class PO Certificates and the subordinated certificates,

- repurchases of mortgage loans in the related loan group, in the case of the interest-bearing senior certificates, and all of the mortgage loans, in the case of the Class PO Certificates and the subordinated certificates, for material breaches of representations and warranties, and

- if funds are required to be deposited in the supplemental loan account on the closing date, by the availability of supplemental mortgage loans.

Since distributions on the certificates are dependent upon the payments on the applicable mortgage loans, we cannot guarantee the amount of any particular payment or the amount of time that will elapse before the trust fund is terminated.

See "Description of the Certificates -- Principal," and "-- Optional Termination" in this prospectus supplement for a description of the manner in which principal will be paid to the certificates. See "The Mortgage Pool -- Assignment of the Mortgage Loans" in this prospectus supplement for more information regarding the repurchase or substitution of mortgage loans.

| | |
|---|---|
| CREDIT ENHANCEMENT MAY NOT BE SUFFICIENT PROTECT SENIOR CERTIFICATES FROM LOSSES | TO The certificates are not insured by any financial guaranty insurance policy. The subordination features are intended to enhance |

the likelihood that senior certificateholders will receive regular payments of interest and principal.

SUBORDINATION. Credit enhancement will be provided for the certificates, first, by the right of the holders of certificates to receive payments of principal before the classes subordinated to them and, second, by the allocation of realized losses to subordinated classes in the reverse order of their priority of payment. This form of credit enhancement uses collections on the mortgage loans otherwise payable to holders of subordinated classes to pay amounts due on more senior classes. Collections otherwise payable to subordinated classes comprise the sole

</TABLE>

                                    S-9

<PAGE>
<TABLE>
<S>                                 <C>
                                    source of funds from which this type of credit enhancement is provided. Realized losses are allocated to the subordinated certificates in the reverse order of their priority of payment, beginning with the subordinated certificates then outstanding with the lowest payment priority, until the principal balance of each class of subordinated certificates has been reduced to zero. However, (x) the realized losses on the mortgage loans in loan group 1 that would otherwise be allocated to (i) the Class A-2 Certificates will instead be allocated to the Class A-3 Certificates and (ii) the Class A-35 Certificates will instead be allocated to the Class A-40 Certificates and (y) the realized losses on the mortgage loans in loan group 2 that would otherwise be allocated to the Class 2-A-1 Certificates will instead be allocated to the Class 2-A-4 Certificates. Investors in the Class A-2 Certificates should note that the initial class certificate balance of the Class A-3 Certificates is only $21,000,000, while the initial class certificate balance of the Class A-2 Certificates is $350,000,000. Investors in the Class A-35 Certificates should note that the initial class certificate balance of the Class A-40 Certificates is only $1,854,000, while the initial class certificate balance of the Class A-35 Certificates is $16,686,000. Investors in the Class 2-A-1 Certificates should note that the initial class certificate balance of the Class 2-A-4 Certificates is only $1,500,000, while the initial class certificate balance of the Class 2-A-1 Certificates is $13,500,000. Accordingly, if the aggregate principal balance of each subordinated class were to be reduced to zero, delinquencies and defaults on the mortgage loans would reduce the amount of funds available for monthly distributions to holders of the related senior certificates. The payment priority for the Class B-1, Class B-2, Class B-3, Class B-4 and Class B-5 Certificates is in numerical order.

                                    See "Description of the Certificates -- Allocation of Losses" in this prospectus supplement and "Credit Enhancement -- Subordination" in this prospectus supplement and in the prospectus.

ALL REALIZED LOSSES WILL BE          Previous securitization trusts formed by the
ALLOCATED FIRST TO                   depositor allocated portions of some losses,
SUBORDINATED CERTIFICATES            such as special hazard losses, bankruptcy losses, and fraud losses in excess of the amounts set forth in the related prospectus supplement, proportionately to each class of certificates instead of first to the subordinated certificates. All realized losses with respect to the mortgage loans to be conveyed to the securitization trust described in this prospectus supplement will be allocated first to the subordinated certificates.

                                    See "Description of the Certificates -- Allocation of Losses" in this prospectus supplement, and "Credit Enhancement -- Subordination" in this prospectus supplement and in the prospectus.

CERTAIN INTEREST SHORTFALLS          When a borrower makes a full or partial

| WILL BE ALLOCATED TO THE CERTIFICATES | prepayment on a mortgage loan, the amount of interest which the borrower is required to pay may be less than the amount of interest holders of certificates related to that mortgage loan would otherwise be entitled to receive with respect to the mortgage loan. The master |

</TABLE>

S-10

<PAGE>
<TABLE>
<S>                                    <C>

servicer is required to reduce the basic master servicing fee (but not the excess master servicing fee) to offset this shortfall, but the reduction for any distribution date is limited to an amount equal to the product of one-twelfth of 0.125% and the aggregate stated principal balance of the mortgage loans. If the aggregate amount of interest shortfalls resulting from prepayments on the mortgage loans exceeds the amount of the reduction in the basic master servicing fee, the interest entitlement for each class of certificates will be reduced proportionately by the amount of this excess. As a result, the proportion of any of these shortfalls allocated to the certificates will be greater than in those Countrywide Home Loans transactions in which excess interest is certificated.

In addition, your certificates may be subject to certain shortfalls in interest collections arising from the application of the Servicemembers Civil Relief Act and similar state laws (referred to in this prospectus supplement as the Relief Act). The Relief Act provides relief to borrowers who enter active military service and to borrowers in reserve status who are called to active duty after the origination of their mortgage loan. The Relief Act provides generally that these borrowers may not be charged interest on a mortgage loan in excess of 6% per annum during the period of the borrower's active duty. These shortfalls are not required to be paid by the borrower at any future time, will not be offset by a reduction to the basic master servicing fee or, unlike in those Countrywide Home Loans transactions in which excess interest is certificated, to the excess master servicing fee, and will reduce accrued interest on each related class of certificates on a pro rata basis. In addition, the Relief Act imposes certain limitations that would impair the master servicer's ability to foreclose on an affected mortgage loan during the borrower's period of active service and, under some circumstances, during an additional period thereafter.

| POSSIBLE PREPAYMENT DUE TO INABILITY TO ACQUIRE SUPPLEMENTAL MORTGAGE LOANS | The ability of the trust fund to acquire supplemental mortgage loans depends on the ability of Countrywide Home Loans to originate or acquire supplemental mortgage loans during the period ending no later than the last day of the calendar month following the month in which the closing date occurs that meet the eligibility criteria for supplemental mortgage loans described in this prospectus supplement. Generally, the ability of Countrywide Home Loans to originate or acquire eligible supplemental mortgage loans will be affected by a number of factors including prevailing interest rates, employment levels and economic conditions. |

If any of the amounts on deposit in the supplemental loan account allocated to purchase supplemental mortgage loans cannot be used for that purpose, those amounts will be distributed to holders of the related classes of senior certificates as a prepayment of principal no later than the second distribution date.

The ability of the trust fund to acquire supplemental mortgage loans with particular characteristics will also affect the size of the principal prepayment to the Class PO Certificates. It is expected

</TABLE>

S-11

<PAGE>

```
<TABLE>
<S>                              <C>
                                 that there will be some principal prepayment on
                                 the Class PO Certificates on either the first
                                 or second distribution date.

                                 See "Description of the Certificates --
                                 Principal" in this prospectus supplement.

CERTIFICATES MAY NOT BE          The offered certificates may not be an
APPROPRIATE FOR SOME INVESTORS   appropriate investment for investors who do not
                                 have sufficient resources or expertise to
                                 evaluate the particular characteristics of each
                                 applicable class of offered certificates. This
                                 may be the case because, among other things:

                                 -    The yield to maturity of offered
                                      certificates purchased at a price
                                      other than par will be sensitive to
                                      the uncertain rate and timing of
                                      principal prepayments on the mortgage
                                      loans in the related loan group, in
                                      the case of the interest-bearing
                                      senior certificates, and in all of
                                      the loan groups, in the case of the
                                      Class PO Certificates and the
                                      subordinated certificates;

                                 -    The rate of principal distributions
                                      on and the weighted average lives of
                                      the offered certificates will be
                                      sensitive to the uncertain rate and
                                      timing of principal prepayments on
                                      the mortgage loans in the related
                                      loan group, in the case of the
                                      interest-bearing senior certificates,
                                      and in all of the loan groups, in the
                                      case of the Class PO Certificates and
                                      the subordinated certificates, and
                                      the priority of principal
                                      distributions among the classes of
                                      certificates. Accordingly, the
                                      offered certificates may be an
                                      inappropriate investment if you
                                      require a distribution of a
                                      particular amount of principal on a
                                      specific date or an otherwise
                                      predictable stream of distributions;

                                 -    You may not be able to reinvest
                                      distributions on an offered
                                      certificate (which, in general, are
                                      expected to be greater during periods
                                      of relatively low interest rates) at
                                      a rate at least as high as the
                                      pass-through rate applicable to your
                                      certificate; or

                                 -    A secondary market for the offered
                                      certificates may not develop or
                                      provide certificateholders with
                                      liquidity of investment.

</TABLE>


                                       S-12

<PAGE>
<TABLE>
<S>                              <C>
GEOGRAPHIC CONCENTRATION         Approximately 41.80% and 40.69% of the initial
INCREASES RISK THAT              mortgage loans in loan group 1 and loan group
CERTIFICATE YIELDS COULD BE      2, respectively, by aggregate stated principal
IMPAIRED                         balance of the initial mortgage loans in that
                                 loan group as of the initial cut-off date, are
                                 secured by property in California and at the
                                 end of the conveyance period, not more than
                                 50.00% of the mortgage loans in each loan
                                 group, in each case by aggregate stated
                                 principal balance of the mortgage loans in that
                                 loan group as of their respective cut-off dates
                                 will be secured by property in California.
                                 Property in California may be more susceptible
                                 than homes located in other parts of the
                                 country to some types of uninsurable hazards,
                                 such as earthquakes, floods, mudslides and
                                 other natural disasters. In addition,

                                 -    Economic conditions in California
                                      (which may or may not affect real
                                      property values) may affect the
                                      ability of borrowers to repay their
                                      loans on time;

                                 -    Declines in the California
                                      residential real estate market may
```

reduce the values of properties located in California, which would result in an increase in the loan-to-value ratios; and

- Any increase in the market value of properties located in California would reduce the loan-to-value ratios and could, therefore, make alternative sources of financing available to the borrowers at lower interest rates, which could result in an increased rate of prepayment of the mortgage loans.

IMPACT OF WORLD EVENTS

The economic impact of the United States' military operations in Iraq, Afghanistan and other parts of the world, as well as the possibility of terrorist attacks domestically or abroad, is uncertain, but could have a material effect on general economic conditions, consumer confidence, and market liquidity. No assurance can be given as to the effect of these events on consumer confidence and the performance of the mortgage loans. Any adverse impact resulting from these events would be borne by the holders of the certificates. United States military operations may also increase the likelihood of shortfalls under the Relief Act.

YOU MAY HAVE DIFFICULTY RESELLING CERTIFICATES

No market for any of the certificates will exist before they are issued. Each underwriter intends to make a secondary market in the classes of offered certificates purchased by it, but no underwriter has any obligation to do so. We cannot assure you that a secondary market will develop or, if it develops, that it will continue. Consequently, you may not be able to sell your certificates readily or at prices that will enable you to realize your desired yield. The market values of the certificates are likely to fluctuate; these fluctuations may be significant and could result in significant losses to you.

The secondary markets for mortgage backed securities have experienced periods of illiquidity and can be expected to do so in the future. Illiquidity can have a severely adverse effect on the prices of securities that are especially sensitive to prepayment,

</TABLE>

S-13

<PAGE>
<TABLE>
<S>                            <C>
                               credit, or interest rate risk, or that have been structured to meet the investment requirements of limited categories of investors.

                               See "Risk Factors--Ability to Resell Certificates May Be Limited" in the prospectus.

</TABLE>

SOME OF THE STATEMENTS CONTAINED IN OR INCORPORATED BY REFERENCE IN THIS PROSPECTUS SUPPLEMENT AND THE ACCOMPANYING PROSPECTUS CONSIST OF FORWARD-LOOKING STATEMENTS RELATING TO FUTURE ECONOMIC PERFORMANCE OR PROJECTIONS AND OTHER FINANCIAL ITEMS. THESE STATEMENTS CAN BE IDENTIFIED BY THE USE OF FORWARD-LOOKING WORDS SUCH AS "MAY," "WILL," "SHOULD," "EXPECTS," "BELIEVES," "ANTICIPATES," "ESTIMATES," OR OTHER COMPARABLE WORDS. FORWARD-LOOKING STATEMENTS ARE SUBJECT TO A VARIETY OF RISKS AND UNCERTAINTIES THAT COULD CAUSE ACTUAL RESULTS TO DIFFER FROM THE PROJECTED RESULTS. THOSE RISKS AND UNCERTAINTIES INCLUDE, AMONG OTHERS, GENERAL ECONOMIC AND BUSINESS CONDITIONS, REGULATORY INITIATIVES AND COMPLIANCE WITH GOVERNMENTAL REGULATIONS, CUSTOMER PREFERENCES AND VARIOUS OTHER MATTERS, MANY OF WHICH ARE BEYOND OUR CONTROL. BECAUSE WE CANNOT PREDICT THE FUTURE, WHAT ACTUALLY HAPPENS MAY BE VERY DIFFERENT FROM WHAT WE PREDICT IN OUR FORWARD-LOOKING STATEMENTS.

THE MORTGAGE POOL

GENERAL

    The depositor, CWMBS, Inc., will purchase the mortgage loans in the mortgage pool from Countrywide Home Loans, Inc. and one or more other sellers affiliated with Countrywide Financial Corporation (each of which is referred to in this prospectus supplement as a seller and together they are referred to as the sellers), pursuant to a pooling and servicing agreement dated as of August 1, 2005 among the sellers, Countrywide Home Loans Servicing LP, as master servicer, the depositor and The Bank of New York, as trustee, and will cause the mortgage loans to be assigned to the trustee for the benefit of the holders of the certificates. In this prospectus supplement, mortgage loans in loan group 1

are referred to as the group 1 mortgage loans, mortgage loans in loan group 2 are referred to as the group 2 mortgage loans, and together they are referred to as the mortgage loans. The group 1 mortgage loans and the group 2 mortgage loans that are purchased by the depositor and assigned to the trustee on the closing date and that are listed in the tables in this section are referred to as the Initial Mortgage Loans. The Initial Mortgage Loans in loan group 1 and loan group 2, together with any other mortgage loans that are purchased by the depositor and assigned to the trustee for inclusion in loan group 1 and loan group 2 on the closing date are referred to as the Group 1 Closing Date Mortgage Loans and the Group 2 Closing Date Mortgage Loans, respectively.

Under the pooling and servicing agreement, Countrywide Home Loans will make certain representations, warranties and covenants to the depositor relating to, among other things, the due execution and enforceability of the pooling and servicing agreement and certain characteristics of the mortgage loans. In addition each of the sellers will represent and warrant that, prior to the sale of the related mortgage loans to the depositor, the applicable seller had good title to the mortgage loans sold by it. Subject to the limitations described in the next sentence and under "-- Assignment of the Mortgage Loans," Countrywide Home Loans (or the related seller, in the case of the representation regarding good title) will be obligated to repurchase or substitute a similar mortgage loan for any mortgage loan as to which there exists deficient documentation or as to which there has been an uncured breach of any representation or warranty relating to the characteristics of the mortgage loans that materially and adversely affects the interests of the certificateholders in that mortgage loan. Countrywide Home Loans will represent and warrant to the depositor in the pooling and servicing agreement that the mortgage loans were selected from among the outstanding one- to four-family mortgage loans in Countrywide Home Loans' portfolio as to which the representations and warranties set forth in the pooling and servicing agreement can be made and that the selection was not made in a manner intended to affect the interests of the certificateholders adversely. See "Mortgage Loan Program -- Representations by Sellers; Repurchases" in the prospectus. Under the pooling and servicing agreement, the depositor will assign all its right, title and interest in the representations, warranties and covenants (including the sellers' repurchase or substitution obligation) to the trustee for the benefit of the certificateholders. The depositor will make no representations or warranties with respect to the mortgage loans and will have no obligation to

<center>S-14</center>

<PAGE>
repurchase or substitute mortgage loans with deficient documentation or which are otherwise defective. The sellers are selling the mortgage loans without recourse and will have no obligation with respect to the certificates in their respective capacities as sellers other than the repurchase or substitution obligation described above. The obligations of the master servicer, with respect to the certificates, are limited to the master servicer's contractual servicing obligations under the pooling and servicing agreement.

The depositor believes that the information set forth in this prospectus supplement regarding the Initial Mortgage Loans as of the initial cut-off date is representative of the characteristics of the Closing Date Mortgage Loans as well as the final mortgage pool at the end of the conveyance period. However, certain Initial Mortgage Loans may prepay or may be determined not to meet the eligibility requirements for inclusion in the final mortgage pool. A limited number of mortgage loans may be added to or substituted for the Initial Mortgage Loans described in this prospectus supplement and mortgage loans will be added to each loan group, although any addition or substitution will not result in a material difference in the mortgage pool on the closing date or the final mortgage pool at the end of the conveyance period. As a result, the initial cut-off date information regarding the actual Closing Date Mortgage Loans and the final mortgage pool delivered at the end of the conveyance period will vary somewhat from the initial cut-off date information regarding the Initial Mortgage Loans presented in this prospectus supplement.

As of the initial cut-off date, the aggregate Stated Principal Balance of the Initial Mortgage Loans is expected to be approximately $915,217,274 (which is referred to as the "Initial Cut-off Date Pool Principal Balance"). These Initial Mortgage Loans have been divided into two groups of mortgage loans -- loan group 1, which is expected to have an aggregate stated principal balance as of the initial cut-off date of approximately $767,740,416 and loan group 2, which is expected to have an aggregate stated principal balance as of the initial cut-off date of approximately $147,476,858. At origination, substantially all of the Initial Mortgage Loans will have had original stated terms to maturity of 30 years. All of the mortgage loans will provide that payments are due on the first day of each month (the "Due Date").

With the exception of 351 Initial Mortgage Loans in loan group 1, constituting approximately 26.41% of the aggregate Stated Principal Balance of the Initial Mortgage Loans in loan group 1 as of the initial cut-off date, the mortgage loans provide for the amortization of the amount financed over a series of substantially equal monthly payments. The terms of the remaining Initial Mortgage Loans only require the related mortgagors to pay interest on the principal balance of the mortgage loan for the first ten years after their origination, but require that the entire principal balance of the mortgage loan be fully amortized over the related remaining term of the mortgage loan ("Interest-Only Loans"). None of the Supplemental Mortgage Loans (as defined below) will consist of Interest-Only Loans. Scheduled monthly payments made by the mortgagors on the mortgage loans (referred to as scheduled payments) either earlier or later than their scheduled Due Dates will not affect the amortization schedule or the relative application of the payments to principal and interest. Except for thirteen Initial Mortgage Loans in loan group 1 and one Initial Mortgage Loan in loan group 2 constituting approximately 0.96% and 0.29%, respectively, of the aggregate Stated Principal Balance of the Initial Mortgage

Loans in that loan group as of the initial cut-off date, the mortgagors may prepay their mortgage loans at any time without charge. Any prepayment charges received on these mortgage loans will not be distributed to certificateholders. It is expected that the Closing Date Mortgage Loans in loan group 1 and loan group 2 will be supplemented by the purchase of additional mortgage loans for that loan group (we refer to these additional mortgage loans in this prospectus supplement as the Supplemental Mortgage Loans, and the Supplemental Mortgage Loans, together with the Closing Date Mortgage Loans, are referred to as the mortgage loans) from amounts on deposit in the Supplemental Loan Account allocated to that loan group. These purchases will occur between the closing date and September 30, 2005 (this period may sometimes be referred to as the Conveyance Period).

The earliest first payment date and the earliest and latest stated maturity date of any Initial Mortgage Loan in each loan group are as follows:

| | Earliest First Payment Date | Earliest Stated Maturity Date | Latest Stated Maturity Date |
| --- | --- | --- | --- |
| Loan Group 1 | May 1, 1996 | April 1, 2026 | September 1, 2035 |
| Loan Group 2 | December 1, 2004 | November 1, 2034 | September 1, 2035 |

S-15

<PAGE>

As of the initial cut-off date, no Initial Mortgage Loan in any loan group was delinquent more than 30 days.

As of the initial cut-off date, no Initial Mortgage Loan in any loan group was subject to a buydown agreement. No Initial Mortgage Loan provides for deferred interest or negative amortization.

No Initial Mortgage Loan in any loan group had a Loan-to-Value Ratio at origination of more than 95.00%. Generally, each mortgage loan with a Loan-to-Value Ratio at origination of greater than 80% will be covered by a primary mortgage guaranty insurance policy issued by a mortgage insurance company acceptable to Fannie Mae or Freddie Mac. The policy provides coverage in an amount equal to a specified percentage times the sum of the remaining principal balance of the related mortgage loan, the accrued interest thereon and the related foreclosure expenses. The specified coverage percentage for mortgage loans with terms to maturity of between 25 and 30 years is 12% for Loan-to-Value Ratios between 80.01% and 85.00%, 25% for Loan-to-Value Ratios between 85.01% and 90.00%, 30% for Loan-to-Value Ratios between 90.01% and 95.00% and 35% for Loan-to-Value Ratios between 95.01% and 100%. The specified coverage percentage for mortgage loans with terms to maturity of up to 20 years ranges from 6% to 12% for Loan-to-Value Ratios between 80.01% to 85.00%; from 12% to 20% for Loan-to-Value Ratios between 85.01% to 90.00% and 20% to 25% for Loan-to-Value Ratios between 90.01% to 95.00%. The required coverage percentage is determined by the type, term and Loan-to-Value Ratio of the mortgage loan and may also vary based on occupancy type. However, under certain circumstances, the specified coverage level may vary from the foregoing. With respect to approximately 0.41% and 0.90% of the Initial Mortgage Loans in loan group 1 and loan group 2, respectively, in each case by aggregate Stated Principal Balance of the Initial Mortgage Loans in the related loan group as of the initial cut-off date, the lender (rather than the borrower) acquired the primary mortgage guaranty insurance and charged the related borrower an interest premium. Except for these lender acquired mortgage insurance mortgage loans, no primary mortgage guaranty insurance policy will be required with respect to any mortgage loan if maintaining the policy is prohibited by applicable law or after the date on which the related Loan-to-Value Ratio is 80% or less or, based on a new appraisal, the principal balance of the mortgage loan represents 80% or less of the new appraised value. The primary mortgage guaranty insurance policy will be maintained for the life of the lender acquired mortgage insurance mortgage loans, unless otherwise provided in the mortgage note or otherwise prohibited by law.

The "Loan-to-Value Ratio" of a mortgage loan at any given time is a fraction, expressed as a percentage, the numerator of which is the principal balance of the related mortgage loan at the date of determination and the denominator of which is,

-    in the case of a purchase, the lesser of the selling price of the mortgaged property or its appraised value at the time of sale, or

-    in the case of a refinance, the appraised value of the mortgaged property at the time of the refinance, except as described in the following sentence.

If the mortgagor is refinancing an existing mortgage loan that was originated or acquired by Countrywide Home Loans, and that existing mortgage loan meets the delinquency criteria set forth in the pooling and servicing agreement, then with respect to the refinanced mortgage loan,

-    if the loan-to-value ratio at the time of the origination of the mortgage loan being refinanced was 80% or less and the loan amount of the new loan being originated is $650,000 or less, then the "Loan-to-Value Ratio" will be the ratio of the principal amount of the new mortgage loan being originated divided by the appraised value of the related mortgaged property at the time of the origination of the mortgage loan being refinanced; or

-    if the loan-to-value ratio at the time of the origination of the

mortgage loan being refinanced was greater than 80% or the loan amount
of new loan being originated is greater than $650,000, then the
"Loan-to-Value Ratio" will be the ratio of the principal amount of the
new mortgage loan being originated divided by the appraised value of
the related mortgaged property as determined by a limited appraisal
report at the time of the origination of the new mortgage loan. See
"-- Underwriting Process" in this prospectus supplement.

S-16

<PAGE>
    No assurance can be given that the value of any mortgaged property has
remained or will remain at the level that existed on the appraisal or sales
date. If residential real estate values generally or in a particular geographic
area decline, the Loan-to-Value Ratios might not be a reliable indicator of the
rates of delinquencies, foreclosures and losses that could occur with respect to
the mortgage loans.

    The following information sets forth in tabular format information as to
the Initial Mortgage Loans in each loan group as of the initial cut-off date.
Other than with respect to rates of interest, percentages (approximate) are
stated by Stated Principal Balance of the Initial Mortgage Loans in the
applicable loan group as of the initial cut-off date and, due to rounding, may
not total 100%.

S-17

<PAGE>
LOAN GROUP 1

MORTGAGE RATES(1)

<TABLE>
<CAPTION>

| MORTGAGE RATE (%) | NUMBER OF INITIAL MORTGAGE LOANS | AGGREGATE PRINCIPAL BALANCE OUTSTANDING | % OF INITIAL MORTGAGE LOANS IN LOAN GROUP 1 | AVERAGE PRINCIPAL BALANCE OUTSTANDING ($) | WEIGHTED AVERAGE REMAINING TERM TO MATURITY (MONTHS) | WEIGHTED AVERAGE FICO CREDIT SCORE | WEIGHTED AVERAGE ORIGINAL LOAN-TO VALUE RATIO (%) |
|---|---|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| 5.125 ...................... | 1 | $   437,600.00 | 0.06% | 437,600.00 | 360 | 767 | 80.00 |
| 5.250 ...................... | 3 | 1,585,000.00 | 0.21 | 528,333.33 | 360 | 732 | 63.38 |
| 5.375 ...................... | 10 | 4,883,489.72 | 0.64 | 488,348.97 | 360 | 756 | 67.28 |
| 5.470 ...................... | 1 | 370,000.00 | 0.05 | 370,000.00 | 360 | 704 | 84.09 |
| 5.500 ...................... | 38 | 22,338,069.82 | 2.91 | 587,843.94 | 360 | 750 | 68.16 |
| 5.625 ...................... | 108 | 62,078,510.63 | 8.09 | 574,801.02 | 360 | 743 | 71.55 |
| 5.750 ...................... | 320 | 179,971,915.24 | 23.44 | 562,412.24 | 360 | 741 | 71.38 |
| 5.770 ...................... | 1 | 456,100.00 | 0.06 | 456,100.00 | 360 | 699 | 86.38 |
| 5.875 ...................... | 387 | 212,226,915.23 | 27.64 | 548,389.96 | 360 | 742 | 72.97 |
| 5.990 ...................... | 1 | 577,500.00 | 0.08 | 577,500.00 | 360 | 705 | 75.20 |
| 5.995 ...................... | 1 | 441,000.00 | 0.06 | 441,000.00 | 360 | 777 | 90.00 |
| 6.000 ...................... | 236 | 128,814,152.44 | 16.78 | 545,822.68 | 360 | 738 | 73.42 |
| 6.020 ...................... | 1 | 472,500.00 | 0.06 | 472,500.00 | 360 | 702 | 90.00 |
| 6.125 ...................... | 111 | 60,369,496.14 | 7.86 | 543,869.33 | 360 | 736 | 74.30 |
| 6.145 ...................... | 1 | 535,000.00 | 0.07 | 535,000.00 | 360 | 741 | 89.92 |
| 6.250 ...................... | 74 | 39,459,535.96 | 5.14 | 533,236.97 | 360 | 736 | 75.05 |
| 6.370 ...................... | 1 | 458,910.00 | 0.06 | 458,910.00 | 360 | 723 | 90.00 |
| 6.375 ...................... | 41 | 25,040,496.61 | 3.26 | 610,743.82 | 360 | 729 | 74.05 |
| 6.395 ...................... | 1 | 384,300.00 | 0.05 | 384,300.00 | 360 | 739 | 90.00 |
| 6.500 ...................... | 23 | 13,669,761.10 | 1.78 | 594,337.44 | 360 | 737 | 72.72 |
| 6.625 ...................... | 10 | 5,211,415.84 | 0.68 | 521,141.58 | 360 | 714 | 79.57 |
| 6.750 ...................... | 6 | 3,455,285.54 | 0.45 | 575,880.92 | 360 | 754 | 78.51 |
| 6.875 ...................... | 6 | 3,067,667.00 | 0.40 | 511,277.83 | 360 | 736 | 75.02 |
| 7.000 ...................... | 1 | 418,062.57 | 0.05 | 418,062.57 | 248 | 790 | 53.33 |

</TABLE>

S-18

<PAGE>
<TABLE>
<CAPTION>

| MORTGAGE RATE (%) | NUMBER OF INITIAL MORTGAGE LOANS | AGGREGATE PRINCIPAL BALANCE OUTSTANDING | % OF INITIAL MORTGAGE LOANS IN LOAN GROUP 1 | AVERAGE PRINCIPAL BALANCE OUTSTANDING ($) | WEIGHTED AVERAGE REMAINING TERM TO MATURITY (MONTHS) | WEIGHTED AVERAGE FICO CREDIT SCORE | WEIGHTED AVERAGE ORIGINAL LOAN-TO VALUE RATIO (%) |
|---|---|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| 7.750 ...................... | 1 | 632,000.00 | 0.08 | 632,000.00 | 360 | 725 | 80.00 |
| 8.000 ...................... | 1 | 385,732.00 | 0.05 | 385,732.00 | 360 | 752 | 80.00 |
|     Total .................... | 1,385 | $767,740,415.84 | 100.00% | | | | |

</TABLE>

----------
(1)  The lender acquired mortgage insurance mortgage loans are shown in the
     preceding table at the mortgage rates net of the interest premium charged
     by the related lenders. As of the initial cut-off date, the weighted
     average mortgage rate of the Initial Mortgage Loans in loan group 1 (as so
     adjusted) is approximately 5.914% per annum. Without the adjustment, the
     weighted average mortgage rate of the Initial Mortgage Loans in loan group

1 is approximately 5.916% per annum.

CURRENT MORTGAGE LOAN PRINCIPAL BALANCES(1)

<TABLE>
<CAPTION>

| RANGE OF CURRENT MORTGAGE LOAN PRINCIPAL BALANCES ($) | NUMBER OF INITIAL MORTGAGE LOANS | AGGREGATE PRINCIPAL BALANCE OUTSTANDING | % OF INITIAL MORTGAGE LOANS IN LOAN GROUP 1 | AVERAGE PRINCIPAL BALANCE OUTSTANDING ($) | WEIGHTED AVERAGE MORTGAGE RATE (%) | WEIGHTED AVERAGE REMAINING TERM TO MATURITY (MONTHS) | WEIGHTED AVERAGE FICO CREDIT SCORE | WEIGHTED AVERAGE ORIGINAL LOAN-TO-VALUE RATIO (%) |
|---|---|---|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| 350,000.01 -   400,000.00... | 212 | $ 81,973,551.24 | 10.68% | $ 386,667.69 | 5.972 | 360 | 735 | 74.45 |
| 400,000.01 -   450,000.00... | 278 | 118,258,659.06 | 15.40 | 425,390.86 | 5.919 | 359 | 739 | 73.66 |
| 450,000.01 -   500,000.00... | 240 | 114,546,909.14 | 14.92 | 477,278.79 | 5.889 | 360 | 740 | 72.85 |
| 500,000.01 -   550,000.00... | 167 | 87,610,335.57 | 11.41 | 524,612.79 | 5.915 | 359 | 741 | 74.15 |
| 550,000.01 -   600,000.00... | 105 | 60,708,497.84 | 7.91 | 578,176.17 | 5.934 | 360 | 739 | 72.82 |
| 600,000.01 -   650,000.00... | 127 | 80,232,611.85 | 10.45 | 631,752.85 | 5.935 | 360 | 739 | 72.36 |
| 650,000.01 -   700,000.00... | 56 | 38,158,437.89 | 4.97 | 681,400.68 | 5.861 | 360 | 746 | 73.85 |
| 700,000.01 -   750,000.00... | 40 | 29,137,241.06 | 3.80 | 728,431.03 | 5.863 | 360 | 735 | 73.98 |
| 750,000.01 - 1,000,000.00... | 133 | 118,850,689.45 | 15.48 | 893,614.21 | 5.885 | 360 | 741 | 71.92 |
| 1,000,000.01 - 1,500,000.00... | 20 | 26,138,322.74 | 3.40 | 1,306,916.14 | 5.918 | 360 | 746 | 64.76 |
| 1,500,000.01 - 2,000,000.00... | 6 | 9,925,160.00 | 1.29 | 1,654,193.33 | 6.055 | 360 | 744 | 62.64 |
| 2,000,000.01 and Above........ | 1 | 2,200,000.00 | 0.29 | 2,200,000.00 | 6.500 | 360 | 779 | 62.86 |
| Total..................... | 1,385 | $767,740,415.84 | 100.00% | | | | | |

</TABLE>

----------
(1)  As of the initial cut-off date, the average current mortgage loan principal
     balance of the Initial Mortgage Loans in loan group 1 is approximately
     $554,325.

S-19
<PAGE>
FICO CREDIT SCORES(1)

<TABLE>
<CAPTION>

| RANGE OF FICO CREDIT SCORES | NUMBER OF INITIAL MORTGAGE LOANS | AGGREGATE PRINCIPAL BALANCE OUTSTANDING | % OF INITIAL MORTGAGE LOANS IN LOAN GROUP 1 | AVERAGE PRINCIPAL BALANCE OUTSTANDING ($) | WEIGHTED AVERAGE MORTGAGE RATE (%) | WEIGHTED AVERAGE REMAINING TERM TO MATURITY (MONTHS) | WEIGHTED AVERAGE FICO CREDIT SCORE | WEIGHTED AVERAGE ORIGINAL LOAN-TO-VALUE RATIO (%) |
|---|---|---|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| 640-659 ..................... | 1 | $   450,000.00 | 0.06% | $450,000.00 | 6.000 | 360 | 655 | 49.15 |
| 660-679 ..................... | 95 | 49,118,707.94 | 6.40 | 517,039.03 | 5.919 | 359 | 671 | 73.70 |
| 680-699 ..................... | 102 | 54,815,478.81 | 7.14 | 537,406.66 | 5.919 | 359 | 689 | 75.95 |
| 700-719 ..................... | 248 | 135,551,136.96 | 17.66 | 546,577.17 | 5.954 | 360 | 709 | 73.36 |
| 720 and Above ............... | 939 | 527,805,092.13 | 68.75 | 562,092.75 | 5.905 | 360 | 760 | 72.19 |
| Total .................... | 1,385 | $767,740,415.84 | 100.00% | | | | | |

</TABLE>

----------
(1)  As of the initial cut-off date, the weighted average FICO Credit Score of
     the mortgagors related to the Initial Mortgage Loans in lan group 1 is
     approximately 740.

DOCUMENTATION PROGRAMS

<TABLE>
<CAPTION>

| DOCUMENTATION PROGRAMS | NUMBER OF INITIAL MORTGAGE LOANS | AGGREGATE PRINCIPAL BALANCE OUTSTANDING | % OF INITIAL MORTGAGE LOANS IN LOAN GROUP 1 | AVERAGE PRINCIPAL BALANCE OUTSTANDING ($) | WEIGHTED AVERAGE MORTGAGE RATE (%) | WEIGHTED AVERAGE REMAINING TERM TO MATURITY (MONTHS) | WEIGHTED AVERAGE FICO CREDIT SCORE | WEIGHTED AVERAGE ORIGINAL LOAN-TO VALUE RATIO (%) |
|---|---|---|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| CLUES....................... | 4 | $ 1,675,276.42 | 0.22% | $418,819.11 | 5.847 | 360 | 758 | 61.56 |
| Full/Alternative............. | 563 | 320,222,578.58 | 41.71 | 568,779.00 | 5.912 | 359 | 725 | 73.40 |
| Preferred.................... | 816 | 444,986,560.84 | 57.96 | 545,326.67 | 5.919 | 360 | 750 | 72.32 |
| Reduced..................... | 1 | 396,000.00 | 0.05 | 396,000.00 | 5.625 | 360 | 692 | 80.00 |
| Streamlined................. | 1 | 460,000.00 | 0.06 | 460,000.00 | 5.875 | 360 | 736 | 79.45 |
| Total .................... | 1,385 | $767,740,415.84 | 100.00% | | | | | |

</TABLE>

S-20
<PAGE>
ORIGINAL LOAN-TO-VALUE RATIOS(1)(2)

```
<TABLE>
<CAPTION>
```

| RANGE OF ORIGINAL LOAN-TO-VALUE RATIOS (%) | NUMBER OF INITIAL MORTGAGE LOANS | AGGREGATE PRINCIPAL BALANCE OUTSTANDING | % OF INITIAL MORTGAGE LOANS IN LOAN GROUP 1 | AVERAGE PRINCIPAL BALANCE OUTSTANDING ($) | WEIGHTED AVERAGE MORTGAGE RATE (%) | WEIGHTED AVERAGE REMAINING TERM TO MATURITY (MONTHS) | WEIGHTED AVERAGE FICO CREDIT SCORE | WEIGHTED AVERAGE ORIGINAL LOAN-TO-VALUE RATIO (%) |
|---|---|---|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| 50.00 and Below ............. | 60 | $ 35,967,997.52 | 4.68% | $599,466.63 | 5.823 | 360 | 745 | 42.14 |
| 50.01 to 55.00 .............. | 46 | 27,818,583.29 | 3.62 | 604,751.81 | 5.892 | 358 | 746 | 52.58 |
| 55.01 to 60.00 .............. | 54 | 35,357,517.06 | 4.61 | 654,768.83 | 5.854 | 359 | 742 | 58.16 |
| 60.01 to 65.00 .............. | 89 | 51,768,950.17 | 6.74 | 581,673.60 | 5.912 | 360 | 749 | 62.85 |
| 65.01 to 70.00 .............. | 171 | 94,192,240.71 | 12.27 | 550,831.82 | 5.895 | 359 | 743 | 68.30 |
| 70.01 to 75.00 .............. | 154 | 90,436,378.63 | 11.78 | 587,249.21 | 5.901 | 359 | 738 | 73.06 |
| 75.01 to 80.00 .............. | 775 | 415,657,422.81 | 54.14 | 536,332.16 | 5.929 | 360 | 738 | 79.47 |
| 80.01 to 85.00 .............. | 4 | 1,662,375.00 | 0.22 | 415,593.75 | 6.036 | 360 | 700 | 82.86 |
| 85.01 to 90.00 .............. | 20 | 9,777,451.64 | 1.27 | 488,872.58 | 6.306 | 360 | 716 | 89.21 |
| 90.01 to 95.00 .............. | 12 | 5,101,499.01 | 0.66 | 425,124.92 | 5.897 | 360 | 737 | 94.65 |
| | ----- | --------------- | ------ | | | | | |
| Total ..................... | 1,385 | $767,740,415.84 | 100.00% | | | | | |
| | ===== | =============== | ====== | | | | | |

```
</TABLE>
```

----------

(1)  As of the initial cut-off date, the weighted average original Loan-to-Value
     Ratio of the Initial Mortgage Loans in loan group 1 is approximately
     72.75%.

(2)  Does not take into account any secondary financing on the Initial Mortgage
     Loans in loan group 1 that may exist at the time of origination.

                                      S-21
```
<PAGE>
```
                 STATE DISTRIBUTION OF MORTGAGED PROPERTIES(1)

```
<TABLE>
<CAPTION>
```

| STATE | NUMBER OF INITIAL MORTGAGE LOANS | AGGREGATE PRINCIPAL BALANCE OUTSTANDING | % OF INITIAL MORTGAGE LOANS IN LOAN GROUP 1 | AVERAGE PRINCIPAL BALANCE OUTSTANDING ($) | WEIGHTED AVERAGE MORTGAGE RATE (%) | WEIGHTED AVERAGE REMAINING TERM TO MATURITY (MONTHS) | WEIGHTED AVERAGE FICO CREDIT SCORE | WEIGHTED AVERAGE ORIGINAL LOAN-TO-VALUE RATIO (%) |
|---|---|---|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| Arizona ..................... | 42 | $ 23,978,047.96 | 3.12% | 570,905.90 | 5.931 | 360 | 736 | 72.15 |
| California .................. | 569 | 320,879,802.12 | 41.80 | 563,936.38 | 5.906 | 359 | 741 | 70.97 |
| Colorado .................... | 36 | 20,016,186.11 | 2.61 | 556,005.17 | 5.921 | 359 | 740 | 73.56 |
| Connecticut ................. | 24 | 15,597,520.72 | 2.03 | 649,896.70 | 5.802 | 360 | 741 | 66.10 |
| Florida ..................... | 60 | 32,364,186.76 | 4.22 | 539,403.11 | 5.992 | 360 | 739 | 75.05 |
| Illinois .................... | 34 | 19,740,242.17 | 2.57 | 580,595.36 | 5.950 | 360 | 721 | 72.61 |
| Maryland .................... | 58 | 28,650,903.49 | 3.73 | 493,981.09 | 5.989 | 360 | 737 | 76.15 |
| Massachusetts ............... | 31 | 16,856,540.34 | 2.20 | 543,759.37 | 5.941 | 360 | 747 | 73.29 |
| Nevada ...................... | 34 | 16,496,784.98 | 2.15 | 485,199.56 | 5.936 | 360 | 737 | 73.70 |
| New Jersey .................. | 72 | 38,042,185.51 | 4.96 | 528,363.69 | 5.969 | 359 | 740 | 75.87 |
| New York .................... | 60 | 33,143,271.76 | 4.32 | 552,387.86 | 6.019 | 360 | 739 | 73.08 |
| Texas ....................... | 27 | 15,500,083.13 | 2.02 | 574,077.15 | 5.904 | 360 | 732 | 76.29 |
| Virginia .................... | 82 | 42,942,895.65 | 5.59 | 523,693.85 | 5.919 | 359 | 735 | 73.91 |
| Washington .................. | 49 | 26,896,266.68 | 3.50 | 548,903.40 | 5.805 | 360 | 749 | 75.50 |
| Other (less than 2%) ........ | 207 | 116,635,498.46 | 15.19 | 563,456.51 | 5.882 | 360 | 741 | 74.24 |
| | ----- | --------------- | ------ | | | | | |
| Total ..................... | 1,385 | $767,740,415.84 | 100.00% | | | | | |
| | ===== | =============== | ====== | | | | | |

```
</TABLE>
```

----------

(1)  The Other row in the preceding table includes 30 other states and the
     District of Columbia with under 2% concentrations individually. No more
     than approximately 0.499% of the Initial Mortgage Loans in loan group 1
     will be secured by mortgaged properties located in any one postal zip code
     area.

                                      S-22
```
<PAGE>
```
                              LOAN PURPOSE

```
<TABLE>
<CAPTION>
```

| LOAN PURPOSE | NUMBER OF INITIAL MORTGAGE LOANS | AGGREGATE PRINCIPAL BALANCE OUTSTANDING | % OF INITIAL MORTGAGE LOANS IN LOAN GROUP 1 | AVERAGE PRINCIPAL BALANCE OUTSTANDING ($) | WEIGHTED AVERAGE MORTGAGE RATE (%) | WEIGHTED AVERAGE REMAINING TERM TO MATURITY (MONTHS) | WEIGHTED AVERAGE FICO CREDIT SCORE | WEIGHTED AVERAGE ORIGINAL LOAN-TO-VALUE RATIO (%) |
|---|---|---|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| Refinance (cash-out).......... | 427 | $225,799,418.82 | 29.41% | 528,804.26 | 5.915 | 359 | 727 | 68.58 |
| Purchase..................... | 739 | 413,873,562.52 | 53.91 | 560,045.42 | 5.924 | 360 | 746 | 76.43 |

```
Refinance (rate/term)........    219   128,067,434.50   16.68   584,782.81   5.890   360   741   68.21
                               ------  ---------------  ------
     Total.....................  1,385  $767,740,415.84  100.00%
                               ======  ===============  ======
```

</TABLE>

TYPES OF MORTGAGED PROPERTIES

<TABLE>
<CAPTION>

| PROPERTY TYPE | NUMBER OF INITIAL MORTGAGE LOANS | AGGREGATE PRINCIPAL BALANCE OUTSTANDING | % OF INITIAL MORTGAGE LOANS IN LOAN GROUP 1 | AVERAGE PRINCIPAL BALANCE OUTSTANDING ($) | WEIGHTED AVERAGE MORTGAGE RATE (%) | WEIGHTED AVERAGE REMAINING TERM TO MATURITY (MONTHS) | WEIGHTED AVERAGE FICO CREDIT SCORE | WEIGHTED AVERAGE ORIGINAL LOAN-TO-VALUE RATIO (%) |
|-------------|------------|---------------|------------|-----------|------|---------|--------|--------|
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| 2-4 Family Residence........... | 10 | $ 6,050,655.35 | 0.79% | 605,065.54 | 6.091 | 360 | 762 | 76.25 |
| Low-rise Condominium.......... | 71 | 38,407,191.84 | 5.00 | 540,946.36 | 5.918 | 360 | 747 | 76.67 |
| Planned Unit Development...... | 390 | 215,977,423.98 | 28.13 | 553,788.27 | 5.901 | 360 | 741 | 73.20 |
| Single Family Residence....... | 914 | 507,305,144.67 | 66.08 | 555,038.45 | 5.920 | 360 | 739 | 72.22 |
|  | ----- | --------------- | ------ | | | | | |
| Total..................... | 1,385 | $767,740,415.84 | 100.00% | | | | | |
|  | ===== | =============== | ====== | | | | | |

</TABLE>

S-23

<PAGE>

OCCUPANCY TYPES(1)

<TABLE>
<CAPTION>

| OCCUPANCY TYPE | NUMBER OF INITIAL MORTGAGE LOANS | AGGREGATE PRINCIPAL BALANCE OUTSTANDING | % OF INITIAL MORTGAGE LOANS IN LOAN GROUP 1 | AVERAGE PRINCIPAL BALANCE OUTSTANDING ($) | WEIGHTED AVERAGE MORTGAGE RATE (%) | WEIGHTED AVERAGE REMAINING TERM TO MATURITY (MONTHS) | WEIGHTED AVERAGE FICO CREDIT SCORE | WEIGHTED AVERAGE ORIGINAL LOAN-TO-VALUE RATIO (%) |
|-------------|------------|---------------|------------|-----------|------|---------|--------|--------|
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| Primary Residence............. | 1,312 | $726,289,351.71 | 94.60% | 553,574.20 | 5.916 | 360 | 739 | 72.51 |
| Secondary Residence........... | 73 | 41,451,064.13 | 5.40 | 567,822.80 | 5.903 | 360 | 747 | 76.94 |
|  | ----- | --------------- | ------ | | | | | |
| Total..................... | 1,385 | $767,740,415.84 | 100.00% | | | | | |
|  | ===== | =============== | ====== | | | | | |

</TABLE>

----------
(1)  Based upon representations of the related borrowers at the time of
     origination.

REMAINING TERMS TO MATURITY(1)

<TABLE>
<CAPTION>

| REMAINING TERM TO MATURITY (MONTHS) | NUMBER OF INITIAL MORTGAGE LOANS | AGGREGATE PRINCIPAL BALANCE OUTSTANDING | % OF INITIAL MORTGAGE LOANS IN LOAN GROUP 1 | AVERAGE PRINCIPAL BALANCE OUTSTANDING ($) | WEIGHTED AVERAGE MORTGAGE RATE (%) | WEIGHTED AVERAGE FICO CREDIT SCORE | WEIGHTED AVERAGE ORIGINAL LOAN-TO-VALUE RATIO (%) |
|-------------|------------|---------------|------------|-----------|------|--------|--------|
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| 360........................... | 1,207 | $672,471,682.00 | 87.59% | 557,143.07 | 5.909 | 740 | 72.52 |
| 359........................... | 151 | 82,240,802.31 | 10.71 | 544,641.07 | 5.950 | 739 | 74.97 |
| 358........................... | 16 | 8,075,074.59 | 1.05 | 504,692.16 | 6.018 | 742 | 68.94 |
| 357........................... | 4 | 1,825,505.92 | 0.24 | 456,376.48 | 6.312 | 709 | 84.50 |
| 333........................... | 1 | 517,158.00 | 0.07 | 517,158.00 | 6.000 | 687 | 71.54 |
| 300........................... | 3 | 1,272,500.00 | 0.17 | 424,166.67 | 5.835 | 717 | 70.41 |
| 299........................... | 2 | 919,630.45 | 0.12 | 459,815.23 | 5.804 | 702 | 65.98 |
| 248........................... | 1 | 418,062.57 | 0.05 | 418,062.57 | 7.000 | 790 | 53.33 |
|  | ----- | --------------- | ------ | | | | |
| Total..................... | 1,385 | $767,740,415.84 | 100.00% | | | | |
|  | ===== | =============== | ====== | | | | |

</TABLE>

----------
(1)  As of the initial cut-off date, the weighted average remaining term to
     maturity of the Initial Mortgage Loans in loan group 1 is approximately 360
     months.

S-24

<PAGE>

LOAN GROUP 2

MORTGAGE RATES(1)

<TABLE>
<CAPTION>

| | NUMBER | AGGREGATE | % OF INITIAL MORTGAGE | AVERAGE | WEIGHTED AVERAGE REMAINING | WEIGHTED AVERAGE | WEIGHTED AVERAGE ORIGINAL |
|---|--------|-----------|------|---------|------|------|------|

| MORTGAGE RATE (%) | OF INITIAL MORTGAGE LOANS | PRINCIPAL BALANCE OUTSTANDING | LOANS IN LOAN GROUP 2 | PRINCIPAL BALANCE OUTSTANDING ($) | TERM TO MATURITY (MONTHS) | FICO CREDIT SCORE | LOAN-TO-VALUE RATIO (%) |
|---|---|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| 5.375......................... | 4 | $  2,031,124.80 | 1.38% | 507,781.20 | 357 | 766 | 73.77 |
| 5.395......................... | 1 | 436,000.00 | 0.30 | 436,000.00 | 360 | 715 | 89.90 |
| 5.500......................... | 9 | 4,736,400.00 | 3.21 | 526,266.67 | 360 | 760 | 72.18 |
| 5.625......................... | 16 | 9,490,584.08 | 6.44 | 593,161.51 | 360 | 746 | 70.99 |
| 5.700......................... | 1 | 400,000.00 | 0.27 | 400,000.00 | 360 | 727 | 77.22 |
| 5.750......................... | 75 | 37,761,101.49 | 25.60 | 503,481.35 | 360 | 740 | 71.20 |
| 5.875......................... | 82 | 41,730,709.85 | 28.30 | 508,911.10 | 360 | 728 | 73.10 |
| 6.000......................... | 45 | 23,887,894.77 | 16.20 | 530,842.11 | 360 | 738 | 70.91 |
| 6.035......................... | 1 | 514,900.00 | 0.35 | 514,900.00 | 360 | 682 | 95.00 |
| 6.125......................... | 24 | 13,294,848.50 | 9.01 | 553,952.02 | 360 | 746 | 73.22 |
| 6.250......................... | 14 | 6,583,009.44 | 4.46 | 470,214.96 | 360 | 741 | 73.27 |
| 6.375......................... | 6 | 2,655,170.88 | 1.80 | 442,528.48 | 360 | 743 | 73.58 |
| 6.500......................... | 5 | 2,100,714.41 | 1.42 | 420,142.88 | 360 | 731 | 83.24 |
| 6.620......................... | 1 | 378,000.00 | 0.26 | 378,000.00 | 360 | 706 | 90.00 |
| 6.750......................... | 1 | 628,000.00 | 0.43 | 628,000.00 | 360 | 680 | 80.00 |
| 6.875......................... | 1 | 486,000.00 | 0.33 | 486,000.00 | 360 | 675 | 86.02 |
| 7.000......................... | 1 | 362,400.00 | 0.25 | 362,400.00 | 360 | 740 | 80.00 |
|  | --- | --------------- | ------ |  |  |  |  |
| Total..................... | 287 | $147,476,858.22 | 100.00% |  |  |  |  |
|  | === | =============== | ====== |  |  |  |  |

----------
(1) The lender acquired mortgage insurance mortgage loans are shown in the
    preceding table at the mortgage rates net of the interest premium charged
    by the related lenders. As of the initial cut-off date, the weighted
    average mortgage rate of the Initial Mortgage Loans in loan group 2 (as so
    adjusted) is approximately 5.896% per annum. Without the adjustment, the
    weighted average mortgage rate of the Initial Mortgage Loans in loan group
    2 is approximately 5.900% per annum.

<PAGE>
              CURRENT MORTGAGE LOAN PRINCIPAL BALANCES(1)

<TABLE>
<CAPTION>

| RANGE OF CURRENT MORTGAGE LOAN PRINCIPAL BALANCES ($) | NUMBER OF INITIAL MORTGAGE LOANS | AGGREGATE PRINCIPAL BALANCE OUTSTANDING | % OF INITIAL MORTGAGE LOANS IN LOAN GROUP 2 | AVERAGE PRINCIPAL BALANCE OUTSTANDING ($) | WEIGHTED AVERAGE MORTGAGE RATE (%) | WEIGHTED AVERAGE REMAINING TERM TO MATURITY (MONTHS) | WEIGHTED AVERAGE FICO CREDIT SCORE | WEIGHTED ORIGINAL LOAN-TO-VALUE RATIO (%) |
|---|---|---|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| 350,000.01 -    400,000.00... | 73 | $ 28,145,951.54 | 19.08% | $ 385,560.98 | 5.952 | 360 | 732 | 75.59 |
| 400,000.01 -    450,000.00... | 65 | 27,733,735.87 | 18.81 | 426,672.86 | 5.892 | 360 | 732 | 72.95 |
| 450,000.01 -    500,000.00... | 52 | 24,893,215.05 | 16.88 | 478,715.67 | 5.928 | 360 | 736 | 74.56 |
| 500,000.01 -    550,000.00... | 23 | 12,137,833.34 | 8.23 | 527,731.88 | 5.879 | 360 | 737 | 70.79 |
| 550,000.01 -    600,000.00... | 23 | 13,245,792.77 | 8.98 | 575,904.03 | 5.901 | 360 | 740 | 72.32 |
| 600,000.01 -    650,000.00... | 17 | 10,819,074.46 | 7.34 | 636,416.14 | 5.868 | 360 | 735 | 71.32 |
| 650,000.01 -    700,000.00... | 4 | 2,716,884.98 | 1.84 | 679,221.25 | 5.743 | 358 | 767 | 76.78 |
| 700,000.01 -    750,000.00... | 7 | 5,088,700.00 | 3.45 | 726,957.14 | 5.821 | 360 | 726 | 67.18 |
| 750,000.01- 1,000,000.00... | 21 | 18,670,163.47 | 12.66 | 889,055.40 | 5.835 | 360 | 742 | 67.96 |
| 1,000,000.01- 1,500,000.00... | 1 | 1,498,506.74 | 1.02 | 1,498,506.74 | 6.000 | 359 | 763 | 71.43 |
| 2,000,000.01 and Above........ | 1 | 2,527,000.00 | 1.71 | 2,527,000.00 | 6.125 | 360 | 791 | 70.00 |
|  | --- | --------------- | ------ |  |  |  |  |  |
| Total..................... | 287 | $147,476,858.22 | 100.00% |  |  |  |  |  |
|  | === | =============== | ====== |  |  |  |  |  |

</TABLE>

----------
(1) As of the initial cut-off date, the average current mortgage loan principal
    balance of the Initial Mortgage Loans in loan group 2 is approximately
    $513,857.

                  FICO CREDIT SCORES(1)

<TABLE>
<CAPTION>

| RANGE OF FICO CREDIT SCORES | NUMBER OF INITIAL MORTGAGE LOANS | AGGREGATE PRINCIPAL BALANCE OUTSTANDING | % OF INITIAL MORTGAGE LOANS IN LOAN GROUP 2 | AVERAGE PRINCIPAL BALANCE OUTSTANDING ($) | WEIGHTED AVERAGE MORTGAGE RATE (%) | WEIGHTED AVERAGE REMAINING TERM TO MATURITY (MONTHS) | WEIGHTED AVERAGE FICO CREDIT SCORE | WEIGHTED ORIGINAL LOAN-TO-VALUE RATIO (%) |
|---|---|---|---|---|---|---|---|---|
| <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| 660-679........................ | 27 | $ 13,022,018.13 | 8.83% | $482,296.97 | 5.878 | 360 | 670 | 76.04 |
| 680-699........................ | 23 | 11,279,460.14 | 7.65 | 490,411.31 | 5.972 | 360 | 687 | 68.42 |
| 700-719........................ | 44 | 21,573,592.95 | 14.63 | 490,308.93 | 5.934 | 360 | 709 | 72.81 |
| 720 and Above................. | 193 | 101,601,787.00 | 68.89 | 526,434.13 | 5.888 | 360 | 757 | 72.50 |
|  | --- | --------------- | ------ |  |  |  |  |  |
| Total..................... | 287 | $147,476,858.22 | 100.00% |  |  |  |  |  |
|  | === | =============== | ====== |  |  |  |  |  |

</TABLE>

----------
(1) As of the initial cut-off date, the weighted average FICO Credit Score of

the mortgagors related to the Initial Mortgage Loans in loan group 2 is
approximately 737.

S-26

<PAGE>

DOCUMENTATION PROGRAMS

<TABLE>
<CAPTION>

| DOCUMENTATION PROGRAMS | NUMBER OF INITIAL MORTGAGE LOANS | AGGREGATE PRINCIPAL BALANCE OUTSTANDING | % OF INITIAL MORTGAGE LOANS IN LOAN GROUP 2 | AVERAGE PRINCIPAL BALANCE OUTSTANDING ($) | WEIGHTED AVERAGE MORTGAGE RATE (%) | WEIGHTED AVERAGE REMAINING TERM TO MATURITY (MONTHS) | WEIGHTED AVERAGE FICO CREDIT SCORE | WEIGHTED ORIGINAL LOAN-TO-VALUE RATIO (%) |
|---|---|---|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| CLUES...................... | 1 | $   384,000.00 | 0.26% | 384,000.00 | 6.000 | 360 | 660 | 64.11 |
| Full/Alternative.............. | 148 | 77,582,626.16 | 52.61 | 524,206.93 | 5.884 | 360 | 726 | 73.59 |
| Preferred.................... | 138 | 69,510,232.06 | 47.13 | 503,697.33 | 5.918 | 360 | 750 | 71.42 |
|  |  ---  | --------------- | ------ |  |  |  |  |  |
| Total..................... | 287 | $147,476,858.22 | 100.00% |  |  |  |  |  |
|  | === | =============== | ====== |  |  |  |  |  |

</TABLE>

ORIGINAL LOAN-TO-VALUE RATIOS(1)(2)

<TABLE>
<CAPTION>

| RANGE OF ORIGINAL LOAN-TO-VALUE RATIOS (%) | NUMBER OF INITIAL MORTGAGE LOANS | AGGREGATE PRINCIPAL BALANCE OUTSTANDING | % OF INITIAL MORTGAGE LOANS IN LOAN GROUP 2 | AVERAGE PRINCIPAL BALANCE OUTSTANDING ($) | WEIGHTED AVERAGE MORTGAGE RATE (%) | WEIGHTED AVERAGE REMAINING TERM TO MATURITY (MONTHS) | WEIGHTED AVERAGE FICO CREDIT SCORE | WEIGHTED ORIGINAL LOAN-TO-VALUE RATIO (%) |
|---|---|---|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| 50.00 and Below.............. | 17 | $  9,051,857.70 | 6.14% | 532,462.22 | 5.877 | 360 | 731 | 41.35 |
| 50.01 to 55.00............... | 10 | 5,586,000.00 | 3.79 | 558,600.00 | 5.798 | 360 | 744 | 53.68 |
| 55.01 to 60.00............... | 7 | 3,518,000.00 | 2.39 | 502,571.43 | 5.796 | 360 | 735 | 56.65 |
| 60.01 to 65.00............... | 16 | 8,802,971.00 | 5.97 | 550,185.69 | 5.924 | 360 | 743 | 62.80 |
| 65.01 to 70.00............... | 38 | 22,148,900.90 | 15.02 | 582,865.81 | 5.889 | 360 | 744 | 68.56 |
| 70.01 to 75.00............... | 34 | 19,332,615.18 | 13.11 | 568,606.33 | 5.870 | 360 | 746 | 72.96 |
| 75.01 to 80.00............... | 149 | 72,388,709.71 | 49.08 | 485,830.27 | 5.900 | 360 | 733 | 79.30 |
| 80.01 to 85.00............... | 1 | 420,000.00 | 0.28 | 420,000.00 | 5.750 | 360 | 660 | 84.68 |
| 85.01 to 90.00............... | 10 | 4,079,416.97 | 2.77 | 407,941.70 | 6.211 | 360 | 744 | 89.24 |
| 90.01 to 95.00............... | 5 | 2,148,386.76 | 1.46 | 429,677.35 | 6.169 | 358 | 723 | 94.59 |
|  | --- | --------------- | ------ |  |  |  |  |  |
| Total..................... | 287 | $147,476,858.22 | 100.00% |  |  |  |  |  |
|  | === | =============== | ====== |  |  |  |  |  |

</TABLE>

----------

(1)  As of the initial cut-off date, the weighted average original Loan-to-Value
     Ratio of the Initial Mortgage Loans in loan group 2 is approximately
     72.54%.

(2)  Does not take into account any secondary financing on the Initial Mortgage
     Loans in loan group 2 that may exist at the time of origination.

S-27

<PAGE>

STATE DISTRIBUTION OF MORTGAGED PROPERTIES(1)

<TABLE>
<CAPTION>

| STATE | NUMBER OF INITIAL MORTGAGE LOANS | AGGREGATE PRINCIPAL BALANCE OUTSTANDING | % OF INITIAL MORTGAGE LOANS IN LOAN GROUP 2 | AVERAGE PRINCIPAL BALANCE OUTSTANDING ($) | WEIGHTED AVERAGE MORTGAGE RATE (%) | WEIGHTED AVERAGE REMAINING TERM TO MATURITY (MONTHS) | WEIGHTED AVERAGE FICO CREDIT SCORE | WEIGHTED ORIGINAL LOAN-TO-VALUE RATIO (%) |
|---|---|---|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| California................... | 112 | $ 60,015,514.72 | 40.69% | 535,852.81 | 5.897 | 360 | 739 | 69.26 |
| Florida...................... | 9 | 5,148,960.00 | 3.49 | 572,106.67 | 5.946 | 360 | 729 | 63.36 |
| Illinois..................... | 9 | 4,672,526.95 | 3.17 | 519,169.66 | 6.170 | 360 | 721 | 77.56 |
| Maryland..................... | 10 | 4,694,528.25 | 3.18 | 469,452.83 | 6.039 | 360 | 725 | 77.59 |
| Massachusetts................ | 7 | 3,025,246.42 | 2.05 | 432,180.92 | 6.158 | 360 | 738 | 76.65 |
| New Jersey................... | 17 | 7,548,729.44 | 5.12 | 444,042.91 | 5.926 | 360 | 749 | 78.19 |
| New York..................... | 20 | 9,710,992.84 | 6.58 | 485,549.64 | 5.831 | 359 | 741 | 76.50 |
| North Carolina............... | 7 | 5,006,556.33 | 2.38 | 500,936.62 | 5.779 | 360 | 731 | 68.98 |
| Texas....................... | 7 | 3,327,755.89 | 2.26 | 475,393.70 | 5.789 | 358 | 715 | 78.21 |
| Utah........................ | 6 | 3,234,339.44 | 2.19 | 539,056.57 | 5.923 | 360 | 749 | 75.31 |
| Virginia..................... | 14 | 6,802,200.00 | 4.61 | 485,871.43 | 5.829 | 360 | 722 | 77.67 |
| Washington................... | 8 | 4,951,200.00 | 3.36 | 618,900.00 | 5.769 | 360 | 753 | 70.60 |
| Other (less than 2%)......... | 61 | 30,838,287.94 | 20.91 | 505,545.70 | 5.887 | 360 | 738 | 74.59 |
|  | --- | --------------- | ------ |  |  |  |  |  |
| Total..................... | 287 | $147,476,858.22 | 100.00% |  |  |  |  |  |
|  | === | =============== | ====== |  |  |  |  |  |

</TABLE>

----------

(1)  The Other row in the preceding table includes 25 other states with under 2%
     concentrations individually. No more than approximately 1.71% of the
     Initial Mortgage Loans in loan group 2 will be secured by mortgaged
     properties located in any one postal zip code area.

S-28

<PAGE>

LOAN PURPOSE

<TABLE>
<CAPTION>

| LOAN PURPOSE | NUMBER OF INITIAL MORTGAGE LOANS | AGGREGATE PRINCIPAL BALANCE OUTSTANDING | % OF INITIAL MORTGAGE LOANS IN LOAN GROUP 2 | AVERAGE PRINCIPAL BALANCE OUTSTANDING ($) | WEIGHTED AVERAGE MORTGAGE RATE (%) | WEIGHTED AVERAGE REMAINING TERM TO MATURITY (MONTHS) | WEIGHTED AVERAGE FICO CREDIT SCORE | WEIGHTED AVERAGE ORIGINAL LOAN-TO-VALUE RATIO (%) |
|---|---|---|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| Refinance (cash-out) ......... | 141 | $ 70,268,741.37 | 47.65% | 498,359.87 | 5.877 | 360 | 730 | 69.40 |
| Purchase .................... | 112 | 57,283,727.77 | 38.84 | 511,461.86 | 5.951 | 360 | 746 | 78.45 |
| Refinance (rate/term) ........ | 34 | 19,924,389.08 | 13.51 | 586,011.44 | 5.838 | 360 | 738 | 66.66 |
| | --- | ---------------- | ------ | | | | | |
|   Total .................... | 287 | $147,476,858.22 | 100.00% | | | | | |
| | === | =============== | ====== | | | | | |

</TABLE>

TYPES OF MORTGAGED PROPERTIES

<TABLE>
<CAPTION>

| PROPERTY TYPE | NUMBER OF INITIAL MORTGAGE LOANS | AGGREGATE PRINCIPAL BALANCE OUTSTANDING | % OF INITIAL MORTGAGE LOANS IN LOAN GROUP 2 | AVERAGE PRINCIPAL BALANCE OUTSTANDING ($) | WEIGHTED AVERAGE MORTGAGE RATE (%) | WEIGHTED AVERAGE REMAINING TERM TO MATURITY (MONTHS) | WEIGHTED AVERAGE FICO CREDIT SCORE | WEIGHTED AVERAGE ORIGINAL LOAN-TO-VALUE RATIO (%) |
|---|---|---|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| 2-4 Family Residence ......... | 4 | $ 1,959,000.00 | 1.33% | 489,750.00 | 6.215 | 360 | 728 | 80.16 |
| Low-rise Condominium ......... | 16 | 6,976,050.00 | 4.73 | 436,003.13 | 5.949 | 360 | 739 | 75.51 |
| Planned Unit Development ..... | 74 | 37,686,843.30 | 25.55 | 509,281.67 | 5.925 | 360 | 732 | 74.60 |
| Single Family Residence ...... | 193 | 100,854,964.92 | 68.39 | 522,564.59 | 5.882 | 360 | 739 | 71.42 |
| | --- | ---------------- | ------ | | | | | |
|   Total .................... | 287 | $147,476,858.22 | 100.00% | | | | | |
| | === | =============== | ====== | | | | | |

</TABLE>

S-29

<PAGE>

OCCUPANCY TYPES(1)

<TABLE>
<CAPTION>

| OCCUPANCY TYPE | NUMBER OF INITIAL MORTGAGE LOANS | AGGREGATE PRINCIPAL BALANCE OUTSTANDING | % OF INITIAL MORTGAGE LOANS IN LOAN GROUP 2 | AVERAGE PRINCIPAL BALANCE OUTSTANDING ($) | WEIGHTED AVERAGE MORTGAGE RATE (%) | WEIGHTED AVERAGE REMAINING TERM TO MATURITY (MONTHS) | WEIGHTED AVERAGE FICO CREDIT SCORE | WEIGHTED AVERAGE ORIGINAL LOAN-TO-VALUE RATIO (%) |
|---|---|---|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| Primary Residence ............ | 274 | $141,890,981.81 | 96.21% | 517,850.30 | 5.900 | 360 | 737 | 72.22 |
| Secondary Residence .......... | 13 | 5,585,876.41 | 3.79 | 429,682.80 | 5.915 | 360 | 740 | 80.84 |
| | --- | ---------------- | ----- | | | | | |
|   Total .................... | 287 | $147,476,858.22 | 100.00% | | | | | |
| | === | =============== | ====== | | | | | |

</TABLE>

----------
(1)  Based upon representations of the related borrowers at the time of
     origination.

REMAINING TERMS TO MATURITY(1)

<TABLE>
<CAPTION>

| REMAINING TERM TO MATURITY (MONTHS) | NUMBER OF INITIAL MORTGAGE LOANS | AGGREGATE PRINCIPAL BALANCE OUTSTANDING | % OF INITIAL MORTGAGE LOANS IN LOAN GROUP 2 | AVERAGE PRINCIPAL BALANCE OUTSTANDING ($) | WEIGHTED AVERAGE MORTGAGE RATE (%) | WEIGHTED AVERAGE FICO CREDIT SCORE | WEIGHTED AVERAGE ORIGINAL LOAN-TO-VALUE RATIO (%) |
|---|---|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| 360 ........................... | 259 | $132,639,222.33 | 89.94% | 512,120.55 | 5.893 | 736 | 72.00 |
| 359 ........................... | 18 | 9,933,360.08 | 6.74 | 551,853.34 | 6.045 | 741 | 78.22 |
| 358 ........................... | 4 | 1,987,915.18 | 1.35 | 496,978.80 | 5.882 | 740 | 67.23 |
| 357 ........................... | 1 | 398,770.55 | 0.27 | 398,770.55 | 5.875 | 785 | 88.89 |
| 356 ........................... | 1 | 489,689.82 | 0.33 | 489,689.82 | 5.375 | 810 | 80.00 |
| 355 ........................... | 1 | 437,195.90 | 0.30 | 437,195.90 | 6.000 | 719 | 72.27 |
| 353 ........................... | 2 | 1,190,980.22 | 0.81 | 595,490.11 | 5.688 | 773 | 78.72 |
| 351 ........................... | 1 | 399,724.14 | 0.27 | 399,724.14 | 5.875 | 681 | 93.99 |
| | --- | ---------------- | ------ | | | | |

```
      Total ....................   287   $147,476,858.22   100.00%
                                    ===   ===============   ======
</TABLE>
```

----------
(1)  As of the initial cut-off date, the weighted average remaining term to
     maturity of the Initial Mortgage Loans in loan group 2 is approximately 360
     months.

                                  S-30
<PAGE>
ASSIGNMENT OF THE MORTGAGE LOANS

         Pursuant to the pooling and servicing agreement, on the closing date, the
depositor will sell, transfer, assign, set over and otherwise convey without
recourse to the trustee in trust for the benefit of the certificateholders all
right, title and interest of the depositor in and to each Closing Date Mortgage
Loan and all right, title and interest in and to all other assets included in
CHL Mortgage Pass-Through Trust 2005-21, including all principal and interest
received on or with respect to the Closing Date Mortgage Loans, but not any
principal and interest due on or before the initial cut-off date, and amounts on
deposit in the Supplemental Loan Account and the Capitalized Interest Account on
the closing date.

         In connection with the transfer and assignment of a mortgage loan, the
depositor will deliver or cause to be delivered to the trustee, or a custodian
for the trustee, the mortgage file, which contains among other things, the
original mortgage note (and any modification or amendment to it) endorsed in
blank without recourse, except that the depositor may deliver or cause to be
delivered a lost note affidavit in lieu of any original mortgage note that has
been lost, the original instrument creating a first lien on the related
mortgaged property with evidence of recording indicated thereon, an assignment
in recordable form of the mortgage, the title policy with respect to the related
mortgaged property and, if applicable, all recorded intervening assignments of
the mortgage and any riders or modifications to the mortgage and mortgage
(except for any documents not returned from the public recording office, which
will be delivered to the trustee as soon as the same is available to the
depositor). With respect to up to 50% of the Closing Date Mortgage Loans in each
loan group, the depositor may deliver all or a portion of each related mortgage
file to the trustee not later than thirty days after the closing date and not
later than twenty days after the relevant Supplemental Transfer Date (as defined
below) with respect to up to 90% of the Supplemental Mortgage Loans in each loan
group conveyed on such Supplemental Transfer Date. Assignments of the mortgage
loans to the trustee (or its nominee) will be recorded in the appropriate public
office for real property records, except in states such as California where in
the opinion of counsel recording is not required to protect the trustee's
interests in the mortgage loan against the claim of any subsequent transferee or
any successor to or creditor of the depositor or any seller.

         The trustee will review each mortgage file relating to the Closing Date
Mortgage Loans within 90 days of the closing date (or promptly after the
trustee's receipt of any document permitted to be delivered after the closing
date) and the documents relating to the Supplemental Mortgage Loans promptly
after the trustee's receipt thereof after the related Supplemental Transfer Date
as described above, and if any document in a mortgage file is found to be
missing or defective in a material respect and Countrywide Home Loans does not
cure the defect within 90 days of notice of the defect from the trustee (or
within such longer period not to exceed 720 days after the closing date as
provided in the pooling and servicing agreement in the case of missing documents
not returned from the public recording office), Countrywide Home Loans will be
obligated to repurchase the related mortgage loan from the trust fund. Rather
than repurchase the mortgage loan as provided above, Countrywide Home Loans may
remove the mortgage loan (referred to as a deleted mortgage loan) from the trust
fund and substitute in its place another mortgage loan (referred to as a
replacement mortgage loan); however, such a substitution is permitted only
within two years of the closing date and may not be made unless an opinion of
counsel is provided to the trustee to the effect that such a substitution will
not disqualify any REMIC or result in a prohibited transaction tax under the
Code. Any replacement mortgage loan generally will, on the date of substitution,
among other characteristics set forth in the pooling and servicing agreement,

         -   have a principal balance, after deduction of all scheduled payments
             due in the month of substitution, not in excess of, and not more than
             10% less than, the Stated Principal Balance of the deleted mortgage
             loan (the amount of any shortfall to be deposited by Countrywide Home
             Loans in the Certificate Account and held for distribution to the
             certificateholders on the related Distribution Date (referred to as a
             "Substitution Adjustment Amount")),

         -   have a mortgage rate not lower than, and not more than 1% per annum
             higher than, that of the deleted mortgage loan,

         -   have a Loan-to-Value Ratio not higher than that of the deleted
             mortgage loan,

                                  S-31
<PAGE>
         -   have a remaining term to maturity not greater than, and not more than
             one year less than, that of the deleted mortgage loan, and

         -   comply with all of the representations and warranties set forth in the
             pooling and servicing agreement as of the date of substitution.

This cure, repurchase or substitution obligation constitutes the sole remedy available to certificateholders or the trustee for omission of, or a material defect in, a mortgage loan document.

Notwithstanding the foregoing, in lieu of providing the duly executed assignment of the mortgage to the trustee together with all interim recorded assignments of such mortgage, above, the depositor may at its discretion provide evidence that the related mortgage is held through the MERS(R) System. In addition, the mortgages for some or all of the mortgage loans in the trust fund that are not already held through the MERS(R) System may, at the discretion of the master servicer, in the future be held through the MERS(R) System. For any mortgage held through the MERS(R) System, the mortgage is recorded in the name of Mortgage Electronic Registration Systems, Inc., or MERS, as nominee for the owner of the mortgage loan, and subsequent assignments of the mortgage were, or in the future may be, at the discretion of the master servicer, registered electronically through the MERS(R) System. For each of these mortgage loans, MERS serves as mortgagee of record on the mortgage solely as a nominee in an administrative capacity on behalf of the trustee, and does not have any interest in the mortgage loan.

CONVEYANCE OF SUPPLEMENTAL MORTGAGE LOANS

If the aggregate Stated Principal Balance of the Closing Date Mortgage Loans, as of the initial cut-off date, is less than $832,000,000 in the case of loan group 1 and $156,000,000 in the case of loan group 2, an account (the "Supplemental Loan Account") will be established with the trustee on the closing date and funded in an amount equal to the excess of the related amount (the "Supplemental Amount") set forth above over the balance of the aggregate Stated Principal Balance of the Closing Date Mortgage Loans in loan group 1 and loan group 2 as of the initial cut-off date. As of the date of this prospectus supplement, the Supplemental Amount is expected to be approximately $72,782,726, of which $64,259,584 will be allocated to loan group 1 and $8,523,142 will be allocated to loan group 2, but the amount actually deposited in the Supplemental Loan Account on the closing date will equal the excess, if any, of the aggregate Class Certificate Balance of the certificates as of the closing date over the aggregate Stated Principal Balance of the Closing Date Mortgage Loans as of the initial cut-off date.

Any investment income earned from amounts in the Supplemental Loan Account will be paid to the depositor and will not be available for payments on the certificates. During the period from the closing date to the earlier of the date on which the amount in the Supplemental Loan Account allocated to purchase Supplemental Mortgage Loans for both loan groups is less than $150,000 and September 30, 2005 (the "Conveyance Period"), the depositor is expected to purchase Supplemental Mortgage Loans for each loan group from one or more of the sellers and sell those Supplemental Mortgage Loans for each loan group to the trust fund as described below. The purchase price for each Supplemental Mortgage Loan purchased by the trust after the closing date will equal the Stated Principal Balance of the Supplemental Mortgage Loan as of the later of the first day of the month of the transfer to the trust fund and the date of origination of that mortgage loan (the related "Supplemental Cut-off Date") and will be paid from the Supplemental Loan Account. Accordingly, the purchase of Supplemental Mortgage Loans for a loan group will decrease the amount on deposit in the Supplemental Loan Account for that loan group and increase the Stated Principal Balance of the related loan group.

Because some of the mortgage loans in a loan group may not be acquired by the trust fund until after the closing date, there may not be sufficient interest collections from the mortgage loans in that loan group to pay all the interest due on the certificates issued on the first and possibly the second Distribution Dates. A capitalized interest account (the "Capitalized Interest Account") will be established and funded on the closing date from which funds (together with any investment earnings thereon) will be drawn upon to offset any interest shortfall on the Distribution Date during and, if necessary, immediately following the Conveyance Period as a result of the supplemental loan mechanism. Any amounts remaining in the Capitalized Interest Account after making

S-32

<PAGE>
distributions of interest on the first Distribution Date following the end of the Conveyance Period will be paid to Countrywide Home Loans and will not thereafter be available for distribution to certificateholders.

Amounts on deposit in the Supplemental Loan Account and the Capitalized Interest Account will be invested in Eligible Investments. The Supplemental Loan Account and the Capitalized Interest Account will not be assets of any REMIC.

Pursuant to the pooling and servicing agreement and a supplemental transfer agreement (a "Supplemental Transfer Agreement") to be executed by the applicable seller, the depositor and the trustee, the conveyance of Supplemental Mortgage Loans may be made on any business day during the Conveyance Period (a "Supplemental Transfer Date"), subject to the fulfillment of certain conditions in the pooling and servicing agreement, including that the Supplemental Mortgage Loans conveyed to a loan group on the related Supplemental Transfer Date satisfy the same representations and warranties in the pooling and servicing agreement applicable to all of the mortgage loans in that loan group, and that, as of the Supplemental Cut-off Date:

    -    the Supplemental Mortgage Loans conveyed on that Supplemental Transfer
         Date were selected in a manner reasonably believed not to be adverse
         to the interests of the certificateholders,

- the trustee receives an opinion of counsel with respect to the validity of the conveyance of the Supplemental Mortgage Loans conveyed on that Supplemental Transfer Date,

- the Supplemental Mortgage Loans conveyed on that Supplemental Transfer Date were originated in accordance with the underwriting standards described in this prospectus supplement,

- the aggregate of the PO Percentages of the Stated Principal Balances of all Supplemental Mortgage Loans in loan group 1 and loan group 2 (also referred to as the Class PO Sublimit) shall be no greater than approximately $226,041 and $34,257, respectively,

- the conveyance of the Supplemental Mortgage Loans on that Supplemental Transfer Date will not result in a reduction or withdrawal of any ratings assigned to the offered certificates, and

- following the conveyance of the Supplemental Mortgage Loans on that Supplemental Transfer Date to the trust fund, the characteristics of loan group 1 and loan group 2 will not vary by more than the permitted variance specified below from the characteristics listed below; provided that for the purpose of making such calculations, the characteristics for any Closing Date Mortgage Loan in loan group 1 and loan group 2 will be taken as of the initial cut-off date and the characteristics for any Supplemental Mortgage Loan will be taken as of the related Supplemental Cut-off Date:

LOAN GROUP 1

&lt;TABLE&gt;
&lt;CAPTION&gt;

| CHARACTERISTIC | | PERMITTED VARIANCE OR RANGE |
| --- | --- | --- |
| &lt;S&gt; | &lt;C&gt; | &lt;C&gt; |
| Average Stated Principal Balance............... | $561,190 | 5% |
| Weighted Average Mortgage Rate................. | 5.93% | 5.83% to 6.03% |
| Weighted Average Original Loan-to-Value Ratio... | 73% | 5% |
| Weighted Average Remaining Term to Maturity..... | 359 months | 2 months |
| Weighted Average FICO Credit Score............. | 744 | 10 points |

&lt;/TABLE&gt;

                              S-33

&lt;PAGE&gt;
LOAN GROUP 2

&lt;TABLE&gt;
&lt;CAPTION&gt;

| CHARACTERISTIC | | PERMITTED VARIANCE OR RANGE |
| --- | --- | --- |
| &lt;S&gt; | &lt;C&gt; | &lt;C&gt; |
| Average Stated Principal Balance............... | $550,000 | 5% |
| Weighted Average Mortgage Rate................. | 5.91% | 5.81% to 6.01% |
| Weighted Average Original Loan-to-Value Ratio... | 71% | 5% |
| Weighted Average Remaining Term to Maturity..... | 359 months | 2 months |
| Weighted Average FICO Credit Score............. | 734 | 10 points |

&lt;/TABLE&gt;

UNDERWRITING PROCESS

GENERAL

    All of the mortgage loans in the trust fund will have been originated or acquired by Countrywide Home Loans in accordance with its credit, appraisal and underwriting standards. Countrywide Home Loans' underwriting standards are applied in accordance with applicable federal and state laws and regulations. Except as otherwise described in this prospectus supplement, the underwriting procedures are consistent with those identified under "Mortgage Loan Program -- Underwriting Process" in the prospectus.

    As part of its evaluation of potential borrowers, Countrywide Home Loans generally requires a description of income. If required by its underwriting guidelines, Countrywide Home Loans obtains employment verification providing current and historical income information and/or a telephonic employment confirmation. Such employment verification may be obtained, either through analysis of the prospective borrower's recent pay stub and/or W-2 forms for the most recent two years, relevant portions of the most recent two years' tax returns, or from the prospective borrower's employer, wherein the employer reports the length of employment and current salary with that organization. Self-employed prospective borrowers generally are required to submit relevant portions of their federal tax returns for the past two years.

    In assessing a prospective borrower's creditworthiness, Countrywide Home Loans may use FICO Credit Scores. "FICO Credit Scores" are statistical credit scores designed to assess a borrower's creditworthiness and likelihood to default on a consumer obligation over a two-year period based on a borrower's credit history. FICO Credit Scores were not developed to predict the likelihood of default on mortgage loans and, accordingly, may not be indicative of the ability of a mortgagor to repay its mortgage loan. FICO Credit Scores range from approximately 250 to approximately 900, with higher scores indicating an individual with a more favorable credit history compared to an individual with a lower score. Under Countrywide Home Loans' underwriting guidelines, borrowers possessing higher FICO Credit Scores, which indicate a more favorable credit

history, and who give Countrywide Home Loans the right to obtain the tax returns they filed for the preceding two years may be eligible for Countrywide Home Loans' processing program (the "Preferred Processing Program"). Approximately 57.96% and 47.13% of the Initial Mortgage Loans in loan group 1 and loan group 2, respectively, in each case by aggregate Stated Principal Balance of the Initial Mortgage Loans in that loan group as of the initial cut-off date, have been underwritten pursuant to Countrywide Home Loans' Preferred Processing Program. Countrywide Home Loans may waive some documentation requirements for mortgage loans originated under the Preferred Processing Program.

Periodically the data used by Countrywide Home Loans to complete the underwriting analysis may be obtained by a third party, particularly for mortgage loans originated through a loan correspondent or mortgage broker. In those instances, the initial determination as to whether a mortgage loan complies with Countrywide Home Loans' underwriting guidelines may be made by an independent company hired to perform underwriting services on behalf of Countrywide Home Loans, the loan correspondent or mortgage broker. In addition, Countrywide Home Loans may acquire mortgage loans from approved correspondent lenders under a program pursuant to which Countrywide Home Loans delegates to the correspondent the obligation to underwrite the mortgage loans to Countrywide Home Loans' standards. Under these circumstances, the underwriting of a mortgage loan may not have been reviewed by Countrywide Home Loans before acquisition of the mortgage loan and the correspondent represents that Countrywide Home Loans' underwriting standards have been met. After purchasing mortgage loans under those circumstances, Countrywide Home Loans conducts a quality control review of a sample of the mortgage loans. The number of loans reviewed in the quality control process varies based on a variety of factors, including Countrywide Home Loans' prior experience with the correspondent lender and the results of the quality control review process itself.

                                  S-34

<PAGE>
     Countrywide Home Loans' underwriting standards are applied by or on behalf of Countrywide Home Loans to evaluate the prospective borrower's credit standing and repayment ability and the value and adequacy of the mortgaged property as collateral. Under those standards, a prospective borrower must generally demonstrate that the ratio of the borrower's monthly housing expenses (including principal and interest on the proposed mortgage loan and, as applicable, the related monthly portion of property taxes, hazard insurance and mortgage insurance) to the borrower's monthly gross income and the ratio of total monthly debt to the monthly gross income (the "debt-to-income" ratios) are within acceptable limits. The maximum acceptable debt-to-income ratio, which is determined on a loan-by-loan basis varies depending on a number of underwriting criteria, including the Loan-to-Value Ratio, loan purpose, loan amount and credit history of the borrower. In addition to meeting the debt-to-income ratio guidelines, each prospective borrower is required to have sufficient cash resources to pay the down payment and closing costs. Exceptions to Countrywide Home Loans' underwriting guidelines may be made if compensating factors are demonstrated by a prospective borrower.

     Countrywide Home Loans may provide secondary financing to a mortgagor contemporaneously with the origination of a mortgage loan, subject to the following limitations: the Loan-to-Value Ratio of the senior (i.e., first) lien may not exceed 80% and the combined Loan-to-Value Ratio may not exceed 100%. Countrywide Home Loans' underwriting guidelines do not prohibit or otherwise restrict a mortgagor from obtaining secondary financing from lenders other than Countrywide Home Loans, whether at origination of the mortgage loan or thereafter.

     For all mortgage loans originated or acquired by Countrywide Home Loans, Countrywide Home Loans obtains a credit report relating to the applicant from a credit reporting company. The credit report typically contains information relating to such matters as credit history with local and national merchants and lenders, installment debt payments and any record of defaults, bankruptcy, dispossession, suits or judgments. All adverse information in the credit report is required to be explained by the prospective borrower to the satisfaction of the lending officer.

     Generally, Countrywide Home Loans obtains appraisals from independent appraisers or appraisal services for properties that are to secure mortgage loans, except with respect to selected borrowers that are refinancing an existing mortgage loan that was originated or acquired by Countrywide Home Loans where, among other things, the mortgage loan has not been more than 30 days delinquent in payment during the previous twelve-month period. The appraisers inspect and appraise the proposed mortgaged property and verify that the property is in acceptable condition. Following each appraisal, the appraiser prepares a report which includes a market data analysis based on recent sales of comparable homes in the area and, when deemed appropriate, a replacement cost analysis based on the current cost of constructing a similar home. All appraisals are required to conform to Fannie Mae or Freddie Mac appraisal standards then in effect.

     Countrywide Home Loans requires title insurance on all of its mortgage loans secured by first liens on real property. Countrywide Home Loans also requires that fire and extended coverage casualty insurance be maintained on the mortgaged property in an amount at least equal to the principal balance of the related single-family mortgage loan or the replacement cost of the mortgaged property, whichever is less.

     Countrywide Home Loans' underwriting guidelines generally allow Loan-to-Value Ratios at origination of up to 95% for purchase money or rate and term refinance mortgage loans with original principal balances of up to $400,000, up to 90% for mortgage loans with original principal balances of up to $650,000, up to 80% for mortgage loans with original principal balances of up to

$1,000,000, up to 75% for mortgage loans with original principal balances of up to $1,500,000, and up to 70% for mortgage loans with original principal balances of up to $3,000,000. Under certain circumstances, however, Countrywide Home Loans' underwriting guidelines allow for Loan-to-Value Ratios of up to 100% for purchase money mortgage loans with original principal balances of up to $375,000.

For cash-out refinance mortgage loans, Countrywide Home Loans' underwriting guidelines permit Loan-to-Value Ratios at origination of up to 90% for mortgage loans with original principal balances of up to $1,500,000. The maximum "cash-out" amount permitted is $400,000 and is based in part on the original Loan-to-Value Ratio of the related mortgage loan. As used in this prospectus supplement, a refinance mortgage loan is classified as a cash-out refinance mortgage loan by Countrywide Home Loans if the borrower retains an amount greater than the lesser of 2% of the entire amount of the proceeds from the refinancing of the existing loan, or $2,000.

                                    S-35
<PAGE>
      Under its underwriting guidelines, Countrywide Home Loans generally permits a debt-to-income ratio based on the borrower's monthly housing expenses of up to 36% and a debt-to-income ratio based on the borrower's total monthly debt of up to 40%; provided, however, that if the Loan-to-Value Ratio exceeds 80%, the maximum permitted debt-to-income ratios are 33% and 38%, respectively.

      Under its underwriting guidelines, Countrywide Home Loans may originate mortgage loans to borrowers who are not U.S. citizens, including permanent and non-permanent residents. The borrower is required to have a valid U.S. social security number or a certificate of foreign status (IRS form W-8). The maximum Loan-to-Value Ratio for these loans is 90%.

                           SERVICING OF MORTGAGE LOANS

COUNTRYWIDE HOME LOANS SERVICING LP

      Countrywide Home Loans Servicing LP ("Countrywide Servicing") will act as master servicer of the mortgage loans. The principal executive offices of Countrywide Servicing are located at 7105 Corporate Drive, Plano, TX 75024. Countrywide Servicing is a Texas limited partnership directly owned by Countrywide GP, Inc. and Countrywide LP, Inc., each a Nevada corporation and a direct wholly owned subsidiary of Countrywide Home Loans, Inc., a New York corporation ("Countrywide Home Loans"). Countrywide Home Loans is a direct wholly owned subsidiary of Countrywide Financial Corporation, a Delaware corporation ("Countrywide Financial"). Countrywide GP, Inc. owns a 0.1% interest in Countrywide Servicing and is the general partner. Countrywide LP, Inc. owns a 99.9% interest in Countrywide Servicing and is a limited partner.

      Countrywide Home Loans established Countrywide Servicing in February 2000 to service Countrywide Home Loans originated mortgage loans that would otherwise have been serviced by Countrywide Home Loans. In January and February 2001, Countrywide Home Loans transferred to Countrywide Servicing all of its rights and obligations relating to mortgage loans serviced on behalf of Fannie Mae and Freddie Mac, respectively. In October 2001, Countrywide Home Loans transferred to Countrywide Servicing all of its rights and obligations to the bulk of its non-agency loan servicing portfolio, including with respect to those mortgage loans formerly serviced by Countrywide Home Loans and securitized by CWMBS, Inc. While Countrywide Home Loans expects to continue to directly service a portion of its loan portfolio, it is expected that the servicing rights for most newly originated Countrywide Home Loans product will be transferred to Countrywide Servicing upon sale or securitization of the related mortgage loans. Countrywide Servicing is engaged in the business of servicing mortgage loans and will not originate or acquire loans, an activity that will continue to be performed by Countrywide Home Loans. In addition to acquiring mortgage servicing rights from Countrywide Home Loans, it is expected that Countrywide Servicing will service mortgage loans for non-Countrywide affiliated parties as well as subservice mortgage loans on behalf of other master servicers.

      In connection with the establishment of Countrywide Servicing, certain employees of Countrywide Home Loans became employees of Countrywide Servicing. Countrywide Servicing has engaged Countrywide Home Loans as a subservicer to perform certain loan servicing activities on its behalf.

      Countrywide Servicing is an approved mortgage loan servicer for Fannie Mae, Freddie Mac, Ginnie Mae, HUD and VA and is licensed to service mortgage loans in those states where a license is required. Its loan servicing activities are guaranteed by Countrywide Financial and Countrywide Home Loans (when required by the owner of the mortgage loans). As of June 30, 2005, Countrywide Servicing had a net worth of approximately $14.16 billion.

      In its capacity as master servicer, Countrywide Servicing will be responsible for servicing the mortgage loans in accordance with the terms set forth in the pooling and servicing agreement. Countrywide Servicing may perform any of its obligations under the pooling and servicing agreement through one or more subservicers, which may include Countrywide Home Loans. Notwithstanding any subservicing arrangement, Countrywide Servicing will remain liable for its servicing duties and obligations under the pooling and servicing agreement as if Countrywide Servicing alone were servicing the mortgage loans.

                                    S-36
<PAGE>
COUNTRYWIDE HOME LOANS

      Countrywide Home Loans is engaged primarily in the mortgage banking

business, and as such, originates, purchases, sells and services (either
directly or through subsidiaries) mortgage loans. Countrywide Home Loans
originates mortgage loans through a retail branch system and through mortgage
loan brokers and correspondents nationwide. Countrywide Home Loans' mortgage
loans are principally first-lien, fixed or adjustable rate mortgage loans
secured by single-family residences. References in the remainder of this
prospectus supplement to Countrywide Home Loans should be read to include
Countrywide Home Loans, and its consolidated subsidiaries, including Countrywide
Servicing.

     The principal executive offices of Countrywide Home Loans are located at
4500 Park Granada, Calabasas, California 91302.

     Countrywide Home Loans services substantially all of the mortgage loans it
originates or acquires. In addition, Countrywide Home Loans has purchased in
bulk the rights to service mortgage loans originated by other lenders.
Countrywide Home Loans has in the past and may in the future sell to other
mortgage bankers a portion of its portfolio of loan servicing rights. As of June
30, 2005, Countrywide Home Loans provided servicing for approximately $964.444
billion aggregate principal amount of mortgage loans, substantially all of which
are being serviced for unaffiliated persons.

MORTGAGE LOAN PRODUCTION

     The following table sets forth, by number and dollar amount of mortgage
loans, Countrywide Home Loans' residential mortgage loan production for the
periods indicated.

                         S-37
<PAGE>
<TABLE>
<CAPTION>

|  | | CONSOLIDATED MORTGAGE LOAN PRODUCTION | | | |
| --- | --- | --- | --- | --- | --- |
|  | YEAR ENDED FEBRUARY 28, 2001 | TEN MONTHS ENDED DECEMBER 31, 2001 | YEARS ENDED DECEMBER 31, 2002 | 2003 | 2004 | SIX MONTHS ENDED JUNE 30, 2005 |
|  | | (DOLLARS IN MILLIONS, EXCEPT AVERAGE LOAN AMOUNT) | | | | |
| <S> | <C> | <C> | <C> | <C> | <C> | <C> |
| Conventional Conforming Loans | | | | | | |
| Number of Loans ................... | 240,608 | 504,975 | 999,448 | 1,517,743 | 846,395 | 332,438 |
| Volume of Loans ................... | $ 34,434 | $ 76,432 | $ 150,110 | $ 235,868 | $ 138,845 | $ 69,200 |
| Percent of Total Dollar Volume .. | 50.0% | 61.7% | 59.6% | 54.2% | 38.2% | 32.6% |
| Conventional Non-conforming Loans | | | | | | |
| Number of Loans ................... | 86,600 | 137,593 | 277,626 | 554,571 | 509,711 | 380,563 |
| Volume of Loans ................... | $ 11,394 | $ 22,209 | $ 61,627 | $ 136,664 | $ 140,580 | $ 97,692 |
| Percent of Total Dollar Volume .. | 16.5% | 17.9% | 24.5% | 31.4% | 38.7% | 46.1% |
| FHA/VA Loans | | | | | | |
| Number of Loans ................... | 118,673 | 118,734 | 157,626 | 196,063 | 105,562 | 37,268 |
| Volume of Loans ................... | $ 13,075 | $ 14,109 | $ 19,093 | $ 24,402 | $ 13,247 | $ 4,837 |
| Percent of Total Dollar Volume .. | 18.9% | 11.4% | 7.6% | 5.6% | 3.6% | 2.3% |
| Prime Home Equity Loans | | | | | | |
| Number of Loans ................... | 119,045 | 164,503 | 316,049 | 453,817 | 587,046 | 326,712 |
| Volume of Loans ................... | $ 4,660 | $ 5,639 | $ 11,650 | $ 18,103 | $ 30,893 | $ 19,822 |
| Percent of Total Dollar Volume .. | 6.8% | 4.5% | 4.6% | 4.2% | 8.5% | 9.4% |
| Nonprime Mortgage Loans | | | | | | |
| Number of Loans ................... | 51,706 | 43,359 | 63,195 | 124,205 | 250,030 | 129,375 |
| Volume of Loans ................... | $ 5,360 | $ 5,580 | $ 9,421 | $ 19,827 | $ 39,441 | $ 20,256 |
| Percent of Total Dollar Volume .. | 7.8% | 4.5% | 3.7% | 4.6% | 11.0% | 9.6% |
| Total Loans | | | | | | |
| Number of Loans ................... | 616,632 | 969,164 | 1,813,944 | 2,846,399 | 2,298,744 | 1,206,356 |
| Volume of Loans ................... | $ 68,923 | $123,969 | $ 251,901 | $ 434,864 | $ 363,006 | $ 211,807 |
| Average Loan Amount ............... | $112,000 | $128,000 | $ 139,000 | $ 153,000 | $ 158,000 | $ 176,000 |
| Non-Purchase Transactions(1) ...... | 33% | 63% | 66% | 72% | 51% | 52% |
| Adjustable-Rate Loans(1) ......... | 14% | 12% | 14% | 21% | 52% | 55% |

</TABLE>

----------
(1)  Percentage of total loan production based on dollar volume.

FORECLOSURE, DELINQUENCY AND LOSS EXPERIENCE

     Historically, a variety of factors, including the appreciation of real
estate values, have limited Countrywide Home Loans' loss and delinquency
experience on its portfolio of serviced mortgage loans. There can be no
assurance that factors beyond the control of Countrywide Home Loans, such as
national or local economic conditions or downturns in the real estate markets of
its lending areas, will not result in increased rates of delinquencies and
foreclosure losses in the future.

     A general deterioration of the real estate market in regions where the
mortgaged properties are located may result in increases in delinquencies of
loans secured by real estate, slower absorption rates of real estate into the
market and lower sales prices for real estate. A general weakening of the
economy may result in decreases in the financial strength of borrowers and
decreases in the value of collateral serving as security for loans. If the real
estate market and economy were to decline, Countrywide Home Loans may experience
an increase in delinquencies on the loans it services and higher net losses on
liquidated loans.

     The following table summarizes the delinquency, foreclosure and loss
experience, respectively, on the dates indicated, of the mortgage loans

originated or acquired by Countrywide Home Loans, serviced or master serviced by
Countrywide Home Loans and securitized by the depositor in transactions that
were registered with the Securities and Exchange Commission. The delinquency,
foreclosure and loss experience may be affected by the size and relative lack
of seasoning of the servicing portfolio which increased from approximately
$21.251 billion at February 28, 2001, to approximately $25.658 billion at
December 31, 2001, to approximately $33.455 billion at December 31, 2002, to
approximately $47.664 billion at December 31, 2003, to approximately $54.503
billion at December 31, 2004 and to approximately $61.647 billion at June 30,
2005. Accordingly, the information should not

                                    S-38

<PAGE>
be considered as a basis for assessing the likelihood, amount or severity of
delinquency or losses on the mortgage loans and no assurances can be given that
the foreclosure, delinquency and loss experience presented in the following
table will be indicative of the actual experience on the mortgage loans (totals
may not add due to rounding):

<TABLE>
<CAPTION>

|  | AT FEBRUARY 28, 2001 | AT DECEMBER 31, | | | | AT JUNE 30, 2005 |
|---|---|---|---|---|---|---|
|  |  | 2001 | 2002 | 2003 | 2004 |  |
| <S> | <C> | <C> | <C> | <C> | <C> | <C> |
| Delinquent Mortgage Loans and Pending Foreclosures at Period End: |  |  |  |  |  |  |
| 30-59 days .................... | 1.61% | 1.89% | 2.11% | 1.80% | 1.42% | 1.29% |
| 60-89 days .................... | 0.28 | 0.39 | 0.53 | 0.43 | 0.30 | 0.25 |
| 90 days or more (excluding pending foreclosures) ...... | 0.14 | 0.23 | 0.35 | 0.31 | 0.34 | 0.24 |
| Total delinquencies ..... | 2.03% | 2.50% | 2.99% | 2.53% | 2.06% | 1.79% |
| Foreclosures pending ................ | 0.27% | 0.31% | 0.31% | 0.31% | 0.27% | 0.21% |
| Total delinquencies and foreclosures pending ............ | 2.30% | 2.82% | 3.31% | 2.84% | 2.33% | 2.00% |
| Net Gains/(Losses) on liquidated loans(1) ........................ | $(2,988,604) | $(5,677,141) | $(10,788,657) | $(16,159,208) | $(24,710,996) | $(3,624,645) |
| Percentage of Net Gains/(Losses) on liquidated loans(1)(2) ........ | (0.014)% | (0.022)% | (0.032)% | (0.033)% | (0.045)% | (0.006)% |
| Percentage of Net Gains/(Losses) on liquidated loans (based on average outstanding principal balance)(1) ..................... | (0.015)% | (0.023)% | (0.033)% | (0.034)% | (0.047)% | (0.006)% |

</TABLE>

----------
(1)  "Net Gains/(Losses)" are actual gains or losses incurred on liquidated
     properties that are calculated as net liquidation proceeds less book value
     (excluding loan purchase premium or discount).

(2)  Based upon the total principal balance of the mortgage loans outstanding on
     the last day of the indicated period.

SERVICING COMPENSATION AND PAYMENT OF EXPENSES

     The Expense Fees with respect to the mortgage pool are payable out of the
interest payments on each mortgage loan. The Expense Fees (other than the excess
master servicing fee, which is calculated as described below) will be 0.209% per
annum of the Stated Principal Balance of each mortgage loan. The Expense Fees
consist of (a) the basic master servicing fee payable to the master servicer in
respect of its master servicing activities, (b) the excess master servicing fee
payable to the master servicer and (c) fees payable to the trustee in respect of
its activities as trustee under the pooling and servicing agreement. The master
servicing fee will consist of the basic master servicing fee and the excess
master servicing fee. The basic master servicing fee will be 0.20% per annum of
the Stated Principal Balance of each mortgage loan. The excess master servicing
fee will consist of the group 1 excess master servicing fee and the group 2
excess master servicing fee. The excess master servicing fee for each loan group
will be an amount for each Non-Discount mortgage loan in that loan group equal
to (x) the excess of (a) the net mortgage rate of that Non-Discount mortgage
loan over (b) 5.50%, multiplied by (y) the Stated Principal Balance of such
Non-Discount mortgage loan as of the Due Date in the prior calendar month (after
giving effect to principal prepayments received in the Prepayment Period related
to that prior Due Date).

     The master servicer is obligated to pay some but not all ongoing expenses
associated with the trust fund and incurred by the master servicer in connection
with its responsibilities under the pooling and servicing agreement and those
amounts will be paid by the master servicer out of the basic master servicing
fee. The amount of the basic master servicing fee is subject to adjustment with
respect to prepaid mortgage loans, as described under "-- Adjustment to
Servicing Compensation in Connection with Certain Prepaid Mortgage Loans." The
excess master servicing fee is not subject to a similar adjustment. The master
servicer is also entitled to receive, as additional servicing compensation, all
late payment fees, prepayment charges, assumption fees and other similar charges
and all reinvestment income earned on amounts on deposit in the Certificate
Account and Distribution Account.

S-39

<PAGE>
     The net mortgage rate of a mortgage loan is its mortgage rate (net of the
interest premium charged by the related lenders for the lender acquired mortgage
insurance mortgage loans, if any) less the sum of the basic master servicing fee
and the trustee fee on the mortgage loan (expressed as a per annum percentage of
its Stated Principal Balance).

ADJUSTMENT TO SERVICING COMPENSATION IN CONNECTION WITH CERTAIN PREPAID MORTGAGE
LOANS

     When a borrower prepays a mortgage loan between Due Dates, the borrower is
required to pay interest on the amount prepaid only to the date of prepayment
and not thereafter. Except with respect to the month of the initial cut-off
date, principal prepayments by borrowers received by the master servicer from
the first day through the fifteenth day of a calendar month will be distributed
to certificateholders on the Distribution Date in the same month in which the
prepayments are received and, accordingly, no shortfall in the amount of
interest to be distributed to certificateholders with respect to the prepaid
mortgage loans results. Conversely, principal prepayments by borrowers received
by the master servicer from the sixteenth day (or, in the case of the first
Distribution Date, from August 1, 2005) through the last day of a calendar month
will be distributed to certificateholders on the Distribution Date in the month
following the month of receipt and, accordingly, a shortfall in the amount of
interest to be distributed to certificateholders with respect to the prepaid
mortgage loans would result. Pursuant to the pooling and servicing agreement,
the basic master servicing fee for any month will be reduced, but not by more
than an amount equal to the product of one-twelfth of 0.125% and the aggregate
stated principal balance of the mortgage loans ("Compensating Interest"), by an
amount sufficient to pass through to certificateholders the full amount of
interest to which they would be entitled for each prepaid mortgage loan on the
related Distribution Date.

     If shortfalls in interest as a result of prepayments in any Prepayment
Period exceed the Compensating Interest for the related Distribution Date, the
amount of interest distributed to certificateholders will be reduced by the
amount of the excess. See "Description of the Certificates -- Interest" in this
prospectus supplement.

ADVANCES

     Subject to the following limitations, the master servicer will be required
to advance before each Distribution Date, from its own funds or funds in the
Certificate Account that do not constitute Available Funds for that Distribution
Date, an amount equal to the aggregate of payments of principal and interest on
the mortgage loans (net of the basic master servicing fee and the excess master
servicing fee) which were due on the related Due Date and which were delinquent
on the related Determination Date, together with an amount equivalent to
interest on each mortgage loan as to which the related mortgaged property has
been acquired by the trust fund through foreclosure or deed-in-lieu of
foreclosure. The "Determination Date" is the 22nd day of each month or, if that
day is not a business day, the preceding business day; provided that the
Determination Date in each month will be at least two business days before the
related Distribution Date.

     Advances are intended to maintain a regular flow of scheduled interest and
principal payments on the certificates rather than to guarantee or insure
against losses. The master servicer is obligated to make advances with respect
to delinquent payments of principal of or interest on each mortgage loan to the
extent that the advances are, in its reasonable judgment, recoverable from
future payments and collections or insurance payments or proceeds of liquidation
of the related mortgage loan. If the master servicer determines on any
Determination Date to make an advance, the advance will be included with the
distribution to certificateholders on the related Distribution Date. Any failure
by the master servicer to make a deposit in the Certificate Account as required
under the pooling and servicing agreement, including any failure to make an
advance, will constitute an event of default under the pooling and servicing
agreement if the failure remains unremedied for five days after written notice
of the event of default. If the master servicer is terminated as a result of the
occurrence of an event of default, the trustee or the successor master servicer
will be obligated to make any advance, in accordance with the terms of the
pooling and servicing agreement.

CERTAIN MODIFICATIONS AND REFINANCINGS

     The master servicer may modify any mortgage loan provided that the master
servicer purchases the mortgage loan from the trust fund immediately following
the modification. A mortgage loan may not be modified unless the modification
includes a change in the interest rate on the related mortgage loan to
approximately a

S-40

<PAGE>
prevailing market rate. Any purchase of a mortgage loan subject to a
modification will be for a price equal to 100% of the Stated Principal Balance
of that mortgage loan, plus accrued and unpaid interest on the mortgage loan up
to the next Due Date at the applicable net mortgage rate, net of any
unreimbursed advances of principal and interest on the mortgage loan made by the
master servicer. The master servicer will deposit the purchase price in the
Certificate Account within one business day of the purchase of that mortgage
loan. Purchases of mortgage loans may occur when prevailing interest rates are
below the interest rates on the mortgage loans and mortgagors request
modifications as an alternative to refinancings. The master servicer will

indemnify the trust fund against liability for any prohibited transactions taxes and related interest, additions or penalties incurred by any REMIC as a result of any modification or purchase.

DESCRIPTION OF THE CERTIFICATES

GENERAL

The certificates will be issued pursuant to the pooling and servicing agreement. The following summaries of the material terms pursuant to which the certificates will be issued do not purport to be complete and are subject to, and are qualified in their entirety by reference to, the provisions of the pooling and servicing agreement. When particular provisions or terms used in the pooling and servicing agreement are referred to, the actual provisions (including definitions of terms) are incorporated by reference. The certificates represent obligations of the trust fund only and do not represent an interest in or obligation of CWMBS, Inc., Countrywide Home Loans, Inc. (or any other seller), Countrywide Home Loans Servicing LP or any of their affiliates.

The Mortgage Pass-Through Certificates, Series 2005-21, will consist of the Class A-1, Class A-2, Class A-3, Class A-4, Class A-5, Class A-6, Class A-7, Class A-8, Class A-9, Class A-10, Class A-11, Class A-12, Class A-13, Class A-14, Class A-15, Class A-16, Class A-17, Class A-18, Class A-19, Class A-20, Class A-21, Class A-22, Class A-23, Class A-24, Class A-25, Class A-26, Class A-27, Class A-28, Class A-29, Class A-30, Class A-31, Class A-32, Class A-33, Class A-34, Class A-35, Class A-36, Class A-37, Class A-38, Class A-39, Class A-40, Class 2-A-1, Class 2-A-2, Class 2-A-3, Class 2-A-4, Class PO and Class A-R Certificates (all of which are together referred to as senior certificates) and the Class M, Class B-1, Class B-2, Class B-3, Class B-4 and Class B-5 Certificates (all of which are together referred to as subordinated certificates). Only the classes of certificates listed on the cover page are being offered by this prospectus supplement. The Class B-3, Class B-4 and Class B-5 Certificates are not being offered by this prospectus supplement. Their initial Class Certificate Balances are expected to be approximately $1,976,000, $1,482,000 and $1,482,445, respectively, and their pass-through rates will be 5.50% per annum. The classes of offered certificates will have the respective initial Class Certificate Balances or initial notional amounts and pass-through rates set forth on the cover page in this prospectus supplement, or as described below. The initial Class Certificate Balances or initial notional amounts may vary in the aggregate by plus or minus 5%.

The "Class Certificate Balance" of any class of certificates (other than the notional amount certificates) as of any Distribution Date is the initial Class Certificate Balance of the class reduced by the sum of:

-   all amounts previously distributed to holders of certificates of the class as payments of principal,

-   the amount of Realized Losses allocated to the class, and

-   in the case of any class of subordinated certificates, any amounts allocated to the class in reduction of its Class Certificate Balance in respect of payments of Class PO Deferred Amounts, as described under "-- Allocation of Losses";

provided, however, that the Class Certificate Balance of each class of certificates to which allocated Realized Losses have been allocated will be increased, sequentially in the order of payment priority, by the amount of Subsequent Recoveries on the mortgage loans in a loan group distributed as principal to any related class of certificates, but not by more than the amount of Realized Losses previously allocated to reduce the Class Certificate Balance of such class of certificates. See "Application of Liquidation Proceeds" in the prospectus.

S-41

<PAGE>

In addition, the Class Certificate Balance of the class of subordinated certificates then outstanding with the highest numerical class designation will be reduced if and to the extent that the aggregate of the Class Certificate Balances of all classes of certificates, following all distributions and the allocation of Realized Losses on any Distribution Date after the first Distribution Date following the Conveyance Period exceeds the pool principal balance as of the Due Date occurring in the month of the Distribution Date. The notional amount certificates do not have principal balances and are not entitled to any distributions in respect of principal on the mortgage loans.

The senior certificates will have an initial aggregate principal balance of approximately $946,502,554, and will evidence in the aggregate an initial beneficial ownership interest of approximately 95.80% in the trust fund. The Class Certificate Balance of the Class PO Certificates as of the closing date is expected to be approximately $3,022,454, based on assumptions with respect to the Initial Mortgage Loans and the Supplemental Mortgage Loans. It is expected that there will be a principal prepayment on the Class PO Certificates on the first Distribution Date after the end of the Conveyance Period as a result of the actual characteristics of the Supplemental Mortgage Loans. The Class M, Class B-1, Class B-2, Class B-3, Class B-4 and Class B-5 Certificates will each evidence in the aggregate an initial beneficial ownership interest of approximately 2.75%, 0.65%, 0.30%, 0.20%, 0.15% and 0.15%, respectively, in the trust fund.

The Class A-R, Class B-3, Class B-4 and Class B-5 Certificates will be issued in fully registered certificated form. All of the remaining classes of certificates will be represented by book-entry certificates. The book-entry certificates will be issuable in book-entry form only. The Class A-R

Certificates will be issued in a denomination of $100.

SENIOR CERTIFICATE GROUPS

     The Class A-1, Class A-2, Class A-3, Class A-4, Class A-5, Class A-6, Class
A-7, Class A-8, Class A-9, Class A-10, Class A-11, Class A-12, Class A-13, Class
A-14, Class A-15, Class A-16, Class A-17, Class A-18, Class A-19, Class A-20,
Class A-21, Class A-22, Class A-23, Class A-24, Class A-25, Class A-26, Class
A-27, Class A-28, Class A-29, Class A-30, Class A-31, Class A-32, Class A-33,
Class A-34, Class A-35, Class A-36, Class A-37, Class A-38, Class A-39, Class
A-40 and Class A-R Certificates and the Class PO-1 Component are sometimes
referred to in this prospectus supplement as the "group 1 senior certificates"
and the Class 2-A-1, Class 2-A-2, Class 2-A-3 and Class 2-A-4 Certificates and
the Class PO-2 Component are sometimes referred to in this prospectus supplement
as the "group 2 senior certificates". The group 1 senior certificates and the
group 2 senior certificates are each sometimes referred to as a "senior
certificate group" and relate to loan group 1 and loan group 2, respectively.

COMPONENT CLASS

     Solely for purposes of calculating distributions and allocating losses, the
Class PO Certificates will be made up of multiple components having the
designations and initial component balances set forth below as of the closing
date:

<TABLE>
<CAPTION>

|  | INITIAL |
|  | COMPONENT |
| DESIGNATION | BALANCE (1) |
| ----------- | ----------- |
| <S> | <C> |
| Class PO-1 Component........................................... | $2,514,376 |
| Class PO-2 Component........................................... | $ 508,078 |

</TABLE>

----------
(1)  Based on assumptions regarding the characteristics of the Supplemental
     Mortgage Loans for each loan group.

     The component balance with respect to any component as of any Distribution
Date is the initial component balance thereof on the closing date, reduced by
all amounts applied and losses allocated in reduction of the principal balance
of such component on all previous Distribution Dates and increased by the
allocable portion of related subsequent recoveries.

     The Class Certificate Balance of the Class PO Certificates on any
Distribution Date will be equal to the aggregate of the component balances
described above on that Distribution Date. The components comprising the

                                   S-42

<PAGE>
Class PO Certificates will not be separately transferable from the Class PO
Certificates. As used in this prospectus supplement, "Class PO Component" will
mean the Class PO-1 Component or the Class PO-2 Component, as applicable.

NOTIONAL AMOUNT CERTIFICATES

     The Class A-36 Certificates are notional amount certificates. The notional
amount of the Class A-36 Certificates for any Distribution Date will be equal to
the product of (x) a fraction, the numerator of which is 0.50 and the
denominator of which is 5.50, and (y) the Class Certificate Balance of the Class
A-16 Certificates immediately prior to such Distribution Date. The initial
notional amount of the Class A-36 Certificates is approximately $2,281,636
(subject to the permitted variance described in this prospectus supplement).

BOOK-ENTRY CERTIFICATES

     The offered certificates, other than the Class A-R Certificates, will be
issued as book-entry certificates. Each class of book-entry certificates will be
issued as one or more certificates which equal the aggregate initial Class
Certificate Balance of each class of certificates and which will be held by a
depository, initially a nominee of The Depository Trust Company. Beneficial
interests in the book entry certificates will be held indirectly by investors
through the book-entry facilities of the depository, as described in this
prospectus supplement. Investors may hold the beneficial interests in the book
entry certificates (other than the Class A-4, Class A-5, Class A-6, Class A-7,
Class A-8, Class A-9, Class A-10, Class A-11, Class A-18, Class A-19, Class
A-20, Class A-21, Class A-22, Class A-23, Class A-24, Class A-25, Class A-26,
Class A-27, Class A-28, Class A-29, Class A-30, Class A-31 and Class A-32
Certificates) in minimum denominations representing an original principal amount
or notional amount of $25,000 and in integral multiples of $1,000 in excess
thereof. Investors may hold the beneficial interests in the Class A-4, Class
A-5, Class A-6, Class A-7, Class A-8, Class A-9, Class A-10, Class A-11, Class
A-18, Class A-19, Class A-20, Class A-21, Class A-22, Class A-23, Class A-24,
Class A-25, Class A-26, Class A-27, Class A-28, Class A-29, Class A-30, Class
A-31 and Class A-32 Certificates in minimum denominations representing an
original principal amount of $1,000 and in integral multiples of $1,000 in
excess thereof. One investor of each class of book-entry certificates may hold a
beneficial interest therein that is not an integral multiple of $1,000. The
depositor has been informed by the depository that its nominee will be CEDE &
Co. ("CEDE"). Accordingly, CEDE is expected to be the holder of record of the
book-entry certificates. Except as described in the prospectus under
"Description of the Certificates -- Book-Entry Certificates," no beneficial

owner acquiring a book-entry certificate will be entitled to receive a physical
certificate representing the certificate.

Unless and until definitive certificates are issued, it is anticipated that
the only certificateholder of the book-entry certificates will be CEDE, as
nominee of the depository. Beneficial owners of the book-entry certificates will
not be certificateholders, as that term is used in the pooling and servicing
agreement. Beneficial owners are only permitted to exercise the rights of
certificateholders indirectly through financial intermediaries and the
depository. Monthly and annual reports on the trust fund provided to CEDE, as
nominee of the depository, may be made available to beneficial owners upon
request, in accordance with the rules, regulations and procedures creating and
affecting the depository, and to the financial intermediaries to whose
depository accounts the book-entry certificates of the beneficial owners are
credited.

For a description of the procedures generally applicable to the book-entry
certificates, see "Description of the Certificates -- Book-Entry Certificates"
in the prospectus.

Although DTC has agreed to the foregoing procedures in order to facilitate
transfers of certificates among participants of DTC, they are under no
obligation to perform or continue to perform such procedures and such procedures
may be discontinued at any time.

DETERMINATION OF LIBOR

The Class A-11 and Class A-12 Certificates (we sometimes refer to these
classes of certificates as the LIBOR Certificates) will bear interest during
their initial interest accrual period at the applicable initial pass-through

S-43

<PAGE>
rates set forth in the table under "-- Interest" below, and during each interest
accrual period thereafter at the applicable rate determined as described in the
table under "-- Interest" below.

LIBOR applicable to an interest accrual period for the LIBOR Certificates
will be determined on the second business day prior to the commencement of the
interest accrual period applicable to those LIBOR Certificates (a "LIBOR
Determination Date"). On each LIBOR Determination Date, the trustee, as
calculation agent, will establish LIBOR for the related interest accrual period
on the basis of the British Bankers' Association ("BBA") "interest settlement
rate" for one-month deposits in the U.S. dollars as found on Telerate Page 3750
as of 11:00 a.m. London time on each LIBOR Determination Date. Interest
settlement rates currently are based on rates quoted by sixteen BBA designated
banks as being, in the view of such banks, the offered rate at which deposits
are being quoted to prime banks in the London interbank market. Such interest
settlement rates are calculated by eliminating the four highest rates and the
four lowest rates, averaging the eight remaining rates, carrying the result
(expressed as a percentage) out to six decimal places, and rounding to five
decimal places. "Telerate Page 3750" means the display page currently so
designated on the Moneyline Telerate Service (or such other page as may replace
that page on that service for the purpose of displaying comparable rates or
prices).

If on any LIBOR Determination Date, the calculation agent is unable to
calculate LIBOR in accordance with the method set forth in the immediately
preceding paragraph, LIBOR for the next interest accrual period for the LIBOR
Certificates will be calculated in accordance with the method described in the
prospectus under "Description of the Certificates -- Indices Applicable to
Floating Rate and Inverse Floating Rate Classes -- LIBOR."

If on the initial LIBOR Determination Date, the calculation agent is
required but unable to determine LIBOR in the manner provided in the prospectus,
LIBOR for the next interest accrual period will be 3.44%.

PAYMENTS ON MORTGAGE LOANS; ACCOUNTS

On or before the closing date, the master servicer will establish an
account (the "Certificate Account"), which will be maintained in trust for the
benefit of the certificateholders. The certificate account will be established
by the master servicer initially at Treasury Bank, N.A., which is an affiliate
of the depositor, the sellers and the master servicer. The master servicer will
deposit or cause to be deposited in the Certificate Account all amounts required
to be deposited therein, within two business days after receipt (or, on a daily
basis, if the long-term credit rating of Countrywide Home Loans has been reduced
below the rating specified in the pooling and servicing agreement). Funds
credited to the Certificate Account may be invested for the benefit and at the
risk of the master servicer in permitted investments, as defined in the pooling
and servicing agreement, that are scheduled to mature on or before the business
day preceding the next Distribution Date. On or before the business day
immediately preceding each Distribution Date, the master servicer will withdraw
from the Certificate Account the amount of Available Funds for each loan group
and will deposit the Available Funds in an account established and maintained
with the trustee on behalf of the certificateholders (the "Distribution
Account"). Upon termination of the Conveyance Period, the trustee will deposit
into the Distribution Account any amounts remaining in the Supplemental Loan
Account allocated to loan group 1 or loan group 2, other than investment
earnings, for distribution to the holders of the senior certificates.

DISTRIBUTIONS

Distributions on the certificates will be made by the trustee on the 25th

day of each month or, if that day is not a business day, on the first business day thereafter, commencing in September 2005 (each, a "Distribution Date"), to the persons in whose names the certificates are registered at the close of business on the Record Date. The "Record Date" for any Distribution Date will be the last business day of the calendar month immediately prior to the month in which that Distribution Date occurs.

    Distributions on each Distribution Date will be made by check mailed to the address of the person entitled to it as it appears on the applicable certificate register or, in the case of a certificateholder who holds 100% of a class of certificates or who holds certificates with an aggregate initial certificate balance of $1,000,000 or more or who holds a notional amount certificate and who has so notified the trustee in writing in accordance with the pooling and servicing agreement, by wire transfer in immediately available funds to the account of the certificateholder at a bank or other depository institution having appropriate wire transfer facilities; provided, however, that the final

                                  S-44
<PAGE>
distribution in retirement of the certificates will be made only upon presentment and surrender of the certificates at the Corporate Trust Office of the trustee.

PRIORITY OF DISTRIBUTIONS AMONG CERTIFICATES

    As more fully described in this prospectus supplement, distributions on the group 1 senior certificates and the group 2 senior certificates will be made on each Distribution Date primarily from Available Funds of the related loan group for such Distribution Date, and, in certain circumstances, from any Available Funds from the other loan group remaining after distributions to the senior certificates related to such other loan group. Distributions on the subordinated certificates will be based on any remaining Available Funds for each of the loan groups for such Distribution Date, in each case after giving effect to distributions on all classes of senior certificates as described in the preceding sentence and payments in respect of Class PO Deferred Amounts. These distributions will be made in the following order of priority:

    -    to interest on each interest-bearing class of senior certificates
         relating to each loan group, pro rata, based on their respective
         interest distribution amounts;

    -    to principal of the classes and components of senior certificates
         relating to each loan group then entitled to receive distributions of
         principal, in the order and subject to the priorities set forth under
         "Description of the Certificates -- Principal" in this prospectus
         supplement, in each case in an aggregate amount up to the maximum
         amount of principal to be distributed on the classes and/or components
         on the Distribution Date;

    -    to any Class PO Deferred Amounts with respect to the applicable Class
         PO Component, but only from amounts that would otherwise be
         distributed on the Distribution Date as principal of the subordinated
         certificates; and

    -    to interest on and then principal of each class of subordinated
         certificates, in the order of their numerical class designations,
         beginning with the Class M Certificates, in each case subject to the
         limitations set forth under "Description of the Certificates --
         Interest" and "-- Principal" in this prospectus supplement.

"Available Funds" for a loan group for any Distribution Date will be equal to
the sum of:

    -    all scheduled installments of interest (net of the related Expense
         Fees and premiums in respect of lender paid primary mortgage insurance
         on a mortgage loan) and principal due on the mortgage loans in that
         loan group on the Due Date in the month in which the Distribution Date
         occurs and received before the related Determination Date, together
         with any advances with respect to them;

    -    all proceeds of any primary mortgage guaranty insurance policies and
         any other insurance policies with respect to the mortgage loans in
         that loan group, to the extent the proceeds are not applied to the
         restoration of the related mortgaged property or released to the
         mortgagor in accordance with the master servicer's normal servicing
         procedures and all other cash amounts received and retained in
         connection with (a) the liquidation of defaulted mortgage loans in
         that loan group, by foreclosure or otherwise during the calendar month
         preceding the month of the Distribution Date (in each case, net of
         unreimbursed expenses incurred in connection with a liquidation or
         foreclosure and unreimbursed advances, if any) and (b) any Subsequent
         Recoveries with respect to mortgage loans in that loan group;

    -    all partial or full prepayments with respect to mortgage loans in that
         loan group received during the related Prepayment Period, together
         with any interest paid in connection with the prepayment, other than
         certain excess amounts, and the Compensating Interest;

    -    amounts received with respect to the Distribution Date as the
         Substitution Adjustment Amount or purchase price in respect of a
         deleted mortgage loan or a mortgage loan in that loan group
         repurchased by a seller or the master servicer as of the Distribution
         Date; and

                              S-45
<PAGE>
       -      for each Distribution Date during, and the Distribution Date
              immediately after the Conveyance Period, any amounts required pursuant
              to the pooling and servicing agreement to be deposited from the
              Capitalized Interest Account, and for the first Distribution Date
              following the Conveyance Period, any amounts remaining in the
              Supplemental Loan Account after the end of the Conveyance Period (net
              of any investment income thereon) that is allocated to that loan
              group,

reduced by amounts in reimbursement for advances previously made and other
amounts as to which the master servicer is entitled to be reimbursed from the
Certificate Account pursuant to the pooling and servicing agreement.

INTEREST

       The classes of offered certificates will have the respective pass-through
rates set forth on the cover page hereof or described below.

       Each class of LIBOR Certificates will bear interest during its initial
interest accrual period at the Initial Pass-Through Rate set forth below, and
will bear interest during each interest accrual period thereafter, subject to
the applicable Maximum and Minimum Pass-Through Rates, at the per annum rate
determined by reference to LIBOR as described below:

<TABLE>
<CAPTION>
                               INITIAL           MAXIMUM/MINIMUM      FORMULA FOR CALCULATION OF CLASS
CLASS                     PASS-THROUGH RATE      PASS-THROUGH RATE           PASS-THROUGH RATE
-----                     -----------------      -----------------    -------------------------------
<S>                            <C>                    <C>                       <C>
Class A-11...................  4.340000%              7.00% / 0.90%                 LIBOR + 0.90%
Class A-12...................  9.753332%          22.366663% / 0.00%    22.366663% - (3.666666 x LIBOR)
</TABLE>

       On each Distribution Date, to the extent of funds available therefor, each
interest-bearing class of certificates will be entitled to receive an amount
allocable to interest for the related interest accrual period. This *Interest
Distribution Amount* for any interest-bearing class will be equal to the sum of
(a) interest at the applicable pass-through rate on the related Class
Certificate Balance or notional amount, as the case may be, immediately prior to
that Distribution Date and (b) the sum of the amounts, if any, by which the
amount described in clause (a) above on each prior Distribution Date exceeded
the amount actually distributed as interest on the prior Distribution Dates and
not subsequently distributed (which are called unpaid interest amounts). The
Class PO Certificates are principal only certificates and will not bear
interest.

       With respect to each Distribution Date for all of the interest-bearing
certificates, the interest accrual period will be the calendar month preceding
the month of the Distribution Date. Interest will be calculated and payable on
the basis of a 360 day year divided into twelve 30 day months.

       The interest entitlement described above for each class of certificates for
any Distribution Date will be reduced by the amount of *Net Interest Shortfalls*
experienced by the related loan group, with respect to the senior certificates
(other than the Class PO Certificates), and each of the loan groups, with
respect to the subordinated certificates. The excess master servicing fee will
not be similarly reduced. With respect to any Distribution Date and loan group,
the "Net Interest Shortfall" is equal to

       -      any net prepayment interest shortfalls for that loan group and
              Distribution Date, and

       -      the amount of interest that would otherwise have been received with
              respect to any mortgage loan in that loan group that was the subject
              of a Relief Act Reduction or Debt Service Reduction.

       Net Interest Shortfalls for a loan group on any Distribution Date will be
allocated pro rata among all interest-bearing classes of the related senior
certificates and the classes of subordinated certificates on such Distribution
Date, based on the amount of interest each such class of certificates would
otherwise be entitled to receive (or, in the case of the subordinated
certificates, be deemed to be entitled to receive based on each subordinated
class' share of the Assumed Balance, as described more fully below) on such
Distribution Date, before taking into account any reduction in such amounts from
such Net Interest Shortfalls.

                              S-46
<PAGE>
       For purposes of allocating Net Interest Shortfalls for a loan group to the
subordinated certificates on any Distribution Date, the amount of interest each
class of subordinated certificates would otherwise be deemed to be entitled to
receive from Available Funds for that loan group on the Distribution Date will
be equal to an amount of interest at the pass-through rate on a balance equal to
that class' pro rata share (based on their respective Class Certificate
Balances) of the Assumed Balance for that Distribution Date. The Assumed Balance
for a Distribution Date and loan group is equal to the Subordinated Percentage
for that Distribution Date relating to that loan group of the aggregate of the
applicable Non-PO Percentage of the Stated Principal Balance of each mortgage
loan in such loan group as of the Due Date occurring in the month prior to the
month of that Distribution Date (after giving effect to prepayments during the

Prepayment Period related to that Due Date). Notwithstanding the foregoing, on any Distribution Date after a Senior Termination Date, Net Interest Shortfalls for a loan group will be allocated to the classes of subordinated certificates based on the amount of interest each such class of subordinated certificates would otherwise be entitled to receive on that Distribution Date.

A "Relief Act Reduction" is a reduction in the amount of the monthly interest payment on a mortgage loan pursuant to the Servicemembers Civil Relief Act or similar state laws. See "Certain Legal Aspects of the Mortgage Loans -- Servicemembers Civil Relief Act" in the prospectus. With respect to any Distribution Date, a net prepayment interest shortfall for a loan group is the amount by which the aggregate of prepayment interest shortfalls experienced by the mortgage loans in that loan group exceeds the sum of (x) the Compensating Interest for that loan group and Distribution Date and (y) the excess, if any, of the Compensating Interest for the other loan group over the prepayment interest shortfalls for that loan group. A prepayment interest shortfall is the amount by which interest paid by a borrower in connection with a prepayment of principal on a mortgage loan during the portion of the related Prepayment Period occurring in the calendar month preceding the month of the Distribution Date is less than one month's interest at the related mortgage rate net of the basic master servicing fee rate on the Stated Principal Balance of the mortgage loan. A "Debt Service Reduction" is the modification of the terms of a mortgage loan in the course of a borrower's bankruptcy proceeding, allowing for the reduction of the amount of the monthly payment on the related mortgage loan. Each class' pro rata share of the Net Interest Shortfalls will be based on the amount of interest the class otherwise would have been entitled to receive on the Distribution Date.

If on a particular Distribution Date, Available Funds for a loan group in the Certificate Account applied in the order described above under "-- Priority of Distributions Among Certificates" are not sufficient to make a full distribution of the interest entitlement on the certificates related to that loan group, interest will be distributed on each class of certificates of equal priority based on the amount of interest it would otherwise have been entitled to receive in the absence of the shortfall. Any unpaid interest amount will be carried forward and added to the amount holders of each class of certificates will be entitled to receive on the next Distribution Date. A shortfall could occur, for example, if losses realized on the mortgage loans in a loan group were exceptionally high or were concentrated in a particular month. Any unpaid interest amount so carried forward will not bear interest.

PRINCIPAL

General. All payments and other amounts received in respect of principal of the mortgage loans in a loan group will be allocated between the related Class PO Component, on the one hand, and the related senior certificate group (other than the notional amount certificates and the related Class PO Component) and the subordinated certificates, on the other hand, in each case based on the applicable PO Percentage and the applicable Non-PO Percentage, respectively, of those amounts.

The Non-PO Percentage with respect to any mortgage loan in any loan group with a net mortgage rate less than the percentage indicated below (each a "Discount mortgage loan") will be determined as follows:

S-47

<PAGE>
<TABLE>
<CAPTION>

| DISCOUNT MORTGAGE LOANS IN LOAN GROUP | NET MORTGAGE RATE FOR MORTGAGE LOAN | NON-PO PERCENTAGE OF DISCOUNT MORTGAGE LOAN |
| --- | --- | --- |
| <S> | <C> | <C> |
| 1 | Less than 5.50% | net mortgage rate divided by 5.50% |
| 2 | Less than 5.50% | net mortgage rate divided by 5.50% |

</TABLE>

The Non-PO Percentage with respect to any mortgage loan in any loan group with a net mortgage rate equal to or greater than the percentage indicated below (each a "Non-Discount mortgage loan") will be 100%.

<TABLE>
<CAPTION>

| NON-DISCOUNT MORTGAGE LOANS IN LOAN GROUP | NET MORTGAGE RATE FOR MORTGAGE LOAN |
| --- | --- |
| <S> | <C> |
| 1 | Greater than or equal to 5.50% |
| 2 | Greater than or equal to 5.50% |

</TABLE>

The PO Percentage with respect to any Discount mortgage loan in any loan group will be equal to the amount described below:

<TABLE>
<CAPTION>

| DISCOUNT MORTGAGE LOANS IN LOAN GROUP | PO PERCENTAGE OF DISCOUNT MORTGAGE LOAN |
| --- | --- |
| <S> | <C> |
| 1 | (5.50% -- net mortgage rate) divided by 5.50% |
| 2 | (5.50% -- net mortgage rate) divided by 5.50% |

</TABLE>

The PO Percentage with respect to any Non-Discount mortgage loan in any loan group will be 0%.

Non-PO Formula Principal Amount. On each Distribution Date, the Non-PO Formula Principal Amount for each loan group will be distributed as principal with respect to the related senior certificate group (other than the notional amount certificates and the related Class PO Component) in an amount up to the related Senior Principal Distribution Amount for such loan group, and as principal of the subordinated certificates, as a portion of the Subordinated Principal Distribution Amount.

The "Non-PO Formula Principal Amount" for any Distribution Date and loan group will equal the sum of:

(i)   the sum of the applicable Non-PO Percentage of

    (a)   all monthly payments of principal due on each mortgage loan in that loan group on the related Due Date,

    (b)   the principal portion of the purchase price of each mortgage loan in that loan group that was repurchased by a seller or another person pursuant to the pooling and servicing agreement as of the Distribution Date,

    (c)   the Substitution Adjustment Amount in connection with any deleted mortgage loan in that loan group received with respect to the Distribution Date,

    (d)   any insurance proceeds or liquidation proceeds allocable to recoveries of principal of mortgage loans in that loan group that are not yet Liquidated Mortgage Loans received during the calendar month preceding the month of the Distribution Date,

    (e)   with respect to each mortgage loan in that loan group that became a Liquidated Mortgage Loan during the calendar month preceding the month of the Distribution Date, the amount of the liquidation proceeds allocable to principal received with respect to the mortgage loan, and

S-48

<PAGE>

    (f)   all partial and full principal prepayments by borrowers on the mortgage loans in that loan group received during the related Prepayment Period;

(ii)  (a) any Subsequent Recoveries on the mortgage loans in that loan group received during the calendar month preceding the month of the Distribution Date, or (b) with respect to Subsequent Recoveries attributable to a Discount mortgage loan in that loan group which incurred a Realized Loss after the Senior Credit Support Depletion Date, the Non-PO Percentage of any Subsequent Recoveries received during the calendar month preceding the month of such Distribution Date; and

(iii) on the first Distribution Date after the Conveyance Period, any amounts allocated to that loan group remaining in the Supplemental Loan Account and not allocated to the related Class PO Component.

Senior Principal Distribution Amount. On each Distribution Date, the Non-PO Formula Principal Amount for each loan group, in each case up to the amount of the related Senior Principal Distribution Amount, for the Distribution Date, will be distributed as principal to the following classes of senior certificates, in the following order of priority:

DISTRIBUTIONS WITH RESPECT TO LOAN GROUP 1

-    sequentially, to the following classes of certificates in the following order of priority:

    1.   to the Class A-R Certificates, until its Class Certificate Balance is reduced to zero;

    2.   concurrently,

        a.   49.2108022116% concurrently, to the Class A-1, Class A-2 and Class A-3 Certificates, pro rata, until their respective Class Certificate Balances are reduced to zero;

        b.   28.1415307706% sequentially, in the following order of priority:

            (i)   to the Class A-13, Class A-14, Class A-15, Class A-16, Class A-33 and Class A-34 Certificates, until their aggregate Class Certificate Balance is reduced to their Aggregate Planned Balance for that Distribution Date, in the following order of priority:

                (A)   concurrently, 41.8360028688% to the Class A-13 Certificates, 25% to the Class A-16 Certificates and 33.1639971312% to the Class A-33 Certificates, until the Class Certificate Balance of the Class A-33 Certificates is reduced to zero;

  (B) concurrently, 41.8360028688% to the Class A-13
Certificates, 25% to the Class A-16 Certificates
and 33.1639971312% to the Class A-34 Certificates,
until their respective Class Certificate Balances
are reduced to zero; and

  (C) sequentially, to the Class A-14 and Class A-15
Certificates, in that order, until their
respective Class Certificate Balances are reduced
to zero;

(ii) concurrently,

  (A) 75% sequentially, in the following order of
priority:

S-49

<PAGE>

   (1) concurrently, to the Class A-4, Class A-11
and Class A-12 Certificates, pro rata, until
their respective Class Certificate Balances
are retired; and

   (2) sequentially, to the Class A-5, Class A-6,
Class A-7, Class A-8, Class A-9 and Class
A-10 Certificates, in that order, until their
respective Class Certificate Balances are
reduced to zero;

  (B) 25% sequentially, in the following order of
priority:

   (1) concurrently, 32.2951929587% to the Class
A-24 Certificates, until its Class
Certificate Balance is reduced to zero, and
67.7048070413% in the following order of
priority:

    (a) to the Class A-25 Certificates, in an
amount up to the amount necessary to
reduce its Class Certificate Balance to
its Targeted Balance for that
Distribution Date;

    (b) to the Class A-26 Certificates, until
its Class Certificate Balance is reduced
to zero; and

    (c) to the Class A-25 Certificates, without
regard to its Targeted Balance for that
Distribution Date, until its Class
Certificate Balance is reduced to zero;
and

   (2) sequentially, to the Class A-27, Class A-28,
Class A-29, Class A-30, Class A-31 and Class
A-32 Certificates, in that order, until their
respective Class Certificate Balances are
reduced to zero; and

(iii) to the Class A-13, Class A-14, Class A-15, Class A-16,
Class A-33 and Class A-34 Certificates, without regard
to their Aggregate Planned Balance for that
Distribution Date, in the following order of priority:

  (A) concurrently, 41.8360028688% to the Class A-13
Certificates, 25% to the Class A-16 Certificates
and 33.1639971312% to the Class A-33 Certificates,
until the Class Certificate Balance of the Class
A-33 Certificates is reduced to zero;

  (B) concurrently, 41.8360028688% to the Class A-13
Certificates, 25% to the Class A-16 Certificates
and 33.1639971312% to the Class A-34 Certificates,
until their respective Class Certificate Balances
are reduced to zero; and

  (C) sequentially, to the Class A-14 and Class A-15
Certificates, in that order, until their
respective Class Certificate Balances are reduced
to zero; and

c. 22.6476670178% sequentially, in the following order of
priority:

(i) concurrently, to the Class A-35 and Class A-40
Certificates, pro rata, the Group 1 Priority Amount,
until their respective Class Certificate Balances are
reduced to zero;

S-50

<PAGE>

    (ii) concurrently, 60.6636045794% to the Class A-17 Certificates and 39.3363954206% to the Class A-37 Certificates, until the Class Certificate Balance of the Class A-37 Certificates is reduced to zero;

    (iii) concurrently, 60.6636045794% to the Class A-17 Certificates, 11.0632728585% to the Class A-39 Certificates and 28.2731225620% to the Class A-39 Certificates, until the respective Class Certificate Balances of the Class A-17 and Class A-39 Certificates are reduced to zero;

    (iv) concurrently, 48.2537680101% to the Class A-18 Certificates, 14.9392470619% to the Class A-23 Certificates and 36.8069849280% to the Class A-38 Certificates, until the Class Certificate Balance of the Class A-18 Certificates is reduced to zero;

    (v) concurrently, 48.2537680101% to the Class A-19 Certificates, 14.9392470619% to the Class A-23 Certificates and 36.8069849280% to the Class A-38 Certificates, until the Class Certificate Balance of the Class A-19 Certificates is reduced to zero;

    (vi) concurrently, 48.2537680101% to the Class A-20 Certificates, 14.9392470619% to the Class A-23 Certificates and 36.8069849280% to the Class A-38 Certificates, until the Class Certificate Balance of the Class A-20 Certificates is reduced to zero;

    (vii) concurrently, 48.2537680101% to the Class A-21 Certificates, 14.9392470619% to the Class A-23 Certificates and 36.8069849280% to the Class A-38 Certificates, until the Class Certificate Balance of the Class A-21 Certificates is reduced to zero;

    (viii) concurrently, 48.2537680101% to the Class A-22 Certificates, 14.9392470619% to the Class A-23 Certificates and 36.8069849280% to the Class A-38 Certificates, until their respective Class Certificate Balances are reduced to zero; and

    (ix) to the Class A-35 and Class A-40 Certificates, pro rata, without regard to the Group 1 Priority Amount, until its Class Certificate Balance is reduced to zero.

DISTRIBUTIONS WITH RESPECT TO LOAN GROUP 2

- sequentially, to the following classes of certificates in the following order of priority:

    1.   concurrently, to the Class 2-A-1 and Class 2-A-4 Certificates, pro rata, the Group 2 Priority Amount, until their respective Class Certificate Balances are reduced to zero;

    2.   sequentially, to the Class 2-A-2 and Class 2-A-3 Certificates, in that order, until their respective Class Certificate Balances are reduced to zero; and

    3.   concurrently, to the Class 2-A-1 and Class 2-A-4 Certificates, pro rata, without regard to the Group 2 Priority Amount, until their respective Class Certificate Balances are reduced to zero.

Notwithstanding the foregoing, on each Distribution Date on and after the Senior Credit Support Depletion Date, the Non-PO Formula Principal Amount for loan group 1 and loan group 2 will be distributed, concurrently as principal to the classes of senior certificates (other than the notional amount certificates and the related Class PO Component) in the related certificate group, pro rata, in accordance with their respective Class Certificate Balances immediately before that Distribution Date.

S-51

<PAGE>

The capitalized terms used herein shall have the following meanings:

"Group 1 Priority Amount" for any Distribution Date will equal the sum of (i) the product of (a) the Scheduled Principal Distribution Amount for loan group 1, (b) the Shift Percentage and (c) the Group 1 Priority Percentage and (ii) the product of (a) the Unscheduled Principal Distribution Amount for loan group 1, (b) the Prepayment Shift Percentage and (c) the Group 1 Priority Percentage.

"Group 1 Priority Percentage" for any Distribution Date will equal the percentage equivalent of a fraction, the numerator of which is the aggregate Class Certificate Balance of the Class A-35 and Class A-40 Certificates immediately prior to such Distribution Date, and the denominator of which is the aggregate of the applicable Non-PO Percentage of the Stated Principal Balance of each mortgage loan in loan group 1 as of the Due Date in the month preceding the month of that Distribution Date (after giving effect to prepayments received in the Prepayment Period relating to that preceding Due Date).

"Group 2 Priority Amount" for any Distribution Date will equal the sum of (i) the product of (a) the Scheduled Principal Distribution Amount for loan group 2, (b) the Shift Percentage and (c) the Group 2 Priority Percentage and

(ii) the product of (a) the Unscheduled Principal Distribution Amount for loan group 2, (b) the Prepayment Shift Percentage and (c) the Group 2 Priority Percentage.

"Group 2 Priority Percentage" for any Distribution Date will equal the percentage equivalent of a fraction, the numerator of which is the aggregate Class Certificate Balance of the Class 2-A-1 and Class 2-A-4 Certificates immediately prior to such Distribution Date, and the denominator of which is the aggregate of the applicable Non-PO Percentage of the Stated Principal Balance of each mortgage loan in loan group 2 as of the Due Date in the month preceding the month of that Distribution Date (after giving effect to prepayments received in the Prepayment Period relating to that preceding Due Date).

"Shift Percentage" means, with respect to any Distribution Date occurring during the five years beginning on the first Distribution Date, 0%. For any Distribution Date occurring on or after the fifth anniversary of the first Distribution Date, 100%.

"Prepayment Shift Percentage" means, with respect to any Distribution Date occurring during the five years beginning on the first Distribution Date, 0%. For any Distribution Date occurring on or after the fifth anniversary of the first Distribution Date will be as follows: for any Distribution Date in the first year thereafter, 30%; for any Distribution Date in the second year thereafter, 40%; for any Distribution Date in the third year thereafter, 60%; for any Distribution Date in the fourth year thereafter, 80%; and for any Distribution Date thereafter, 100%.

"Scheduled Principal Distribution Amount" means, with respect to any Distribution Date and loan group, an amount equal to the sum of the applicable Non-PO Percentage of all amounts described in subclauses (a) through (d) of clause (i) of the definition of Non-PO Formula Principal Amount for such loan group and Distribution Date.

"Unscheduled Principal Distribution Amount" means, with respect to any Distribution Date and loan group, an amount equal to the sum of (i) with respect to each Mortgage Loan in that loan group that became a Liquidated Mortgage Loan during the calendar month preceding the month of such Distribution Date, the applicable Non-PO Percentage of the Liquidation Proceeds allocable to principal received with respect to such Mortgage Loan, (ii) the applicable Non-PO Percentage of the amount described in subclause (f) of clause (i) of the definition of Non-PO Formula Principal Amount for such loan group and Distribution Date and (iii) any Subsequent Recoveries described in clause (ii) of the definition of Non-PO Formula Principal Amount for such loan group and Distribution Date.

The "Non-PO Pool Balance" for any loan group and Due Date is equal to the excess, if any, of (x) the aggregate Stated Principal Balance of all mortgage loans in the related loan group over (y) the sum of the PO Percentage of the Stated Principal Balance of each Discount mortgage loan in that loan group.

"Due Date" means, with respect to a mortgage loan, the day in the calendar month on which scheduled payments are due on that mortgage loan. With respect to any Distribution Date, the related Due Date is the first day of the calendar month in which that Distribution Date occurs.

                                    S-52
<PAGE>
"Prepayment Period" means, with respect to any Distribution Date and the related Due Date, the period from the sixteenth day of the calendar month immediately preceding the month in which the Distribution Date occurs (or in the case of the first Distribution Date, from August 1, 2005) through the fifteenth day of the calendar month in which the Distribution Date occurs.

The "Senior Principal Distribution Amount" for any Distribution Date and loan group will equal the sum of

        -   the related Senior Percentage of the applicable Non-PO Percentage
            of all amounts described in subclauses (a) through (d) of clause
            (i) of the definition of Non-PO Formula Principal Amount for that
            loan group and Distribution Date,

        -   for each mortgage loan in that loan group that became a
            Liquidated Mortgage Loan during the calendar month preceding the
            month of the Distribution Date, the lesser of

            -   the related Senior Percentage of the applicable Non-PO
                Percentage of the Stated Principal Balance of the mortgage
                loan, and

            -   the related Senior Prepayment Percentage of the applicable
                Non-PO Percentage of the amount of the liquidation proceeds
                allocable to principal received on the mortgage loan, and

        -   the sum of

            -   the related Senior Prepayment Percentage of the applicable
                Non-PO Percentage of amounts described in subclause (f) of
                clause (i) of the definition of Non-PO Formula Principal
                Amount for that loan group and Distribution Date,

            -   the related Senior Prepayment Percentage of any Subsequent
                Recoveries described in clause (ii) of the definition of
                Non-PO Formula Principal Amount for the Distribution Date,
                and

- the amount, if any, on deposit in the Supplemental Loan Account at the end of the Conveyance Period allocated to that loan group but not allocable to the related Class PO Component.

Notwithstanding the definition of Senior Principal Distribution Amount above, on any Distribution Date after a Senior Termination Date, the Senior Principal Distribution Amount for the remaining senior certificates will be calculated pursuant to the above formula based on all the mortgage loans in the mortgage pool, as opposed to the mortgage loans in the related loan group.

"Stated Principal Balance" means for any mortgage loan and Due Date, the unpaid principal balance of the mortgage loan as of that Due Date, as specified in its amortization schedule at that time (before any adjustment to the amortization schedule for any moratorium or similar waiver or grace period), after giving effect to (i) previous partial prepayments of principal and the payment of principal due on that Due Date, irrespective of any delinquency in payment by the related mortgagor, and (ii) liquidation proceeds allocable to principal received in the prior calendar month and prepayments of principal received through the last day of the related Prepayment Period, in each case with respect to that mortgage loan. The pool principal balance equals the aggregate of the Stated Principal Balances of the mortgage loans. The loan group principal balance with respect to any loan group equals the aggregate of the Stated Principal Balances of the mortgage loans in that loan group.

The "Senior Percentage" for any senior certificate group and Distribution Date is the percentage equivalent of a fraction, not to exceed 100%, the numerator of which is the aggregate Class Certificate Balance of such senior certificate group (other than the notional amount certificates and the related Class PO Component) immediately before the Distribution Date and the denominator of which is the aggregate of the applicable Non-PO Percentage of the Stated Principal Balance of each mortgage loan in the related loan group as of the Due Date in the month preceding the month of that Distribution Date (after giving effect to prepayments received in the Prepayment Period related to that preceding Due Date); provided, however, that on any Distribution Date after a Senior Termination

                                S-53

<PAGE>
Date, the Senior Percentage of the remaining senior certificate group is the percentage equivalent of a fraction, the numerator of which is the aggregate Class Certificate Balance of such remaining senior certificate group (other than the notional amount certificates and the related Class PO Component) immediately prior to such date and the denominator of which is the aggregate of the Class Certificate Balances of all classes of certificates (other than the notional amount certificates and the Class PO Certificates) immediately prior to such date. For any Distribution Date on and prior to a Senior Termination Date, the Subordinated Percentage for the portion of the subordinated certificates relating to a loan group will be calculated as the difference between 100% and the Senior Percentage of the senior certificate group relating to that loan group on such Distribution Date. After a Senior Termination Date, the Subordinated Percentage will represent the entire interest of the subordinated certificates in the mortgage pool and will be calculated as the difference between 100% and the Senior Percentage for such Distribution Date.

The Senior Prepayment Percentage of a senior certificate group for any Distribution Date occurring during the five years beginning on the first Distribution Date will equal 100%. Thereafter, each Senior Prepayment Percentage will be subject to gradual reduction as described in the following paragraph. This disproportionate allocation of unscheduled payments of principal will have the effect of accelerating the amortization of the senior certificates (other than the related Class PO Component) which receive these unscheduled payments of principal while, in the absence of Realized Losses, increasing the interest in the mortgage loans of the applicable loan group evidenced by the subordinated certificates. Increasing the respective interest of the subordinated certificates relative to that of the senior certificates is intended to preserve the availability of the subordination provided by the subordinated certificates. The Subordinated Prepayment Percentage for a loan group as of any Distribution Date will be calculated as the difference between 100% and the related Senior Prepayment Percentage.

The Senior Prepayment Percentage of a senior certificate group for any Distribution Date occurring on or after the fifth anniversary of the first Distribution Date will be as follows: for any Distribution Date in the first year thereafter, the related Senior Percentage plus 70% of the related Subordinated Percentage for the Distribution Date; for any Distribution Date in the second year thereafter, the related Senior Percentage plus 60% of the related Subordinated Percentage for the Distribution Date; for any Distribution Date in the third year thereafter, the related Senior Percentage plus 40% of the related Subordinated Percentage for the Distribution Date; for any Distribution Date in the fourth year thereafter, the related Senior Percentage plus 20% of the related Subordinated Percentage for the Distribution Date; and for any Distribution Date thereafter, the related Senior Percentage for the Distribution Date (unless on any Distribution Date, the Senior Percentage of a senior certificate group exceeds the initial Senior Percentage for that senior certificate group, in which case, the Senior Prepayment Percentage for each senior certificate group for that Distribution Date will once again equal 100%).

Notwithstanding the foregoing, no decrease in the Senior Prepayment Percentage for any loan group will occur unless both of the step down conditions listed below are satisfied with respect to each loan group:

- the outstanding principal balance of all mortgage loans in a loan

group delinquent 60 days or more (including mortgage loans in
foreclosure, real estate owned by the trust fund and mortgage
loans, the mortgagors of which are in bankruptcy) (averaged over
the preceding six month period), as a percentage of (a) if such
date is on or prior to a Senior Termination Date, the
Subordinated Percentage for such loan group of the aggregate of
the applicable Non-PO Percentage of the aggregate Stated
Principal Balances of the mortgage loans in that loan group or
(b) if such date is after a Senior Termination Date, the
aggregate Class Certificate Balance of the subordinated
certificates, does not equal or exceed 50%, and

-    cumulative Realized Losses on the mortgage loans in each loan
     group do not exceed

     -    commencing with the Distribution Date on the fifth
          anniversary of the first Distribution Date, 30% of (i) if
          such date is on or prior to a Senior Termination Date, the
          Subordinated Percentage for that loan group of the aggregate
          of the applicable Non-PO Percentage of the Stated Principal
          Balances of the mortgage loans in that loan group, in each
          case as of the cut-off date or (ii) if such date is after a
          Senior Termination Date, the aggregate of the principal
          balances of the subordinated certificates as of the closing
          date (in either case, the "original subordinate principal
          balance"),

                              S-54

<PAGE>
     -    commencing with the Distribution Date on the sixth
          anniversary of the first Distribution Date, 35% of the
          original subordinate principal balance,

     -    commencing with the Distribution Date on the seventh
          anniversary of the first Distribution Date, 40% of the
          original subordinate principal balance,

     -    commencing with the Distribution Date on the eighth
          anniversary of the first Distribution Date, 45% of the
          original subordinate principal balance, and

     -    commencing with the Distribution Date on the ninth
          anniversary of the first Distribution Date, 50% of the
          original subordinate principal balance.

     The "SENIOR TERMINATION DATE" for a loan group is the date on which the
aggregate Class Certificate Balance of the related senior certificate group
(other than the related Class PO Component) is reduced to zero.

     If on any Distribution Date the allocation to the class or classes of
senior certificates (other than the related Class PO Component) then entitled to
distributions of principal of full and partial principal prepayments and other
amounts in the percentage required above would reduce the outstanding Class
Certificate Balance of the class or classes below zero, the distribution to the
class or classes of certificates of the related Senior Prepayment Percentage of
those amounts for the Distribution Date will be limited to the percentage
necessary to reduce the related Class Certificate Balance(s) to zero.

     Cross-Collateralization due to Disproportionate Realized Losses in one Loan
Group

     If on any Distribution Date the aggregate Class Certificate Balance of a
senior certificate group (other than the related Class PO Component) after
giving effect to distributions to be made on that Distribution Date, is greater
than the Non-PO Pool Balance for that loan group (any such group, the
"Undercollateralized Group"), all amounts otherwise distributable as principal
to the subordinated certificates (or, following the Senior Credit Support
Depletion Date, the amounts described in the following sentence) will be
distributed as principal to the senior certificate group of that
Undercollateralized Group (other than the related Class PO Component) until the
aggregate Class Certificate Balance of the senior certificate group (other than
the related Class PO Component) of the Undercollateralized Group equals the
Non-PO Pool Balance for that loan group (such distribution, an
"Undercollateralization Distribution"). If a senior certificate group (other
than the related Class PO Component) constitutes an Undercollateralized Group on
any Distribution Date following the Senior Credit Support Depletion Date,
Undercollateralization Distributions will be made from the excess of the
Available Funds for the other loan group remaining after all required amounts
for that Distribution Date have been distributed to the related senior
certificate group (other than the related Class PO Component).

     Accordingly, the subordinated certificates will not receive distributions
of principal until each Undercollateralized Group is no longer
undercollateralized.

     All distributions described in this "Cross-Collateralization due to
Disproportionate Realized Losses in one Loan Group" section will be made in
accordance with the priorities set forth under "Distributions on the
Certificates -- Principal -- Senior Principal Distribution Amount" above and "--
Subordinated Principal Distribution Amount" below.

     Subordinated Principal Distribution Amount. On each Distribution Date and
with respect to both loan groups, to the extent of Available Funds therefor, the
Non-PO Formula Principal Amount for each loan group up to the amount of the

Subordinated Principal Distribution Amount for each loan group for the
Distribution Date, will be distributed as principal of the subordinated
certificates. Except as provided in the next paragraph, each class of
subordinated certificates will be entitled to receive its pro rata share of the
Subordinated Principal Distribution Amount from all loan groups (based on its
respective Class Certificate Balance), in each case to the extent of the amount
available from Available Funds from all loan groups for distribution of
principal. Distributions of principal of the subordinated certificates will be
made sequentially to the classes of subordinated certificates in the order of

                                   S-55

<PAGE>
their numerical class designations, beginning with the Class M Certificates,
until their respective Class Certificate Balances are reduced to zero.

     With respect to each class of subordinated certificates (other than the
class of subordinated certificates then outstanding with the highest priority of
distribution), if on any Distribution Date the sum of the related Class
Subordination Percentages of the class and all classes of subordinated
certificates which have higher numerical class designations than the class (the
"Applicable Credit Support Percentage") is less than the Applicable Credit
Support Percentage for such class on the date of issuance of the certificates
(the "Original Applicable Credit Support Percentage"), no distribution of
partial principal prepayments and principal prepayments in full from any loan
group will be made to any of those classes (the "Restricted Classes") and the
amount of partial principal prepayments and principal prepayments in full
otherwise distributable to the Restricted Classes will be allocated among the
remaining classes of subordinated certificates, pro rata, based upon their
respective Class Certificate Balances, and distributed in the sequential order
described above.

     The Class Subordination Percentage with respect to any Distribution Date
and each class of subordinated certificates, will equal the fraction (expressed
as a percentage) the numerator of which is the Class Certificate Balance of the
class of subordinated certificates immediately before the Distribution Date and
the denominator of which is the aggregate of the Class Certificate Balances of
all classes of certificates immediately before the Distribution Date.

     On the date of issuance of the certificates, the characteristics listed
below are expected to be as follows:

<TABLE>
<CAPTION>

| | Beneficial Interest in Trust Fund | Initial Credit Enhancement Level | Original Applicable Credit Support Percentage |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Senior Certificates .. | 95.80% | 4.20% | N/A |
| Class M .............. | 2.75% | 1.45% | 4.20% |
| Class B-1 ............ | 0.65% | 0.80% | 1.45% |
| Class B-2 ............ | 0.30% | 0.50% | 0.80% |
| Class B-3 ............ | 0.20% | 0.30% | 0.50% |
| Class B-4 ............ | 0.15% | 0.15% | 0.30% |
| Class B-5 ............ | 0.15% | 0.00% | 0.15% |

</TABLE>

     For purposes of calculating the Applicable Credit Support Percentages of
the subordinated certificates, the Class M Certificates will be considered to
have a lower numerical class designation than each other class of subordinated
certificates.

     The Subordinated Principal Distribution Amount for any loan group and
Distribution Date will equal

     -    the sum of

          -    the Subordinated Percentage for that loan group of the applicable
               Non-PO Percentage of all amounts described in subclauses (a)
               through (d) of clause (i) of the definition of Non-PO Formula
               Principal Amount for that loan group and that Distribution Date,

          -    for each mortgage loan in that loan group that became a
               Liquidated Mortgage Loan during the calendar month preceding the
               month of the Distribution Date, the applicable Non-PO Percentage
               of the remaining liquidation proceeds allocable to principal
               received on the mortgage loan, after application of the amounts
               pursuant to the second bulleted item of the definition of Senior
               Principal Distribution Amount up to the related Subordinated
               Percentage of the applicable Non-PO Percentage of the Stated
               Principal Balance of the mortgage loan,

                                   S-56

<PAGE>
          -    the related Subordinated Prepayment Percentage for that loan
               group of the applicable Non-PO Percentage of the amounts
               described in subclause (f) of clause (i) of the definition of
               Non-PO Formula Principal Amount for the Distribution Date, and

          -    the related Subordinated Prepayment Percentage of any Subsequent
               Recoveries described in clause (ii) of the definition of Non-PO
               Formula Principal Amount for that loan group and Distribution
               Date,

- reduced by the amount of any payments in respect of related Class PO Deferred Amounts on the related Distribution Date.

On any Distribution Date after a Senior Termination Date, the Subordinated Principal Distribution Amount will not be calculated by loan group but will equal the amount calculated pursuant to the formula set forth above based on the applicable Subordinated Percentage or Subordinated Prepayment Percentage, as applicable, for the subordinated certificates for such Distribution Date with respect to all of the mortgage loans in the mortgage pool as opposed to the mortgage loans in the related loan group.

Residual Certificates. The Class A-R Certificates will remain outstanding for so long as the trust fund shall exist, whether or not they are receiving current distributions of principal or interest. In addition to distributions of interest and principal as described above, on each Distribution Date, the holders of the Class A-R Certificates will be entitled to receive certain amounts as described in the pooling and servicing agreement. It is not anticipated that there will be any significant amounts remaining for that distribution.

Class PO Principal Distribution Amount. On each Distribution Date, distributions of principal of each Class PO Component will be made in an amount equal to the lesser of (x) the PO Formula Principal Amount for the Distribution Date and component and (y) the product of

- Available Funds for that loan group remaining after distribution of interest on the senior certificates in the related senior certificate group, and

- a fraction, the numerator of which is the related PO Formula Principal Amount and the denominator of which is the sum of that PO Formula Principal Amount and the related Senior Principal Distribution Amount.

If the Class PO Principal Distribution Amount on a Distribution Date is calculated as provided in clause (y) above, principal distributions to the related senior certificate group (other than the notional amount certificates and the related Class PO Component) will be in an amount equal to the product of Available Funds for that loan group remaining after distribution of interest on the related senior certificate group and a fraction, the numerator of which is the related Senior Principal Distribution Amount and the denominator of which is the sum of that Senior Principal Distribution Amount and the related PO Formula Principal Amount.

The "PO Formula Principal Amount" for any Distribution Date and related Class PO Component will equal the sum of

- the sum of the applicable PO Percentage of

- all monthly payments of principal due on each mortgage loan in the related loan group on the related Due Date,

- the principal portion of the purchase price of each mortgage loan in that loan group that was repurchased by the related seller or another person pursuant to the pooling and servicing agreement as of the Distribution Date,

- the Substitution Adjustment Amount in connection with any deleted mortgage loan in that loan group received for the Distribution Date,

S-57

<PAGE>
- any insurance proceeds or liquidation proceeds allocable to recoveries of principal of mortgage loans in that loan group that are not yet Liquidated Mortgage Loans received during the calendar month preceding the month of the Distribution Date,

- for each mortgage loan in that loan group that became a Liquidated Mortgage Loan during the calendar month preceding the month of the Distribution Date, the amount of liquidation proceeds allocable to principal received on the mortgage loan, and

- all partial and full principal prepayments by borrowers on the mortgage loans in that loan group received during the related Prepayment Period,

- with respect to Subsequent Recoveries attributable to a Discount mortgage loan in the related loan group which incurred a Realized Loss on any mortgage loan after the Senior Credit Support Depletion Date, the PO Percentage of any Subsequent Recoveries received during the calendar month preceding the month of such Distribution Date, and

- the amount, if any, on deposit in the Supplemental Loan Account at the end of the Conveyance Period that is allocable to the Class PO-1 Component or Class PO-2 Component, as applicable.

On the first Distribution Date following the end of the Conveyance Period, the Class PO Certificates will receive a prepayment in the amount equal to the excess of (x) the Class PO Sublimit for each loan group over (y) the aggregate of the Class PO Percentage of the Stated Principal Balance of the Supplemental Mortgage Loans included in that loan group during the Conveyance Period. The "Class PO Sublimit" is a portion of the amount deposited in the Supplemental

Loan Account allocated to each loan group on the closing date which is equal to approximately $226,041 for loan group 1 and approximately $34,257 for loan group 2.

ALLOCATION OF LOSSES

    On each Distribution Date, the applicable PO Percentage of any Realized Loss on a Discount mortgage loan in a loan group will be allocated to the related Class PO Component until the component balance thereof is reduced to zero. The amount of any Realized Loss allocated to the related Class PO Component on or before the Senior Credit Support Depletion Date will be treated as a Class PO Deferred Amount. To the extent funds are available on the Distribution Date or on any future Distribution Date from amounts that would otherwise be allocable from Available Funds of all of the loan groups for the Subordinated Principal Distribution Amount, Class PO Deferred Amounts will be paid on the related Class PO Component before distributions of principal on the subordinated certificates. Any distribution of Available Funds in a loan group in respect of unpaid Class PO Deferred Amounts will not further reduce the component balance of the related Class PO Component. The Class PO Deferred Amounts will not bear interest. The Class Certificate Balance of the class of subordinated certificates then outstanding with the highest numerical class designation will be reduced by the amount of any payments in respect of Class PO Deferred Amounts. After the Senior Credit Support Depletion Date, no new Class PO Deferred Amounts will be created.

    On each Distribution Date, the applicable Non-PO Percentage of any Realized Loss on the mortgage loans in a loan group will be allocated first to the subordinated certificates, in the reverse order of their numerical class designations (beginning with the class of subordinated certificates then outstanding with the highest numerical class designation), in each case until the Class Certificate Balance of the respective class of certificates has been reduced to zero, and then to the related senior certificate group (other than the notional amount certificates and the related Class PO Component), pro rata, based upon their respective Class Certificate Balances, except that (x) the Non-PO Percentage of any Realized Losses on the mortgage loans in loan group 1 that would otherwise be allocated to (i) the Class A-2 Certificates will instead be allocated to the Class A-3 Certificates, until its Class Certificate Balance is reduced to zero, and (ii) the Class A-35 Certificates will instead be allocated to the Class A-40 Certificates, until its Class Certificate Balance is reduced to zero, and (y) the Non-PO Percentage of any Realized Losses on the mortgage loans in loan group 2 that would otherwise be allocated to the Class 2-A-1 Certificates will instead be allocated to the Class 2-A-4 Certificates, until its Class Certificate Balance is reduced to zero.

                                    S-58
<PAGE>
    For purposes of allocating losses to the subordinated certificates, the Class M Certificates will be considered to have a lower numerical class designation than each other class of subordinated certificates.

    The Senior Credit Support Depletion Date is the date on which the Class Certificate Balance of each class of subordinated certificates has been reduced to zero.

    Because principal distributions are paid to some classes of certificates (other than the notional amount certificates and the Class PO Certificates) before other classes of certificates, holders of the certificates that are entitled to receive principal later bear a greater risk of being allocated Realized Losses on the mortgage loans than holders of classes that are entitled to receive principal earlier.

    In general, a "Realized Loss" means, for a Liquidated Mortgage Loan, the amount by which the remaining unpaid principal balance of the mortgage loan exceeds the amount of liquidation proceeds applied to the principal balance of the related mortgage loan. See "Credit Enhancement -- Subordination" in this prospectus supplement and in the prospectus.

    A "Liquidated Mortgage Loan" is a defaulted mortgage loan as to which the master servicer has determined that all recoverable liquidation and insurance proceeds have been received.

    "Subsequent Recoveries" are unexpected recoveries, net of reimbursable expenses, with respect to a Liquidated Mortgage Loan that resulted in a Realized Loss in a month prior to the month of receipt of such recoveries.

REPORTS TO CERTIFICATEHOLDERS

The trustee may, at its option, make the information described in the prospectus under "Description of the Certificates -- Reports to Certificateholders" available to certificateholders on the trustee's website (assistance in using the website service may be obtained by calling the trustee's customer service desk at (800) 254-2826). Parties that are unable to use the above distribution option are entitled to have a copy mailed to them via electronic mail by notifying the trustee at its Corporate Trust Office.

STRUCTURING ASSUMPTIONS

    Unless otherwise specified, the information set forth in the tables under "Yield, Prepayment and Maturity Considerations" in this prospectus supplement has been prepared on the basis of the following assumed characteristics of the mortgage loans and the following additional assumptions, which combined are the structuring assumptions:

    -    loan group 1 consists of six mortgage loans with the following

characteristics:

INITIAL MORTGAGE LOANS

<TABLE>
<CAPTION>

| PRINCIPAL BALANCE | MORTGAGE RATE | NET MORTGAGE RATE | ORIGINAL TERM TO MATURITY (IN MONTHS) | REMAINING TERM TO MATURITY (IN MONTHS) | REMAINING INTEREST-ONLY TERM TO MATURITY (IN MONTHS) |
| --- | --- | --- | --- | --- | --- |
| <S> | <C> | <C> | <C> | <C> | <C> |
| $ 78,609,489.17 | 5.5768904292% | 5.3665725222% | 360 | 360 | N/A |
| $ 13,083,181.00 | 5.5487045352% | 5.3397045352% | 360 | 360 | 120 |
| $486,374,058.28 | 5.9483390587% | 5.7375153759% | 360 | 359 | N/A |
| $189,673,687.39 | 5.9978614088% | 5.7870584924% | 360 | 360 | 120 |
</TABLE>

S-59

<PAGE>
SUPPLEMENTAL MORTGAGE LOANS

<TABLE>
<CAPTION>

| PRINCIPAL BALANCE | MORTGAGE RATE | NET MORTGAGE RATE | ORIGINAL TERM TO MATURITY (IN MONTHS) | REMAINING TERM TO MATURITY (IN MONTHS) | REMAINING INTEREST-ONLY TERM TO MATURITY (IN MONTHS) |
| --- | --- | --- | --- | --- | --- |
| <S> | <C> | <C> | <C> | <C> | <C> |
| $ 9,317,650.00 | 5.5768904292% | 5.3665725222% | 360 | 360 | N/A |
| $54,941,934.16 | 5.9483390587% | 5.7375153759% | 360 | 360 | N/A |
</TABLE>

- loan group 2 consists of four mortgage loans with the following
  characteristics:

INITIAL MORTGAGE LOANS

<TABLE>
<CAPTION>

| PRINCIPAL BALANCE | MORTGAGE RATE | NET MORTGAGE RATE | ORIGINAL TERM TO MATURITY (IN MONTHS) | REMAINING TERM TO MATURITY (IN MONTHS) | REMAINING INTEREST-ONLY TERM TO MATURITY (IN MONTHS) |
| --- | --- | --- | --- | --- | --- |
| <S> | <C> | <C> | <C> | <C> | <C> |
| $ 17,094,108.88 | 5.5687916766% | 5.3475488623% | 360 | 360 | N/A |
| $130,382,749.34 | 5.9436697191% | 5.7312380458% | 360 | 360 | N/A |
</TABLE>

SUPPLEMENTAL MORTGAGE LOANS

<TABLE>
<CAPTION>

| PRINCIPAL BALANCE | MORTGAGE RATE | NET MORTGAGE RATE | ORIGINAL TERM TO MATURITY (IN MONTHS) | REMAINING TERM TO MATURITY (IN MONTHS) | REMAINING INTEREST-ONLY TERM TO MATURITY (IN MONTHS) |
| --- | --- | --- | --- | --- | --- |
| <S> | <C> | <C> | <C> | <C> | <C> |
| $1,235,900.00 | 5.5687916766% | 5.3475488623% | 360 | 360 | N/A |
| $7,287,241.78 | 5.9436697191% | 5.7312380458% | 360 | 360 | N/A |
</TABLE>

- the mortgage loans prepay at the specified constant percentages of the
  Prepayment Assumption or CPR, as applicable,

- no defaults in the payment by mortgagors of principal of and interest
  on the mortgage loans are experienced,

- the scheduled monthly payment for each mortgage loan, except for the
  interest-only mortgage loans during their respective interest-only
  periods, has been calculated such that each mortgage loan will
  amortize in amounts sufficient to repay the current balance of the
  mortgage loan by its respective remaining term to maturity,

- the remaining term to maturity for the mortgage loans (other than the
  interest-only mortgage loans) is calculated based upon the current
  principal balance of the outstanding mortgage loans,

- each mortgage loan with a remaining interest-only term greater than
  zero does not amortize during the remaining interest-only term. At the
  end of the remaining interest-only term, each such mortgage loan will
  amortize in amounts sufficient to repay the current balance of each
  mortgage loan over the remaining term to maturity calculated at the
  expiration of the remaining interest-only term,

- scheduled payments on the mortgage loans are received on the first day
  of each month commencing in the calendar month following the closing

date and are computed before giving effect to prepayments received on the last day of the prior month,

-   the Net Mortgage Rate is equal to the Mortgage Rate minus the sum of the basic master servicing fee and the trustee fee, and where applicable, amounts in respect of lender paid primary mortgage insurance on a mortgage loan,

S-60
<PAGE>
-   prepayments are allocated as described in this prospectus supplement without giving effect to loss and delinquency tests,

-   there are no Net Interest Shortfalls and prepayments represent prepayments in full of individual mortgage loans and are received on the last day of each month, commencing in the calendar month of the closing date,

-   the initial Class Certificate Balance, initial component balance or initial notional amount, as applicable, of each class of certificates or component as set forth on the cover page hereof or as described under "Description of the Certificates" in this prospectus supplement,

-   interest accrues on each interest-bearing class of certificates at the applicable interest rate set forth on the cover page hereof or as described in this prospectus supplement, and the excess master servicing fee accrues on each Non-Discount mortgage loan as described in this prospectus supplement,

-   distributions in respect of the certificates are received in cash on the 25th day of each month commencing in the calendar month following the closing date,

-   the closing date of the sale of the certificates is August 30, 2005,

-   the Aggregate Planned Balance of the Class A-13, Class A-14, Class A-15, Class A-16, Class A-33 and Class A-34 Certificates are as set forth in the Aggregate Planned Balance Schedule under "Principal Balance Schedules" in this prospectus supplement,

-   the Targeted Balance of the Class A-25 Certificates is as set forth in the Targeted Balance Schedule under "Principal Balance Schedules" in this prospectus supplement,

-   no seller is required to repurchase or substitute for any mortgage loan,

-   the master servicer does not exercise the option to repurchase the mortgage loans described under "-- Optional Purchase of Defaulted Loans" and "-- Optional Termination", and

-   no class of certificates becomes a Restricted Class.

    Prepayments of mortgage loans commonly are measured relative to a prepayment standard or model. The model used in this prospectus supplement with respect to the senior certificates is the Standard Prepayment Assumption (the "Prepayment Assumption"). The model used in this prospectus supplement with respect to the subordinated certificates assumes a constant prepayment rate ("CPR"). Both the Prepayment Assumption and CPR represent an assumed rate of prepayment each month of the then outstanding principal balance of a pool of new mortgage loans. Neither the Prepayment Assumption nor CPR purports to be either a historical description of the prepayment experience of any pool of mortgage loans or a prediction of the anticipated rate of any prepayment of any pool of mortgage loans, including the mortgage loans. There is no assurance that prepayments will occur at any constant prepayment rate.

    100% of the Prepayment Assumption assumes prepayment rates of 0.2% per annum of the then outstanding principal balance of such mortgage loans in the first month of the life of the mortgage loans and an additional 0.2% per annum in each month thereafter (for example, 0.4% per annum in the second month) until the 30th month. Beginning in the 30th month and in each month thereafter during the life of the mortgage loans, 100% of the Prepayment Assumption assumes a constant prepayment rate of 6.0% per annum. Multiples may be calculated from this prepayment rate sequence. For example, 300% of the Prepayment Assumption assumes prepayment rates will be 0.6% per annum in month one, 1.2% per annum in month two, and increasing by 0.6% in each succeeding month until reaching a rate of 18.0% per annum in month 30 and remaining constant at 18.0% per annum thereafter. 0% of the Prepayment Assumption assumes no prepayments. There is no assurance that prepayments will occur at any of the Prepayment Assumption rate or at any other constant rate.

S-61
<PAGE>
    While it is assumed that each of the mortgage loans prepays at the specified constant percentages of the Prepayment Assumption or CPR, as applicable, this is not likely to be the case. Moreover, discrepancies may exist between the characteristics of the actual mortgage loans which will be delivered to the trustee and characteristics of the mortgage loans used in preparing the tables.

OPTIONAL PURCHASE OF DEFAULTED LOANS

    The master servicer may, at its option, but subject to the conditions set

forth in the pooling and servicing agreement, purchase from the trust fund any mortgage loan which is delinquent in payment by 151 days or more. Any purchase shall be at a price equal to 100% of the Stated Principal Balance of the mortgage loan plus accrued interest on it at the applicable mortgage rate from the date through which interest was last paid by the related mortgagor or advanced (and not reimbursed) to the first day of the month in which the amount is to be distributed.

OPTIONAL TERMINATION

    The master servicer will have the right to repurchase all remaining mortgage loans and foreclosed or otherwise repossessed properties in the mortgage pool and thereby effect early retirement of the certificates, subject to the pool principal balance of the mortgage loans and foreclosed or otherwise repossessed properties at the time of repurchase being less than or equal to 10% of the sum of the aggregate Stated Principal Balance of the Closing Date Mortgage Loans as of the initial cut-off date plus any amount deposited in the Supplemental Loan Account on the closing date. If the master servicer exercises the option, the purchase price distributed with respect to each certificate will be 100% of its then outstanding principal balance plus any Class PO Deferred Amounts in the case of the Class PO Certificates and, in the case of an interest-bearing certificate, any unpaid accrued interest thereon at the applicable pass-through rate, in each case subject to reduction as provided in the pooling and servicing agreement if the purchase price is based in part on the appraised value of any foreclosed or otherwise repossessed properties and the appraised value is less than the Stated Principal Balance of the related mortgage loans. Distributions on the certificates in respect of any optional termination will first be paid to the senior certificates and then to the subordinated certificates. The proceeds from any optional termination distribution may not be sufficient to distribute the full amount to which each class of certificates is entitled if the purchase price is based in part on the appraised value of any foreclosed or otherwise repossessed property and the appraised value is less than the Stated Principal Balance of the related mortgage loan.

THE TRUSTEE

    The Bank of New York will be the trustee under the pooling and servicing agreement. The depositor and the master servicer may maintain other banking relationships in the ordinary course of business with The Bank of New York. Offered certificates may be surrendered at the Corporate Trust Office of the trustee located at 101 Barclay Street, 8W, New York, New York 10286, Attention: Corporate Trust Administration or at any other address the trustee designates from time to time.

RESTRICTIONS ON TRANSFER OF THE CLASS A-R CERTIFICATES

    The Class A-R Certificates will be subject to the restrictions on transfer described in the prospectus under "Material Federal Income Tax Consequences -- REMIC Certificates -- b. Residual Certificates -- Tax-Related Restrictions on Transfers of Residual Certificates -- Disqualified Organizations", "--Noneconomic Residual Certificates" and "--Foreign Investors". The Class A-R Certificates (in addition to other ERISA restricted classes of certificates, as described in the pooling and servicing agreement) may not be acquired by a Plan. See "ERISA Considerations." Each Class A-R Certificate will contain a legend describing the foregoing restrictions.

                    YIELD, PREPAYMENT AND MATURITY CONSIDERATIONS

GENERAL

    The effective yield to the holders of each interest-bearing class of certificates will be lower than the yield otherwise produced by the applicable rate at which interest is passed through to the holders and the purchase price of

                                   S-62
<PAGE>
the certificates because monthly distributions will not be payable to the holders until the 25th day (or, if that day is not a business day, the following business day) of the month following the month in which interest accrues on the mortgage loans (without any additional distribution of interest or earnings on them for the delay).

    Delinquencies on the mortgage loans that are not advanced by or on behalf of the master servicer (because amounts, if advanced, would be nonrecoverable) will adversely affect the yield on the certificates. Because of the priority of distributions, shortfalls resulting from delinquencies not so advanced will be borne first by the subordinated certificates, in the reverse order of their numerical class designations, and then by the senior certificates of the senior certificate group to which the shortfall relates pro rata. If, as a result of the shortfalls, the aggregate of the Class Certificate Balances of all classes of certificates exceeds the pool principal balance, the Class Certificate Balance of the class of subordinated certificates then outstanding with the highest numerical class designation will be reduced by the amount of the excess.

    Net Interest Shortfalls will adversely affect the yields on the classes of offered certificates. In addition, all losses initially will be borne by the subordinated certificates, in the reverse order of their numerical class designations (either directly or through distributions in respect of Class PO Deferred Amounts on the Class PO Certificates). Moreover, since the Subordinated Principal Distribution Amount for each Distribution Date will be reduced by the amount of any distributions on the Distribution Date in respect of Class PO Deferred Amounts, the amount distributable as principal on each Distribution

Date to each class of subordinated certificates then entitled to a distribution
of principal will be less than it otherwise would be in the absence of the Class
PO Deferred Amounts. As a result, the yields on the offered certificates will
depend on the rate and timing of Realized Losses.

For purposes of allocating losses and shortfalls resulting from
delinquencies to the subordinated certificates, the Class M Certificates will be
considered to have a lower numerical class designation than each other class of
subordinated certificates.

PREPAYMENT CONSIDERATIONS AND RISKS

The rate of principal payments on the offered certificates, the aggregate
amount of distributions on the offered certificates and the yield to maturity of
the offered certificates will be related to the rate and timing of payments of
principal on the mortgage loans. The rate of principal payments on the mortgage
loans will in turn be affected by the amortization schedules of the mortgage
loans (including their interest only periods) and by the rate of principal
prepayments, including for this purpose, prepayments resulting from refinancing,
liquidations of the mortgage loans due to defaults, casualties, condemnations
and repurchases by the sellers or master servicer. Except for certain of the
mortgage loans, each of which has a prepayment charge, if the related mortgagor
prepays such mortgage loan during a period for up to five years after
origination, the mortgage loans may be prepaid by the mortgagors at any time
without a prepayment charge. Because certain of the mortgage loans may contain
prepayment charges, the rate of principal prepayments may be less than the rate
of principal prepayments for mortgage loans that did not have prepayment
charges. In addition, certain of the mortgage loans do not provide for any
payments of principal for the first ten years following their origination. These
mortgage loans may involve a greater degree of risk than mortgage loans that
amortize with each monthly payment because, if the related mortgagor defaults,
the outstanding principal balance of that mortgage loan will be higher than for
an amortizing mortgage loan. During their interest-only periods, these mortgage
loans may be less likely to prepay as the interest-only feature may reduce the
perceived benefits of refinancing due to the smaller monthly payment. However,
as an interest-only mortgage loan approaches the end of its interest-only
period, it may be more likely to be prepaid, even if market interest rates at
the time are only slightly higher or lower than the interest rate on the
interest-only mortgage loans as the related borrowers seek to avoid increases in
their respective monthly mortgage payment. The mortgage loans are subject to the
"due-on-sale" provisions included therein. See "The Mortgage Pool" in this
prospectus supplement.

Prepayments, liquidations and purchases of the mortgage loans in a loan
group will result in distributions on the offered certificates related to that
loan group of principal amounts which would otherwise be distributed over the
remaining terms of the mortgage loans. This includes any optional purchase by
the master servicer of a defaulted mortgage loan and any optional repurchase of
the remaining mortgage loans in each of the loan groups in connection with the
termination of the trust fund, in each case as described in this prospectus
supplement. Since the rate of payment of principal of the mortgage loans will
depend on future events and a variety of factors, no assurance can

                                  S-63

<PAGE>
be given as to the rate of payment of principal of the mortgage loans or the
rate of principal prepayments. The extent to which the yield to maturity of a
class of offered certificates may vary from the anticipated yield will depend
upon the degree to which the offered certificate is purchased at a discount or
premium, and the degree to which the timing of payments thereon is sensitive to
prepayments, liquidations and purchases of the mortgage loans in that loan
group. Further, an investor should consider the risk that, in the case of the
principal only certificates and any other offered certificate purchased at a
discount, a slower than anticipated rate of principal payments (including
prepayments) on the mortgage loans in that loan group could result in an actual
yield to the investor that is lower than the anticipated yield and, in the case
any notional amount certificate and any other offered certificate purchased at a
premium, a faster than anticipated rate of principal payments on the mortgage
loans in the related loan group could result in an actual yield to the investor
that is lower than the anticipated yield. Investors in the notional amount
certificates should carefully consider the risk that a rapid rate of principal
payments on the mortgage loans could result in the failure of the investors to
recover their initial investments.

The rate of principal payments (including prepayments) on pools of mortgage
loans may vary significantly over time and may be influenced by a variety of
economic, geographic, social and other factors, including changes in mortgagors'
housing needs, job transfers, unemployment, mortgagors' net equity in the
mortgaged properties, servicing decisions, as well as the characteristics of the
mortgage loans included in the mortgage pool as described under "The Mortgage
Pool -- General" and "-- Underwriting Process" in this prospectus supplement. In
general, if prevailing interest rates were to fall significantly below the
mortgage rates on the mortgage loans, the mortgage loans could be subject to
higher prepayment rates than if prevailing interest rates were to remain at or
above the mortgage rates on the mortgage loans. Conversely, if prevailing
interest rates were to rise significantly, the rate of prepayments on the
mortgage loans would generally be expected to decrease. No assurances can be
given as to the rate of prepayments on the mortgage loans in stable or changing
interest rate environments. Furthermore, with respect to up to 50% of the
Closing Date Mortgage Loans in each loan group and up to 90% of the Supplemental
Mortgage Loans, the depositor may deliver all or a portion of each related
mortgage file to the trustee after the closing date or the related Supplemental
Transfer Date, as applicable. Should Countrywide Home Loans or any other seller
fail to deliver all or a portion of any mortgage files to the depositor or other

designee of the depositor or, at the depositor's direction, to the trustee, within that period, Countrywide Home Loans will be required to use its best efforts to deliver a replacement mortgage loan for the related delayed delivery mortgage loan or repurchase the related delayed delivery mortgage loan. Any repurchases pursuant to this provision would also have the effect of accelerating the rate of prepayments on the mortgage loans.

As described under "Description of the Certificates -- Principal" in this prospectus supplement, the Senior Prepayment Percentage of the applicable Non-PO Percentage of all principal prepayments on the mortgage loans in such loan group will be initially distributed to the classes of related senior certificates (other than the notional amount certificates and the related Class PO Component) then entitled to receive principal prepayment distributions. This may result in all (or a disproportionate percentage) of the principal prepayments being distributed to holders of the classes of senior certificates (other than the Class PO Certificates) and none (or less than their pro rata share) of the principal prepayments being distributed to holders of the subordinated certificates during the periods of time described in the definition of Senior Prepayment Percentage. The Class A-35, Class 2-A-1 and Class 2-A-4 Certificates generally will not receive principal distributions for the first five years after the closing date.

The yields to maturity on each senior certificate group (other than the Class PO Certificates) will reflect the prepayment experience on the mortgage loans in the related loan group, and the yields on the subordinated certificates and the Class PO Certificates will reflect a combination of the prepayment experience on mortgage loans in all of the loan groups. Since the mortgage loans in each loan group may exhibit different prepayment behavior either simultaneously or over time, it will be more difficult to estimate the possible prepayment experience on the mortgage loans and the resulting effects on the yields to maturity of the certificates.

The timing of changes in the rate of prepayments on the mortgage loans may significantly affect an investor's actual yield to maturity, even if the average rate of principal payments is consistent with an investor's expectation. In general, the earlier a prepayment of principal on the mortgage loans, the greater the effect on an investor's yield to maturity. The effect on an investor's yield as a result of principal payments occurring at a rate higher (or lower) than the rate anticipated by the investor during the period immediately following the issuance of the offered certificates may not be offset by a subsequent like decrease (or increase) in the rate of principal payments.

S-64

<PAGE>

The tables in this "Yield, Prepayment and Maturity Considerations" section indicate the sensitivity of the pre-tax corporate bond equivalent yields to maturity of the illustrated class or classes of certificates to various constant percentages of the Prepayment Assumption and, in the case of the Class A-12 Certificates, to various levels of LIBOR. The yields set forth in the tables were calculated by determining the monthly discount rates that, when applied to the assumed streams of cash flows to be paid on the applicable class or classes of certificates, would cause the discounted present value of the assumed streams of cash flows to equal the assumed aggregate purchase price of the applicable class and converting the monthly rates to corporate bond equivalent rates. Those calculations do not take into account variations that may occur in the interest rates at which investors may be able to reinvest funds received by them as distributions on the certificates and consequently do not purport to reflect the return on any investment in any class of certificates when the reinvestment rates are considered.

MANDATORY PREPAYMENT

In the event that at the end of the Conveyance Period there are amounts on deposit in the Supplemental Loan Account, the holders of the senior certificates will receive an additional distribution allocable to principal in an amount equal to that amount on deposit in the Supplemental Loan Account at that time.

SENSITIVITY OF THE CLASS A-12 CERTIFICATES

The yield to investors in the Class A-12 Certificates will be very sensitive to the level of LIBOR and the rate and timing of principal payments (including prepayments) of the mortgage loans in loan group 1, which can be prepaid at any time. As indicated in the table below, an increasing level of prepayments and/or LIBOR will have a negative effect on the yield to investors in the Class A-12 Certificates.

Changes in the level of LIBOR may not correlate with changes in prevailing mortgage interest rates. It is possible that lower prevailing mortgage interest rates, which might be expected to result in faster prepayments, could occur concurrently with an increased level of LIBOR.

The following table was prepared on the basis of the structuring assumptions and the assumptions that (i) the interest rate applicable to the Class A-12 Certificates for each interest accrual period, subsequent to its initial interest accrual period, will be based on the indicated level of LIBOR and (ii) the purchase price of the Class A-12 Certificates (expressed as a percentage of its initial notional amount) is as follows:

```
<TABLE>
<CAPTION>
```

| CLASS | PRICE* |
| ----- | ------ |
| <S> | <C> |
| Class A-12......................... | 99.5% |

```
</TABLE>

----------
*    The price does not include accrued interest. Accrued interest has been
     added to such price in calculating the yields set forth in the table below.

       SENSITIVITY OF THE CLASS A-12 CERTIFICATES TO PREPAYMENTS AND LIBOR
                        (PRE-TAX YIELD TO MATURITY)

<TABLE>
<CAPTION>
                      PERCENTAGE OF THE PREPAYMENT ASSUMPTION
                      ---------------------------------------
LIBOR                   0%    100%   300%   400%   500%
-----                  ----   ----   ----   ----   ----
<S>                    <C>    <C>    <C>    <C>    <C>
1.44%................   17.6%  17.6%  17.4%  17.3%  17.2%
2.44%................   13.7%  13.7%  13.6%  13.5%  13.5%
3.44%................    9.9%   9.9%   9.9%   9.9%   9.8%
4.44%................    6.2%   6.2%   6.2%   6.2%   6.2%
5.44%................    2.5%   2.5%   2.6%   2.6%   2.7%
6.10%................    0.0%   0.0%   0.2%   0.3%   0.3%
</TABLE>
```

     It is highly unlikely that all of the mortgage loans in loan group 1 will
have the characteristics assumed or that the mortgage loans in loan group 1 will
prepay at the same rate until maturity or that all of the mortgage loans in loan
group 1 will prepay at the same rate or time. In addition, there can be no
assurance that LIBOR will correspond to the levels shown herein and it is highly
unlikely that the level of LIBOR will remain constant. As a result of these
factors, the pre-tax yield on the Class A-12 Certificates is likely to differ
from that shown in the table above, even if

                                      S-65
<PAGE>
all of the mortgage loans in loan group 1 prepay at the indicated percentages of
the Prepayment Assumption and LIBOR is at the indicated level. No representation
is made as to the actual rate of principal payments on the mortgage loans in any
loan group, the level of LIBOR for any period or over the life of the Class A-12
Certificates or as to the yield on the Class A-12 Certificates. Investors must
make their own decisions as to the appropriate combinations of prepayment
assumption and assumptions regarding the level of LIBOR to be used in deciding
whether to purchase the Class A-12 Certificates.

SENSITIVITY OF THE CLASS A-36 CERTIFICATES

     AS INDICATED IN THE FOLLOWING TABLE, THE YIELD TO INVESTORS IN THE CLASS
A-36 CERTIFICATES WILL BE SENSITIVE TO THE RATE OF PRINCIPAL PAYMENTS (INCLUDING
PREPAYMENTS) OF THE MORTGAGE LOANS IN LOAN GROUP 1, WHICH CAN BE PREPAID AT ANY
TIME. ON THE BASIS OF THE STRUCTURING ASSUMPTIONS, THE PURCHASE PRICE AND
ASSUMPTIONS SET FORTH IN THE FOLLOWING TABLE, THE YIELD TO MATURITY ON THE CLASS
A-36 CERTIFICATES WOULD BE APPROXIMATELY 0% IF PREPAYMENTS OF THE MORTGAGE LOANS
IN LOAN GROUP 1 WERE TO OCCUR AT A CONSTANT RATE OF APPROXIMATELY 615% OF THE
PREPAYMENT ASSUMPTION. IF THE ACTUAL PREPAYMENT RATE OF THE MORTGAGE LOANS IN
LOAN GROUP 1 WERE TO EXCEED THE FOREGOING LEVEL FOR AS LITTLE AS ONE MONTH WHILE
EQUALING THE LEVEL FOR THE REMAINING MONTHS, THE INVESTORS IN THE CLASS A-36
CERTIFICATES WOULD NOT FULLY RECOUP THEIR INITIAL INVESTMENTS.

     The information set forth in the following table has been prepared on the
basis of the structuring assumptions and on the assumption that the purchase
price of the Class A-36 Certificates (expressed as a percentage of its initial
notional amount) is as follows:

```
<TABLE>
<CAPTION>
CLASS                          PRICE*
-----                          ------
<S>                            <C>
Class A-36.......................  15.5%
</TABLE>
```

----------
*    The price does not include accrued interest. Accrued interest has been
     added to the price in calculating the yields set forth in the table below.

          SENSITIVITY OF THE CLASS A-36 CERTIFICATES TO PREPAYMENTS
                        (PRE-TAX YIELD TO MATURITY)

```
<TABLE>
<CAPTION>
                      PERCENTAGE OF THE PREPAYMENT ASSUMPTION
                      ---------------------------------------
CLASS                   0%    100%   300%   400%   500%
-----                  ----   ----   ----   ----   ----
<S>                    <C>    <C>    <C>    <C>    <C>
Class A-36.............  34.0%  18.4%  14.6%  12.5%   7.0%
</TABLE>
```

     It is unlikely that all of the mortgage loans in loan group 1 will have the
precise characteristics described in this prospectus supplement or that the
mortgage loans in loan group 1 will all prepay at the same rate until maturity
or that the mortgage loans in loan group 1 will prepay at the same rate or time.
As a result of these factors, the pre-tax yield on the Class A-36 Certificates
is likely to differ from those shown in the table above, even if all of the

mortgage loans in loan group 1 prepay at the indicated percentages of the
Prepayment Assumption. No representation is made as to the actual rate of
principal payments on the mortgage loans in loan group 1 for any period or over
the life of the Class A-36 Certificates or as to the yield on the Class A-36
Certificates. Investors must make their own decisions as to the appropriate
prepayment assumptions to be used in deciding whether to purchase the Class A-36
Certificates.

SENSITIVITY OF THE CLASS PO CERTIFICATES

     THE CLASS PO CERTIFICATES WILL BE "PRINCIPAL ONLY" CERTIFICATES AND WILL
NOT BEAR INTEREST. AS INDICATED IN THE FOLLOWING TABLE, A LOWER THAN ANTICIPATED
RATE OF PRINCIPAL PAYMENTS (INCLUDING PREPAYMENTS) ON THE DISCOUNT MORTGAGE
LOANS WILL HAVE A NEGATIVE EFFECT ON THE YIELD TO INVESTORS IN THE CLASS PO
CERTIFICATES.

     As described above under "Description of the Certificates -- Principal" in
this prospectus supplement, the Class PO Principal Distribution Amount is
calculated by reference to the principal payments (including prepayments) on the
Discount mortgage loans in each loan group. The Discount mortgage loans in each
loan group will have lower net mortgage rates (and lower mortgage rates) than
the other mortgage loans in that loan group. In

                                    S-66
<PAGE>
general, mortgage loans with higher mortgage rates tend to prepay at higher
rates than mortgage loans with relatively lower mortgage rates in response to a
given change in market interest rates. As a result, the Discount mortgage loans
in each loan group may prepay at lower rates, thereby reducing the rate of
payment of principal and the resulting yield of the Class PO Certificates.

     The information set forth in the following table has been prepared on the
basis of the structuring assumptions and on the assumption that the purchase
price of the Class PO Certificates (expressed as a percentage of its initial
Class Certificate Balance) is as follows:

<TABLE>
<CAPTION>

| CLASS | PRICE |
| ----- | ----- |
| <S> | <C> |
| Class PO........................... | 72.0% |

</TABLE>

               SENSITIVITY OF THE CLASS PO CERTIFICATES TO PREPAYMENTS
                            (PRE-TAX YIELD TO MATURITY)

<TABLE>
<CAPTION>

|  | PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | |
| ----- | --- | ---- | ---- | ---- | ---- |
| CLASS | 0% | 100% | 300% | 400% | 500% |
| <S> | <C> | <C> | <C> | <C> | <C> |
| Class PO........................... | 1.8% | 3.1% | 6.4% | 8.0% | 9.4% |

</TABLE>

     It is unlikely that the Discount mortgage loans will have the precise
characteristics described in this prospectus supplement or that all of the
Discount mortgage loans will all prepay at the same rate until maturity or that
the Discount mortgage loans will prepay at the same rate or time. As a result of
these factors, the pre-tax yield on the Class PO Certificates is likely to
differ from those shown in the table above, even if all of the Discount mortgage
loans prepay at the indicated percentages of the Prepayment Assumption. No
representation is made as to the actual rate of principal payments on the
Discount mortgage loans for any period or over the life of the Class PO
Certificates or as to the yield on the Class PO Certificates. Investors must
make their own decisions as to the appropriate prepayment assumptions to be used
in deciding whether to purchase the Class PO Certificates.

     In addition, the Class PO Certificates are likely to receive a prepayment
on the first Distribution Date after the end of the Conveyance Period from the
Supplemental Loan Account in respect of the excess Class PO Sublimit for each
loan group. It is unlikely that the entire Class PO Sublimit for each loan group
will be utilized in obtaining Supplemental Mortgage Loans. It is also possible
that the entire Class PO Sublimit for each loan group will be distributed as a
prepayment if none of the Supplemental Mortgage Loans are Discount mortgage
loans.

ADDITIONAL INFORMATION

     The depositor intends to file additional yield tables and other
computational materials with respect to one or more classes of offered
certificates with the Securities and Exchange Commission in a report on Form
8-K. The tables and materials were prepared by one or more of the underwriters
at the request of prospective investors, based on assumptions provided by, and
satisfying their special requirements. The tables and assumptions may be based
on assumptions that differ from the structuring assumptions. Accordingly, the
tables and other materials may not be relevant to or appropriate for investors
other than those specifically requesting them.

WEIGHTED AVERAGE LIVES OF THE OFFERED CERTIFICATES

     The weighted average life of an offered certificate is determined by (a)

multiplying the amount of the net reduction, if any, of the Class Certificate
Balance or notional amount, as applicable, of the certificate on each
Distribution Date by the number of years from the date of issuance to the
Distribution Date, (b) summing the results and (c) dividing the sum by the
aggregate amount of the net reductions in Class Certificate Balance or notional
amount, as applicable, of the certificate referred to in clause (a).

     For a discussion of the factors which may influence the rate of payments
(including prepayments) of the mortgage loans, see "-- Prepayment Considerations
and Risks" in this prospectus supplement and "Yield and Prepayment
Considerations" in the prospectus.

                                   S-67
<PAGE>
     In general, the weighted average lives of the offered certificates will be
shortened if the level of prepayments of principal of the related mortgage loans
increases. However, the weighted average lives of the offered certificates will
depend upon a variety of other factors, including the timing of changes in such
rate of principal payments, the priority sequence of distributions of principal
of the related classes of certificates and the distribution of the amount
available for distribution of principal to the related classes of senior
certificates (other than the notional amount certificates and the related Class
PO Component) in accordance with the rules governing the priorities of payment
among the related classes of senior certificates set forth in this prospectus
supplement. See "Description of the Certificates -- Principal" in this
prospectus supplement.

     As described in this prospectus supplement, the classes of certificates
that receive distributions of principal pursuant to an Aggregate Planned Balance
or Targeted Balance will receive principal payments in accordance with the
applicable Principal Balance Schedule calculated on the basis of, among other
things, an assumption regarding a constant rate or range of rates at which the
applicable mortgage loans prepay. However, whether such classes will adhere to
their respective Principal Balance Schedules, and receive distributions of
principal in accordance with the applicable Principal Balance Schedule on a
Distribution Date will largely depend on the actual level of prepayments
experienced by the applicable mortgage loans. The principal payment stability of
the classes of certificates that receive distributions of principal pursuant to
an Aggregate Planned Balance or Targeted Balance will be supported in part by
the class of certificates that does not receive principal in accordance with a
Principal Balance Schedule (these classes are called Companion Classes).

     IF THE COMPANION CLASS OR CLASSES ARE RETIRED BEFORE THE AGGREGATE PLANNED
BALANCE CLASSES OR TARGETED BALANCE CLASS IS RETIRED, THE AGGREGATE PLANNED
BALANCE CLASSES OR TARGETED BALANCE CLASS WILL BECOME MORE SENSITIVE TO
PREPAYMENTS ON THE MORTGAGE LOANS.

     The mortgage loans will not prepay at any constant rate or range of rates.
Non-constant prepayment rates can cause the Aggregate Planned Balance Classes or
Targeted Balance Class not to receive distributions of principal in accordance
with their respective Principal Balance Schedules. If the applicable mortgage
loans prepay at rates that are generally below the range or rate of the
Prepayment Assumption used to prepare the Principal Balance Schedules for the
Aggregate Planned Balance Classes or Targeted Balance Class, the amount
available to pay principal on those certificates may be insufficient to make
distributions of principal in accordance with an Aggregate Planned Balance or
Targeted Balance, as applicable, their weighted average lives may be extended,
perhaps significantly, and the Companion Class or Classes will not receive
principal distributions. Conversely, if the applicable mortgage loans prepay at
rates that are generally above the range or rate of the Prepayment Assumption
used to prepare the applicable Principal Balance Schedule, a Companion Class
will receive distributions of principal at a faster rate than otherwise would
have been the case. In that event, the weighted average life of a Companion
Class may be shortened, perhaps significantly.

     The interaction of the foregoing factors may have different effects on
various classes of offered certificates and the effects on any class may vary at
different times during the life of the class. Accordingly, no assurance can be
given as to the weighted average life of any class of offered certificates.
Further, to the extent the prices of the offered certificates represent
discounts or premiums to their respective initial Class Certificate Balances or
initial notional amount, as the case may be, variability in the weighted average
lives of the classes of offered certificates will result in variability in the
related yields to maturity. For an example of how the weighted average lives of
the classes of offered certificates may be affected at various constant
percentages of the Prepayment Assumption or CPR, as applicable, see the
Decrement Tables under the next heading.

DECREMENT TABLES

     The following tables indicate the percentages of the initial Class
Certificate Balances or initial notional amounts of the classes of offered
certificates that would be outstanding after each of the dates shown at various
constant percentages of the Prepayment Assumption or CPR, as applicable, and the
corresponding weighted average lives of the classes. The tables have been
prepared on the basis of the structuring assumptions. It is not likely that the
mortgage loans will have the precise characteristics described in this
prospectus supplement or all of the mortgage loans will prepay at the constant
percentages of the Prepayment Assumption or CPR, as applicable, specified in the
tables or at any other constant rate. Moreover, the diverse remaining terms to
maturity of the mortgage loans could produce slower or faster principal
distributions than indicated in the tables, which have been prepared using the

S-68

<PAGE>
specified constant percentages of the Prepayment Assumption or CPR, as
applicable, even if the remaining term to maturity of the mortgage loans is
consistent with the remaining terms to maturity of the mortgage loans specified
in the structuring assumptions.

PERCENT OF INITIAL CLASS CERTIFICATE BALANCES OUTSTANDING*

<TABLE>
<CAPTION>

| DISTRIBUTION DATE | CLASS A-1, CLASS A-2 AND CLASS A-3 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | | CLASS A-4, CLASS A-11, AND CLASS A-12 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0% | 100% | 300% | 400% | 500% | 0% | 100% | 300% | 400% | 500% |
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| Initial................... | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2006.................. | 99 | 98 | 95 | 93 | 92 | 100 | 100 | 89 | 84 | 78 |
| August 2007.................. | 98 | 93 | 82 | 77 | 73 | 100 | 100 | 64 | 45 | 27 |
| August 2008.................. | 97 | 86 | 67 | 58 | 50 | 100 | 100 | 34 | 0 | 0 |
| August 2009.................. | 96 | 80 | 53 | 42 | 33 | 100 | 100 | 11 | 0 | 0 |
| August 2010.................. | 95 | 74 | 42 | 31 | 22 | 100 | 100 | 0 | 0 | 0 |
| August 2011.................. | 93 | 68 | 34 | 22 | 14 | 100 | 100 | 0 | 0 | 0 |
| August 2012.................. | 92 | 63 | 27 | 16 | 9 | 100 | 100 | 0 | 0 | 0 |
| August 2013.................. | 91 | 58 | 21 | 12 | 6 | 100 | 100 | 0 | 0 | 0 |
| August 2014.................. | 89 | 54 | 17 | 9 | 4 | 100 | 100 | 0 | 0 | 0 |
| August 2015.................. | 87 | 50 | 14 | 7 | 3 | 100 | 100 | 0 | 0 | 0 |
| August 2016.................. | 85 | 45 | 11 | 5 | 2 | 100 | 100 | 0 | 0 | 0 |
| August 2017.................. | 83 | 41 | 9 | 4 | 1 | 100 | 99 | 0 | 0 | 0 |
| August 2018.................. | 80 | 38 | 7 | 3 | 1 | 100 | 90 | 0 | 0 | 0 |
| August 2019.................. | 77 | 34 | 6 | 2 | 1 | 100 | 81 | 0 | 0 | 0 |
| August 2020.................. | 74 | 31 | 4 | 1 | 0 | 100 | 71 | 0 | 0 | 0 |
| August 2021.................. | 71 | 28 | 3 | 1 | 0 | 100 | 62 | 0 | 0 | 0 |
| August 2022.................. | 68 | 25 | 3 | 1 | 0 | 100 | 53 | 0 | 0 | 0 |
| August 2023.................. | 64 | 22 | 2 | 1 | 0 | 100 | 44 | 0 | 0 | 0 |
| August 2024.................. | 60 | 20 | 2 | 0 | 0 | 100 | 36 | 0 | 0 | 0 |
| August 2025.................. | 56 | 17 | 1 | 0 | 0 | 100 | 27 | 0 | 0 | 0 |
| August 2026.................. | 52 | 15 | 1 | 0 | 0 | 100 | 19 | 0 | 0 | 0 |
| August 2027.................. | 47 | 13 | 1 | 0 | 0 | 100 | 12 | 0 | 0 | 0 |
| August 2028.................. | 43 | 11 | 1 | 0 | 0 | 100 | 5 | 0 | 0 | 0 |
| August 2029.................. | 37 | 9 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2030.................. | 32 | 7 | 0 | 0 | 0 | 85 | 0 | 0 | 0 | 0 |
| August 2031.................. | 26 | 6 | 0 | 0 | 0 | 64 | 0 | 0 | 0 | 0 |
| August 2032.................. | 20 | 4 | 0 | 0 | 0 | 41 | 0 | 0 | 0 | 0 |
| August 2033.................. | 14 | 3 | 0 | 0 | 0 | 17 | 0 | 0 | 0 | 0 |
| August 2034.................. | 7 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2035.................. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Weighted Average Life (in years)**.............. | 19.9 | 11.5 | 5.6 | 4.4 | 3.6 | 26.6 | 17.5 | 2.5 | 1.9 | 1.6 |

</TABLE>

----------
*     Rounded to the nearest whole percentage.

**    Determined as specified under "Weighted Average Lives of the Offered
      Certificates" herein.

S-69

<PAGE>
PERCENT OF INITIAL CLASS CERTIFICATE BALANCES OUTSTANDING*

<TABLE>
<CAPTION>

| DISTRIBUTION DATE | CLASS A-5 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | | CLASS A-6 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0% | 100% | 300% | 400% | 500% | 0% | 100% | 300% | 400% | 500% |
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| Initial................... | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2006.................. | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2007.................. | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2008.................. | 100 | 100 | 100 | 100 | 0 | 100 | 100 | 100 | 100 | 0 |
| August 2009.................. | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2010.................. | 100 | 100 | 59 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2011.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 35 | 0 | 0 |
| August 2012.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2013.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2014.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2015.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2016.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2017.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2018.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2019.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2020.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2021.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2022.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2023.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2024.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2025.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2026.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |

```
August 2027....................    100    100      0      0      0    100    100      0      0      0
August 2028....................    100    100      0      0      0    100    100      0      0      0
August 2029....................    100     79      0      0      0    100    100      0      0      0
August 2030....................    100     16      0      0      0    100    100      0      0      0
August 2031....................    100      0      0      0      0    100      0      0      0      0
August 2032....................    100      0      0      0      0    100      0      0      0      0
August 2033....................    100      0      0      0      0    100      0      0      0      0
August 2034....................      9      0      0      0      0    100      0      0      0      0
August 2035....................      0      0      0      0      0      0      0      0      0      0
Weighted Average Life
   (in years)**..............     28.9   24.5    5.1    3.2    2.5   29.1   25.7    5.9    3.4    2.7
```
</TABLE>

----------

\*    Rounded to the nearest whole percentage.

\*\*    Determined as specified under "Weighted Average Lives of the Offered
      Certificates" herein.


                              S-70
<PAGE>
          PERCENT OF INITIAL CLASS CERTIFICATE BALANCES OUTSTANDING*

<TABLE>
<CAPTION>

| | CLASS A-7 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | | CLASS A-8 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DISTRIBUTION DATE | 0% | 100% | 300% | 400% | 500% | 0% | 100% | 300% | 400% | 500% |
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| Initial....................... | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2006.................... | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2007.................... | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2008.................... | 100 | 100 | 100 | 100 | 0 | 100 | 100 | 100 | 100 | 0 |
| August 2009.................... | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2010.................... | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2011.................... | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2012.................... | 100 | 100 | 40 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2013.................... | 100 | 100 | 9 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2014.................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 81 | 0 | 0 |
| August 2015.................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 52 | 0 | 0 |
| August 2016.................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 21 | 0 | 0 |
| August 2017.................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2018.................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2019.................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2020.................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2021.................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2022.................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2023.................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2024.................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2025.................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2026.................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2027.................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2028.................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2029.................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2030.................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2031.................... | 100 | 100 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2032.................... | 100 | 0 | 0 | 0 | 0 | 100 | 77 | 0 | 0 | 0 |
| August 2033.................... | 100 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2034.................... | 100 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2035.................... | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Weighted Average Life (in years)**.............. | 29.3 | 26.4 | 7.0 | 3.5 | 2.8 | 29.5 | 27.3 | 10.1 | 3.7 | 2.9 |

</TABLE>

----------

\*    Rounded to the nearest whole percentage.

\*\*    Determined as specified under "Weighted Average Lives of the Offered
      Certificates" herein.

                              S-71
<PAGE>
          PERCENT OF INITIAL CLASS CERTIFICATE BALANCES OUTSTANDING*

<TABLE>
<CAPTION>

| | CLASS A-9 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | | CLASS A-10 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DISTRIBUTION DATE | 0% | 100% | 300% | 400% | 500% | 0% | 100% | 300% | 400% | 500% |
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| Initial....................... | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2006.................... | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2007.................... | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2008.................... | 100 | 100 | 100 | 100 | 0 | 100 | 100 | 100 | 100 | 100 |
| August 2009.................... | 100 | 100 | 100 | 9 | 0 | 100 | 100 | 100 | 100 | 0 |
| August 2010.................... | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2011.................... | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |

| | 0% | 100% | 300% | 400% | 500% | 0% | 100% | 300% | 400% | 500% |
|---|---|---|---|---|---|---|---|---|---|---|
| August 2012..................... | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2013..................... | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2014..................... | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2015..................... | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2016..................... | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2017..................... | 100 | 100 | 91 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2018..................... | 100 | 100 | 65 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2019..................... | 100 | 100 | 42 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2020..................... | 100 | 100 | 21 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2021..................... | 100 | 100 | 3 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2022..................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 85 | 0 | 0 |
| August 2023..................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 69 | 0 | 0 |
| August 2024..................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 55 | 0 | 0 |
| August 2025..................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 44 | 0 | 0 |
| August 2026..................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 35 | 0 | 0 |
| August 2027..................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 27 | 0 | 0 |
| August 2028..................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 20 | 0 | 0 |
| August 2029..................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 15 | 0 | 0 |
| August 2030..................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 11 | 0 | 0 |
| August 2031..................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 8 | 0 | 0 |
| August 2032..................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 5 | 0 | 0 |
| August 2033..................... | 100 | 77 | 0 | 0 | 0 | 100 | 100 | 3 | 0 | 0 |
| August 2034..................... | 100 | 0 | 0 | 0 | 0 | 100 | 89 | 1 | 0 | 0 |
| August 2035..................... | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Weighted Average Life | | | | | | | | | | |
| (in years)**............... | 29.7 | 28.3 | 13.8 | 3.9 | 3.0 | 29.9 | 29.4 | 20.3 | 4.2 | 3.1 |

----------

*    Rounded to the nearest whole percentage.

**   Determined as specified under "Weighted Average Lives of the Offered
     Certificates" herein.

S-72

<PAGE>
        PERCENT OF INITIAL CLASS CERTIFICATE BALANCES OUTSTANDING*

<TABLE>
<CAPTION>

| | CLASS A-13 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | | CLASS A-14 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DISTRIBUTION DATE | 0% | 100% | 300% | 400% | 500% | 0% | 100% | 300% | 400% | 500% |
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| Initial....................... | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2006................... | 98 | 95 | 94 | 94 | 94 | 100 | 100 | 100 | 100 | 100 |
| August 2007................... | 96 | 84 | 82 | 82 | 82 | 100 | 100 | 100 | 100 | 100 |
| August 2008................... | 93 | 69 | 65 | 65 | 65 | 100 | 100 | 100 | 100 | 100 |
| August 2009................... | 91 | 55 | 48 | 48 | 31 | 100 | 100 | 100 | 100 | 100 |
| August 2010................... | 88 | 42 | 33 | 26 | 5 | 100 | 100 | 100 | 100 | 100 |
| August 2011................... | 85 | 29 | 19 | 7 | 0 | 100 | 100 | 100 | 100 | 69 |
| August 2012................... | 82 | 18 | 6 | 0 | 0 | 100 | 100 | 100 | 82 | 40 |
| August 2013................... | 79 | 7 | 0 | 0 | 0 | 100 | 100 | 87 | 56 | 21 |
| August 2014................... | 76 | 0 | 0 | 0 | 0 | 100 | 93 | 64 | 38 | 9 |
| August 2015................... | 72 | 0 | 0 | 0 | 0 | 100 | 68 | 46 | 24 | 2 |
| August 2016................... | 67 | 0 | 0 | 0 | 0 | 100 | 43 | 32 | 14 | 0 |
| August 2017................... | 61 | 0 | 0 | 0 | 0 | 100 | 21 | 21 | 7 | 0 |
| August 2018................... | 55 | 0 | 0 | 0 | 0 | 100 | 13 | 13 | 1 | 0 |
| August 2019................... | 49 | 0 | 0 | 0 | 0 | 100 | 6 | 6 | 0 | 0 |
| August 2020................... | 42 | 0 | 0 | 0 | 0 | 100 | 1 | 1 | 0 | 0 |
| August 2021................... | 35 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2022................... | 28 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2023................... | 20 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2024................... | 11 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2025................... | 2 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2026................... | 0 | 0 | 0 | 0 | 0 | 81 | 0 | 0 | 0 | 0 |
| August 2027................... | 0 | 0 | 0 | 0 | 0 | 54 | 0 | 0 | 0 | 0 |
| August 2028................... | 0 | 0 | 0 | 0 | 0 | 26 | 0 | 0 | 0 | 0 |
| August 2029................... | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2030................... | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2031................... | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2032................... | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2033................... | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2034................... | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2035................... | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Weighted Average Life | | | | | | | | | | |
| (in years)**............... | 12.8 | 4.5 | 4.0 | 3.7 | 3.3 | 22.1 | 11.0 | 10.3 | 8.8 | 6.9 |
</TABLE>

----------

*    Rounded to the nearest whole percentage.

**   Determined as specified under "Weighted Average Lives of the Offered
     Certificates" herein.

S-73

<PAGE>
        PERCENT OF INITIAL CLASS CERTIFICATE BALANCES OUTSTANDING*

<TABLE>

<CAPTION>

| | CLASS A-15 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | | CLASS A-16 AND CLASS A-36+ PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DISTRIBUTION DATE | 0% | 100% | 300% | 400% | 500% | 0% | 100% | 300% | 400% | 500% |
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| Initial...................... | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2006.................. | 100 | 100 | 100 | 100 | 100 | 98 | 95 | 94 | 94 | 94 |
| August 2007.................. | 100 | 100 | 100 | 100 | 100 | 96 | 84 | 82 | 82 | 82 |
| August 2008.................. | 100 | 100 | 100 | 100 | 100 | 93 | 69 | 65 | 65 | 65 |
| August 2009.................. | 100 | 100 | 100 | 100 | 100 | 91 | 55 | 48 | 48 | 31 |
| August 2010.................. | 100 | 100 | 100 | 100 | 100 | 88 | 42 | 33 | 26 | 5 |
| August 2011.................. | 100 | 100 | 100 | 100 | 100 | 85 | 29 | 19 | 7 | 0 |
| August 2012.................. | 100 | 100 | 100 | 100 | 100 | 82 | 18 | 6 | 0 | 0 |
| August 2013.................. | 100 | 100 | 100 | 100 | 100 | 79 | 7 | 0 | 0 | 0 |
| August 2014.................. | 100 | 100 | 100 | 100 | 100 | 76 | 0 | 0 | 0 | 0 |
| August 2015.................. | 100 | 100 | 100 | 100 | 100 | 72 | 0 | 0 | 0 | 0 |
| August 2016.................. | 100 | 100 | 100 | 100 | 77 | 67 | 0 | 0 | 0 | 0 |
| August 2017.................. | 100 | 100 | 100 | 100 | 52 | 61 | 0 | 0 | 0 | 0 |
| August 2018.................. | 100 | 100 | 100 | 100 | 35 | 55 | 0 | 0 | 0 | 0 |
| August 2019.................. | 100 | 100 | 100 | 80 | 24 | 49 | 0 | 0 | 0 | 0 |
| August 2020.................. | 100 | 100 | 100 | 58 | 16 | 42 | 0 | 0 | 0 | 0 |
| August 2021.................. | 100 | 83 | 83 | 42 | 11 | 35 | 0 | 0 | 0 | 0 |
| August 2022.................. | 100 | 63 | 63 | 31 | 7 | 28 | 0 | 0 | 0 | 0 |
| August 2023.................. | 100 | 47 | 47 | 22 | 5 | 20 | 0 | 0 | 0 | 0 |
| August 2024.................. | 100 | 35 | 35 | 16 | 3 | 11 | 0 | 0 | 0 | 0 |
| August 2025.................. | 100 | 26 | 26 | 11 | 2 | 2 | 0 | 0 | 0 | 0 |
| August 2026.................. | 100 | 19 | 19 | 8 | 1 | 0 | 0 | 0 | 0 | 0 |
| August 2027.................. | 100 | 14 | 14 | 5 | 1 | 0 | 0 | 0 | 0 | 0 |
| August 2028.................. | 100 | 10 | 10 | 4 | 1 | 0 | 0 | 0 | 0 | 0 |
| August 2029.................. | 68 | 7 | 7 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2030.................. | 5 | 5 | 5 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2031.................. | 3 | 3 | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2032.................. | 2 | 2 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2033.................. | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2034.................. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2035.................. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Weighted Average Life (in years)**.............. | 24.2 | 18.7 | 18.7 | 16.4 | 12.9 | 12.8 | 4.5 | 4.0 | 3.7 | 3.3 |

</TABLE>

----------

*    Rounded to the nearest whole percentage.

**   Determined as specified under "Weighted Average Lives of the Offered
     Certificates" herein.

+    In the case of the Class A-36 Certificates, the decrement table indicates
     the percentage of its initial notional amount outstanding.

S-74

<PAGE>
          PERCENT OF INITIAL CLASS CERTIFICATE BALANCES OUTSTANDING*

<TABLE>
<CAPTION>

| | CLASS A-17 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | | CLASS A-18 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DISTRIBUTION DATE | 0% | 100% | 300% | 400% | 500% | 0% | 100% | 300% | 400% | 500% |
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| Initial...................... | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2006.................. | 99 | 97 | 93 | 91 | 89 | 100 | 100 | 100 | 100 | 100 |
| August 2007.................. | 97 | 90 | 76 | 69 | 62 | 100 | 100 | 100 | 100 | 100 |
| August 2008.................. | 96 | 81 | 54 | 42 | 31 | 100 | 100 | 100 | 100 | 100 |
| August 2009.................. | 94 | 72 | 36 | 21 | 8 | 100 | 100 | 100 | 100 | 100 |
| August 2010.................. | 93 | 64 | 21 | 5 | 0 | 100 | 100 | 100 | 100 | 0 |
| August 2011.................. | 91 | 57 | 10 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2012.................. | 89 | 50 | 2 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2013.................. | 88 | 45 | 0 | 0 | 0 | 100 | 100 | 10 | 0 | 0 |
| August 2014.................. | 86 | 39 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2015.................. | 84 | 34 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2016.................. | 81 | 30 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2017.................. | 78 | 25 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2018.................. | 75 | 21 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2019.................. | 71 | 17 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2020.................. | 68 | 13 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2021.................. | 64 | 9 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2022.................. | 60 | 6 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2023.................. | 55 | 3 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2024.................. | 51 | 0 | 0 | 0 | 0 | 100 | 92 | 0 | 0 | 0 |
| August 2025.................. | 46 | 0 | 0 | 0 | 0 | 100 | 30 | 0 | 0 | 0 |
| August 2026.................. | 40 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2027.................. | 35 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2028.................. | 29 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2029.................. | 23 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2030.................. | 16 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2031.................. | 9 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2032.................. | 2 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2033.................. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

```
August 2034...................    0     0     0     0     0     0     0     0     0     0
August 2035...................    0     0     0     0     0     0     0     0     0     0
Weighted Average Life
  (in years)**...............   17.7   8.0   3.4   2.8   2.4  27.5  19.7   7.7   5.7   4.7
</TABLE>
```

----------

\*    Rounded to the nearest whole percentage.

\*\*   Determined as specified under "Weighted Average Lives of the Offered
      Certificates" herein.

                                    S-75

<PAGE>
              PERCENT OF INITIAL CLASS CERTIFICATE BALANCES OUTSTANDING*

<TABLE>
<CAPTION>

|  | CLASS A-19 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | | CLASS A-20 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DISTRIBUTION DATE | 0% | 100% | 300% | 400% | 500% | 0% | 100% | 300% | 400% | 500% |
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| Initial...................... | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2006.................. | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2007.................. | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2008.................. | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2009.................. | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2010.................. | 100 | 100 | 100 | 100 | 33 | 100 | 100 | 100 | 100 | 100 |
| August 2011.................. | 100 | 100 | 100 | 87 | 0 | 100 | 100 | 100 | 100 | 0 |
| August 2012.................. | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 100 | 30 | 0 |
| August 2013.................. | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2014.................. | 100 | 100 | 16 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2015.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 51 | 0 | 0 |
| August 2016.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2017.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2018.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2019.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2020.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2021.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2022.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2023.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2024.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2025.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2026.................. | 100 | 71 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2027.................. | 100 | 15 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2028.................. | 100 | 0 | 0 | 0 | 0 | 100 | 63 | 0 | 0 | 0 |
| August 2029.................. | 100 | 0 | 0 | 0 | 0 | 100 | 15 | 0 | 0 | 0 |
| August 2030.................. | 100 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2031.................. | 100 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2032.................. | 100 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2033.................. | 61 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2034.................. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2035.................. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Weighted Average Life (in years)**............... | 28.1 | 21.4 | 8.7 | 6.2 | 5.0 | 28.6 | 23.3 | 10.1 | 6.9 | 5.4 |

</TABLE>

----------

\*    Rounded to the nearest whole percentage.

\*\*   Determined as specified under "Weighted Average Lives of the Offered
      Certificates" herein.

                                    S-76

<PAGE>
              PERCENT OF INITIAL CLASS CERTIFICATE BALANCES OUTSTANDING*

<TABLE>
<CAPTION>

|  | CLASS A-21 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | | CLASS A-22 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DISTRIBUTION DATE | 0% | 100% | 300% | 400% | 500% | 0% | 100% | 300% | 400% | 500% |
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| Initial...................... | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2006.................. | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2007.................. | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2008.................. | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2009.................. | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2010.................. | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2011.................. | 100 | 100 | 100 | 100 | 35 | 100 | 100 | 100 | 100 | 100 |
| August 2012.................. | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 34 |
| August 2013.................. | 100 | 100 | 100 | 36 | 0 | 100 | 100 | 100 | 100 | 0 |
| August 2014.................. | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 100 | 86 | 0 |
| August 2015.................. | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 100 | 64 | 0 |
| August 2016.................. | 100 | 100 | 96 | 0 | 0 | 100 | 100 | 100 | 48 | 0 |
| August 2017.................. | 100 | 100 | 52 | 0 | 0 | 100 | 100 | 100 | 35 | 0 |
| August 2018.................. | 100 | 100 | 17 | 0 | 0 | 100 | 100 | 100 | 26 | 0 |

```
August 2019..................    100   100     0     0     0   100   100    90    19     0
August 2020..................    100   100     0     0     0   100   100    71    14     0
August 2021..................    100   100     0     0     0   100   100    56    10     0
August 2022..................    100   100     0     0     0   100   100    44     7     0
August 2023..................    100   100     0     0     0   100   100    34     5     0
August 2024..................    100   100     0     0     0   100   100    26     4     0
August 2025..................    100   100     0     0     0   100   100    20     3     0
August 2026..................    100   100     0     0     0   100   100    15     2     0
August 2027..................    100   100     0     0     0   100   100    11     1     0
August 2028..................    100   100     0     0     0   100   100     8     1     0
August 2029..................    100   100     0     0     0   100   100     6     1     0
August 2030..................    100    69     0     0     0   100   100     4     0     0
August 2031..................    100    26     0     0     0   100   100     3     0     0
August 2032..................    100     0     0     0     0   100    88     2     0     0
August 2033..................    100     0     0     0     0   100    56     1     0     0
August 2034..................     72     0     0     0     0   100    27     0     0     0
August 2035..................      0     0     0     0     0     0     0     0     0     0
Weighted Average Life
   (in years)**...............   29.1  25.5  12.1   7.9   5.9  29.7  28.3  17.5  11.8   6.9
</TABLE>
```

-----------

\*    Rounded to the nearest whole percentage.

\*\*   Determined as specified under "Weighted Average Lives of the Offered
      Certificates" herein.


                           S-77

<PAGE>
          PERCENT OF INITIAL CLASS CERTIFICATE BALANCES OUTSTANDING*


<TABLE>
<CAPTION>

| | CLASS A-23 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | | CLASS A-24 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DISTRIBUTION DATE | 0% | 100% | 300% | 400% | 500% | 0% | 100% | 300% | 400% | 500% |
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| Initial | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2006 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 89 | 84 | 78 |
| August 2007 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 64 | 45 | 27 |
| August 2008 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 34 | 0 | 0 |
| August 2009 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 11 | 0 | 0 |
| August 2010 | 100 | 100 | 100 | 100 | 68 | 100 | 100 | 0 | 0 | 0 |
| August 2011 | 100 | 100 | 100 | 78 | 30 | 100 | 100 | 0 | 0 | 0 |
| August 2012 | 100 | 100 | 100 | 48 | 8 | 100 | 100 | 0 | 0 | 0 |
| August 2013 | 100 | 100 | 83 | 30 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2014 | 100 | 100 | 65 | 20 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2015 | 100 | 100 | 52 | 15 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2016 | 100 | 100 | 41 | 11 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2017 | 100 | 100 | 33 | 8 | 0 | 100 | 99 | 0 | 0 | 0 |
| August 2018 | 100 | 100 | 26 | 6 | 0 | 100 | 90 | 0 | 0 | 0 |
| August 2019 | 100 | 100 | 21 | 4 | 0 | 100 | 81 | 0 | 0 | 0 |
| August 2020 | 100 | 100 | 16 | 3 | 0 | 100 | 71 | 0 | 0 | 0 |
| August 2021 | 100 | 100 | 13 | 2 | 0 | 100 | 62 | 0 | 0 | 0 |
| August 2022 | 100 | 100 | 10 | 2 | 0 | 100 | 53 | 0 | 0 | 0 |
| August 2023 | 100 | 100 | 8 | 1 | 0 | 100 | 44 | 0 | 0 | 0 |
| August 2024 | 100 | 99 | 6 | 1 | 0 | 100 | 36 | 0 | 0 | 0 |
| August 2025 | 100 | 86 | 5 | 1 | 0 | 100 | 27 | 0 | 0 | 0 |
| August 2026 | 100 | 75 | 3 | 0 | 0 | 100 | 19 | 0 | 0 | 0 |
| August 2027 | 100 | 64 | 3 | 0 | 0 | 100 | 12 | 0 | 0 | 0 |
| August 2028 | 100 | 54 | 2 | 0 | 0 | 100 | 5 | 0 | 0 | 0 |
| August 2029 | 100 | 45 | 1 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2030 | 100 | 36 | 1 | 0 | 0 | 85 | 0 | 0 | 0 | 0 |
| August 2031 | 100 | 28 | 1 | 0 | 0 | 64 | 0 | 0 | 0 | 0 |
| August 2032 | 100 | 20 | 0 | 0 | 0 | 41 | 0 | 0 | 0 | 0 |
| August 2033 | 73 | 13 | 0 | 0 | 0 | 17 | 0 | 0 | 0 | 0 |
| August 2034 | 37 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2035 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Weighted Average Life (in years)** | 28.7 | 23.8 | 11.4 | 7.9 | 5.6 | 26.6 | 17.5 | 2.5 | 1.9 | 1.6 |

```
</TABLE>
```

----------

\*    Rounded to the nearest whole percentage.

\*\*   Determined as specified under "Weighted Average Lives of the Offered
      Certificates" herein.



                           S-78

<PAGE>
          PERCENT OF INITIAL CLASS CERTIFICATE BALANCES OUTSTANDING*


<TABLE>
<CAPTION>

| | CLASS A-25 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | | CLASS A-26 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DISTRIBUTION DATE | 0% | 100% | 300% | 400% | 500% | 0% | 100% | 300% | 400% | 500% |

| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
|---|---|---|---|---|---|---|---|---|---|---|
| Initial...................... | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2006................... | 100 | 100 | 82 | 82 | 82 | 100 | 100 | 100 | 86 | 72 |
| August 2007................... | 100 | 100 | 41 | 41 | 41 | 100 | 100 | 100 | 53 | 6 |
| August 2008................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 84 | 1 | 0 |
| August 2009................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 28 | 0 | 0 |
| August 2010................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2011................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2012................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2013................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2014................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2015................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2016................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2017................... | 100 | 98 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2018................... | 100 | 83 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2019................... | 100 | 68 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2020................... | 100 | 52 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2021................... | 100 | 37 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2022................... | 100 | 22 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2023................... | 100 | 7 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2024................... | 100 | 0 | 0 | 0 | 0 | 100 | 89 | 0 | 0 | 0 |
| August 2025................... | 100 | 0 | 0 | 0 | 0 | 100 | 68 | 0 | 0 | 0 |
| August 2026................... | 100 | 0 | 0 | 0 | 0 | 100 | 48 | 0 | 0 | 0 |
| August 2027................... | 100 | 0 | 0 | 0 | 0 | 100 | 30 | 0 | 0 | 0 |
| August 2028................... | 100 | 0 | 0 | 0 | 0 | 100 | 12 | 0 | 0 | 0 |
| August 2029................... | 100 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2030................... | 76 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2031................... | 40 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2032................... | 2 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2033................... | 0 | 0 | 0 | 0 | 0 | 41 | 0 | 0 | 0 | 0 |
| August 2034................... | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2035................... | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Weighted Average Life (in years)**............... | 25.7 | 15.2 | 1.8 | 1.8 | 1.7 | 27.9 | 21.0 | 3.6 | 2.0 | 1.3 |

</TABLE>

----------

*    Rounded to the nearest whole percentage.

**   Determined as specified under "Weighted Average Lives of the Offered
     Certificates" herein.


                         S-79

<PAGE>
        PERCENT OF INITIAL CLASS CERTIFICATE BALANCES OUTSTANDING*


<TABLE>
<CAPTION>

| | CLASS A-27 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | | CLASS A-28 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DISTRIBUTION DATE | 0% | 100% | 300% | 400% | 500% | 0% | 100% | 300% | 400% | 500% |
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| Initial..................... | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2006.................. | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2007.................. | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2008.................. | 100 | 100 | 100 | 100 | 0 | 100 | 100 | 100 | 100 | 0 |
| August 2009.................. | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2010.................. | 100 | 100 | 59 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2011.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 35 | 0 | 0 |
| August 2012.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2013.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2014.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2015.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2016.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2017.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2018.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2019.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2020.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2021.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2022.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2023.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2024.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2025.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2026.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2027.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2028.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2029.................. | 100 | 79 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2030.................. | 100 | 16 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2031.................. | 100 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2032.................. | 100 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2033.................. | 100 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2034.................. | 9 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2035.................. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Weighted Average Life (in years)**............... | 28.9 | 24.5 | 5.1 | 3.2 | 2.5 | 29.1 | 25.7 | 5.9 | 3.4 | 2.7 |

</TABLE>

----------

*    Rounded to the nearest whole percentage.

**   Determined as specified under "Weighted Average Lives of the Offered

Certificates" herein.

S-80

<PAGE>
PERCENT OF INITIAL CLASS CERTIFICATE BALANCES OUTSTANDING*

<TABLE>
<CAPTION>

| | CLASS A-29 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | | CLASS A-30 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DISTRIBUTION DATE | 0% | 100% | 300% | 400% | 500% | 0% | 100% | 300% | 400% | 500% |
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| Initial...................... | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2006.................. | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2007.................. | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2008.................. | 100 | 100 | 100 | 100 | 0 | 100 | 100 | 100 | 100 | 0 |
| August 2009.................. | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2010.................. | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2011.................. | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2012.................. | 100 | 100 | 40 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2013.................. | 100 | 100 | 9 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2014.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 81 | 0 | 0 |
| August 2015.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 52 | 0 | 0 |
| August 2016.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 21 | 0 | 0 |
| August 2017.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2018.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2019.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2020.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2021.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2022.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2023.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2024.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2025.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2026.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2027.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2028.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2029.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2030.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2031.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2032.................. | 100 | 0 | 0 | 0 | 0 | 100 | 77 | 0 | 0 | 0 |
| August 2033.................. | 100 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2034.................. | 100 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2035.................. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Weighted Average Life (in years)**.............. | 29.3 | 26.4 | 7.0 | 3.5 | 2.8 | 29.5 | 27.3 | 10.1 | 3.7 | 2.9 |

</TABLE>

----------
* Rounded to the nearest whole percentage.

** Determined as specified under "Weighted Average Lives of the Offered Certificates" herein.

S-81

<PAGE>
PERCENT OF INITIAL CLASS CERTIFICATE BALANCES OUTSTANDING*

<TABLE>
<CAPTION>

| | CLASS A-31 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | | CLASS A-32 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DISTRIBUTION DATE | 0% | 100% | 300% | 400% | 500% | 0% | 100% | 300% | 400% | 500% |
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| Initial...................... | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2006.................. | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2007.................. | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2008.................. | 100 | 100 | 100 | 100 | 0 | 100 | 100 | 100 | 100 | 100 |
| August 2009.................. | 100 | 100 | 100 | 9 | 0 | 100 | 100 | 100 | 100 | 0 |
| August 2010.................. | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2011.................. | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2012.................. | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2013.................. | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2014.................. | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2015.................. | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2016.................. | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2017.................. | 100 | 100 | 91 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2018.................. | 100 | 100 | 65 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2019.................. | 100 | 100 | 42 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2020.................. | 100 | 100 | 21 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2021.................. | 100 | 100 | 3 | 0 | 0 | 100 | 100 | 100 | 0 | 0 |
| August 2022.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 85 | 0 | 0 |
| August 2023.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 69 | 0 | 0 |
| August 2024.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 56 | 0 | 0 |
| August 2025.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 44 | 0 | 0 |
| August 2026.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 35 | 0 | 0 |
| August 2027.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 27 | 0 | 0 |
| August 2028.................. | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 20 | 0 | 0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| August 2029................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 15 | 0 | 0 |
| August 2030................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 11 | 0 | 0 |
| August 2031................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 8 | 0 | 0 |
| August 2032................... | 100 | 100 | 0 | 0 | 0 | 100 | 100 | 5 | 0 | 0 |
| August 2033................... | 100 | 77 | 0 | 0 | 0 | 100 | 100 | 3 | 0 | 0 |
| August 2034................... | 100 | 0 | 0 | 0 | 0 | 100 | 89 | 1 | 0 | 0 |
| August 2035................... | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Weighted Average Life (in years)**............... | 29.7 | 28.3 | 13.8 | 3.9 | 3.0 | 29.9 | 29.4 | 20.3 | 4.2 | 3.1 |

</TABLE>

----------

\*     Rounded to the nearest whole percentage.

\*\*    Determined as specified under "Weighted Average Lives of the Offered
       Certificates" herein.


                        S-82

<PAGE>
           PERCENT OF INITIAL CLASS CERTIFICATE BALANCES OUTSTANDING*


<TABLE>
<CAPTION>

| | CLASS A-33 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | | CLASS A-34 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DISTRIBUTION DATE | 0% | 100% | 300% | 400% | 500% | 0% | 100% | 300% | 400% | 500% |
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| Initial...................... | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2006.................. | 96 | 91 | 90 | 90 | 90 | 100 | 100 | 100 | 100 | 100 |
| August 2007.................. | 93 | 73 | 70 | 70 | 70 | 100 | 100 | 100 | 100 | 100 |
| August 2008.................. | 89 | 49 | 41 | 41 | 41 | 100 | 100 | 100 | 100 | 100 |
| August 2009.................. | 85 | 25 | 14 | 14 | 0 | 100 | 100 | 100 | 100 | 77 |
| August 2010.................. | 80 | 3 | 0 | 0 | 0 | 100 | 100 | 83 | 64 | 13 |
| August 2011.................. | 75 | 0 | 0 | 0 | 0 | 100 | 74 | 48 | 18 | 0 |
| August 2012.................. | 70 | 0 | 0 | 0 | 0 | 100 | 45 | 16 | 0 | 0 |
| August 2013.................. | 65 | 0 | 0 | 0 | 0 | 100 | 18 | 0 | 0 | 0 |
| August 2014.................. | 59 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2015.................. | 53 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2016.................. | 45 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2017.................. | 35 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2018.................. | 26 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2019.................. | 15 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2020.................. | 4 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2021.................. | 0 | 0 | 0 | 0 | 0 | 88 | 0 | 0 | 0 | 0 |
| August 2022.................. | 0 | 0 | 0 | 0 | 0 | 69 | 0 | 0 | 0 | 0 |
| August 2023.................. | 0 | 0 | 0 | 0 | 0 | 49 | 0 | 0 | 0 | 0 |
| August 2024.................. | 0 | 0 | 0 | 0 | 0 | 28 | 0 | 0 | 0 | 0 |
| August 2025.................. | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 |
| August 2026.................. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2027.................. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2028.................. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2029.................. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2030.................. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2031.................. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2032.................. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2033.................. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2034.................. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2035.................. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Weighted Average Life (in years)**............... | 9.4 | 2.9 | 2.7 | 2.7 | 2.5 | 17.9 | 6.9 | 6.0 | 5.4 | 4.4 |

</TABLE>


----------

\*     Rounded to the nearest whole percentage.

\*\*    Determined as specified under "Weighted Average Lives of the Offered
       Certificates" herein.



                        S-83
<PAGE>
           PERCENT OF INITIAL CLASS CERTIFICATE BALANCES OUTSTANDING*

<TABLE>
<CAPTION>

| | CLASS A-35 AND CLASS A-40 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | | CLASS A-37 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DISTRIBUTION DATE | 0% | 100% | 300% | 400% | 500% | 0% | 100% | 300% | 400% | 500% |
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| Initial...................... | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2006.................. | 100 | 100 | 100 | 100 | 100 | 98 | 95 | 90 | 87 | 84 |
| August 2007.................. | 100 | 100 | 100 | 100 | 100 | 96 | 86 | 67 | 58 | 48 |
| August 2008.................. | 100 | 100 | 100 | 100 | 100 | 94 | 74 | 37 | 21 | 6 |
| August 2009.................. | 100 | 100 | 100 | 100 | 100 | 92 | 62 | 12 | 0 | 0 |
| August 2010.................. | 100 | 100 | 100 | 100 | 100 | 90 | 51 | 0 | 0 | 0 |
| August 2011.................. | 99 | 97 | 93 | 91 | 89 | 88 | 41 | 0 | 0 | 0 |
| August 2012.................. | 97 | 93 | 85 | 80 | 76 | 86 | 32 | 0 | 0 | 0 |
| August 2013.................. | 96 | 88 | 74 | 67 | 58 | 83 | 24 | 0 | 0 | 0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| August 2014.................... | 94 | 83 | 62 | 53 | 39 | 81 | 17 | 0 | 0 | 0 |
| August 2015.................... | 92 | 76 | 50 | 40 | 26 | 78 | 10 | 0 | 0 | 0 |
| August 2016.................... | 90 | 70 | 40 | 29 | 18 | 74 | 4 | 0 | 0 | 0 |
| August 2017.................... | 87 | 64 | 32 | 22 | 12 | 70 | 0 | 0 | 0 | 0 |
| August 2018.................... | 84 | 58 | 25 | 16 | 8 | 65 | 0 | 0 | 0 | 0 |
| August 2019.................... | 81 | 52 | 20 | 12 | 6 | 61 | 0 | 0 | 0 | 0 |
| August 2020.................... | 78 | 47 | 16 | 9 | 4 | 56 | 0 | 0 | 0 | 0 |
| August 2021.................... | 75 | 43 | 12 | 6 | 3 | 50 | 0 | 0 | 0 | 0 |
| August 2022.................... | 71 | 38 | 10 | 4 | 2 | 45 | 0 | 0 | 0 | 0 |
| August 2023.................... | 68 | 34 | 7 | 3 | 1 | 39 | 0 | 0 | 0 | 0 |
| August 2024.................... | 64 | 30 | 6 | 2 | 1 | 32 | 0 | 0 | 0 | 0 |
| August 2025.................... | 59 | 26 | 4 | 2 | 0 | 26 | 0 | 0 | 0 | 0 |
| August 2026.................... | 55 | 23 | 3 | 1 | 0 | 18 | 0 | 0 | 0 | 0 |
| August 2027.................... | 50 | 20 | 3 | 1 | 0 | 11 | 0 | 0 | 0 | 0 |
| August 2028.................... | 45 | 17 | 2 | 1 | 0 | 3 | 0 | 0 | 0 | 0 |
| August 2029.................... | 40 | 14 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2030.................... | 34 | 11 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2031.................... | 28 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2032.................... | 21 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2033.................... | 15 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2034.................... | 7 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2035.................... | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Weighted Average Life (in years)**............... | 20.8 | 15.6 | 11.0 | 9.9 | 8.9 | 14.9 | 5.5 | 2.6 | 2.2 | 1.9 |

</TABLE>

----------

\*    Rounded to the nearest whole percentage.

\*\*   Determined as specified under "Weighted Average Lives of the Offered
     Certificates" herein.

S-84

<PAGE>
         PERCENT OF INITIAL CLASS CERTIFICATE BALANCES OUTSTANDING*

<TABLE>
<CAPTION>

| | CLASS A-38 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | | CLASS A-39 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DISTRIBUTION DATE | 0% | 100% | 300% | 400% | 500% | 0% | 100% | 300% | 400% | 500% |
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| Initial......................... | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2006.................... | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2007.................... | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2008.................... | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2009.................... | 100 | 100 | 100 | 94 | 82 | 100 | 100 | 100 | 78 | 31 |
| August 2010.................... | 100 | 100 | 94 | 79 | 50 | 100 | 100 | 78 | 19 | 0 |
| August 2011.................... | 100 | 100 | 84 | 58 | 22 | 100 | 100 | 38 | 0 | 0 |
| August 2012.................... | 100 | 100 | 76 | 35 | 6 | 100 | 100 | 7 | 0 | 0 |
| August 2013.................... | 100 | 100 | 61 | 22 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2014.................... | 100 | 100 | 48 | 15 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2015.................... | 100 | 100 | 38 | 11 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2016.................... | 100 | 100 | 31 | 8 | 0 | 100 | 100 | 0 | 0 | 0 |
| August 2017.................... | 100 | 98 | 24 | 6 | 0 | 100 | 92 | 0 | 0 | 0 |
| August 2018.................... | 100 | 94 | 19 | 4 | 0 | 100 | 76 | 0 | 0 | 0 |
| August 2019.................... | 100 | 90 | 15 | 3 | 0 | 100 | 61 | 0 | 0 | 0 |
| August 2020.................... | 100 | 86 | 12 | 2 | 0 | 100 | 47 | 0 | 0 | 0 |
| August 2021.................... | 100 | 83 | 9 | 2 | 0 | 100 | 34 | 0 | 0 | 0 |
| August 2022.................... | 100 | 80 | 7 | 1 | 0 | 100 | 21 | 0 | 0 | 0 |
| August 2023.................... | 100 | 76 | 6 | 1 | 0 | 100 | 10 | 0 | 0 | 0 |
| August 2024.................... | 100 | 73 | 4 | 1 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2025.................... | 100 | 64 | 3 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2026.................... | 100 | 55 | 3 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2027.................... | 100 | 48 | 2 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2028.................... | 100 | 40 | 1 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| August 2029.................... | 96 | 33 | 1 | 0 | 0 | 85 | 0 | 0 | 0 | 0 |
| August 2030.................... | 90 | 27 | 1 | 0 | 0 | 60 | 0 | 0 | 0 | 0 |
| August 2031.................... | 83 | 21 | 0 | 0 | 0 | 34 | 0 | 0 | 0 | 0 |
| August 2032.................... | 76 | 15 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 |
| August 2033.................... | 54 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2034.................... | 27 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2035.................... | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Weighted Average Life (in years)**............... | 27.8 | 21.5 | 10.0 | 7.0 | 5.1 | 25.4 | 15.0 | 5.8 | 4.5 | 3.8 |

</TABLE>

----------

\*    Rounded to the nearest whole percentage.

\*\*   Determined as specified under "Weighted Average Lives of the Offered
     Certificates" herein.

S-85

<PAGE>
         PERCENT OF INITIAL CLASS CERTIFICATE BALANCES OUTSTANDING*

<TABLE>
<CAPTION>

                    CLASS 2-A-1 AND CLASS 2-A-4          CLASS 2-A-2

| DISTRIBUTION DATE | PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | | PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0% | 100% | 300% | 400% | 500% | 0% | 100% | 300% | 400% | 500% |
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| Initial...................... | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2006.................. | 100 | 100 | 100 | 100 | 100 | 98 | 97 | 93 | 91 | 89 |
| August 2007.................. | 100 | 100 | 100 | 100 | 100 | 97 | 90 | 77 | 70 | 64 |
| August 2008.................. | 100 | 100 | 100 | 100 | 100 | 95 | 81 | 55 | 44 | 33 |
| August 2009.................. | 100 | 100 | 100 | 100 | 100 | 93 | 72 | 37 | 23 | 11 |
| August 2010.................. | 100 | 100 | 100 | 100 | 100 | 91 | 63 | 22 | 7 | 0 |
| August 2011.................. | 98 | 96 | 93 | 90 | 88 | 89 | 56 | 12 | 0 | 0 |
| August 2012.................. | 96 | 92 | 84 | 80 | 75 | 86 | 50 | 4 | 0 | 0 |
| August 2013.................. | 94 | 87 | 73 | 66 | 59 | 84 | 44 | 0 | 0 | 0 |
| August 2014.................. | 92 | 81 | 61 | 52 | 39 | 82 | 38 | 0 | 0 | 0 |
| August 2015.................. | 90 | 74 | 49 | 38 | 26 | 79 | 33 | 0 | 0 | 0 |
| August 2016.................. | 87 | 68 | 39 | 28 | 18 | 77 | 29 | 0 | 0 | 0 |
| August 2017.................. | 85 | 62 | 31 | 21 | 12 | 74 | 24 | 0 | 0 | 0 |
| August 2018.................. | 82 | 56 | 24 | 15 | 8 | 71 | 20 | 0 | 0 | 0 |
| August 2019.................. | 79 | 51 | 19 | 11 | 6 | 67 | 17 | 0 | 0 | 0 |
| August 2020.................. | 76 | 46 | 15 | 8 | 4 | 64 | 13 | 0 | 0 | 0 |
| August 2021.................. | 73 | 41 | 12 | 6 | 3 | 60 | 10 | 0 | 0 | 0 |
| August 2022.................. | 69 | 37 | 9 | 4 | 2 | 57 | 6 | 0 | 0 | 0 |
| August 2023.................. | 66 | 33 | 7 | 3 | 1 | 53 | 4 | 0 | 0 | 0 |
| August 2024.................. | 62 | 29 | 6 | 2 | 1 | 48 | 1 | 0 | 0 | 0 |
| August 2025.................. | 58 | 26 | 4 | 2 | 0 | 44 | 0 | 0 | 0 | 0 |
| August 2026.................. | 53 | 22 | 3 | 1 | 0 | 39 | 0 | 0 | 0 | 0 |
| August 2027.................. | 49 | 19 | 2 | 1 | 0 | 34 | 0 | 0 | 0 | 0 |
| August 2028.................. | 44 | 16 | 2 | 1 | 0 | 28 | 0 | 0 | 0 | 0 |
| August 2029.................. | 39 | 13 | 1 | 0 | 0 | 22 | 0 | 0 | 0 | 0 |
| August 2030.................. | 33 | 11 | 1 | 0 | 0 | 16 | 0 | 0 | 0 | 0 |
| August 2031.................. | 27 | 8 | 1 | 0 | 0 | 10 | 0 | 0 | 0 | 0 |
| August 2032.................. | 21 | 6 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 |
| August 2033.................. | 14 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2034.................. | 7 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2035.................. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Weighted Average Life (in years)**............... | 20.5 | 15.3 | 10.9 | 9.8 | 8.9 | 17.1 | 8.0 | 3.5 | 2.9 | 2.5 |

</TABLE>

----------

\*    Rounded to the nearest whole percentage.

\*\*   Determined as specified under "Weighted Average Lives of the Offered
     Certificates" herein.

                          S-86
<PAGE>
        PERCENT OF INITIAL CLASS CERTIFICATE BALANCES OUTSTANDING*

<TABLE>
<CAPTION>

| DISTRIBUTION DATE | CLASS 2-A-3 PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | | CLASS PO PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0% | 100% | 300% | 400% | 500% | 0% | 100% | 300% | 400% | 500% |
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| Initial...................... | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2006.................. | 100 | 100 | 100 | 100 | 100 | 99 | 98 | 95 | 94 | 92 |
| August 2007.................. | 100 | 100 | 100 | 100 | 100 | 98 | 93 | 83 | 79 | 74 |
| August 2008.................. | 100 | 100 | 100 | 100 | 100 | 96 | 86 | 68 | 60 | 52 |
| August 2009.................. | 100 | 100 | 100 | 100 | 100 | 95 | 80 | 55 | 45 | 36 |
| August 2010.................. | 100 | 100 | 100 | 100 | 76 | 93 | 74 | 44 | 34 | 25 |
| August 2011.................. | 100 | 100 | 100 | 86 | 34 | 92 | 68 | 36 | 25 | 17 |
| August 2012.................. | 100 | 100 | 53 | 10 | 0 | 90 | 63 | 29 | 19 | 12 |
| August 2013.................. | 100 | 100 | 89 | 33 | 0 | 89 | 58 | 23 | 14 | 8 |
| August 2014.................. | 100 | 100 | 69 | 22 | 0 | 87 | 54 | 19 | 10 | 6 |
| August 2015.................. | 100 | 100 | 55 | 16 | 0 | 85 | 49 | 15 | 8 | 4 |
| August 2016.................. | 100 | 100 | 44 | 12 | 0 | 83 | 45 | 12 | 6 | 3 |
| August 2017.................. | 100 | 100 | 35 | 9 | 0 | 80 | 41 | 9 | 4 | 2 |
| August 2018.................. | 100 | 100 | 28 | 7 | 0 | 77 | 37 | 8 | 3 | 1 |
| August 2019.................. | 100 | 100 | 22 | 5 | 0 | 75 | 34 | 6 | 2 | 1 |
| August 2020.................. | 100 | 100 | 17 | 3 | 0 | 72 | 31 | 5 | 2 | 1 |
| August 2021.................. | 100 | 100 | 14 | 3 | 0 | 68 | 27 | 4 | 1 | 0 |
| August 2022.................. | 100 | 100 | 11 | 2 | 0 | 65 | 25 | 3 | 1 | 0 |
| August 2023.................. | 100 | 100 | 8 | 1 | 0 | 62 | 22 | 2 | 1 | 0 |
| August 2024.................. | 100 | 100 | 6 | 1 | 0 | 58 | 19 | 2 | 0 | 0 |
| August 2025.................. | 100 | 91 | 5 | 1 | 0 | 54 | 17 | 1 | 0 | 0 |
| August 2026.................. | 100 | 79 | 4 | 0 | 0 | 50 | 15 | 1 | 0 | 0 |
| August 2027.................. | 100 | 68 | 3 | 0 | 0 | 45 | 13 | 1 | 0 | 0 |
| August 2028.................. | 100 | 57 | 2 | 0 | 0 | 41 | 11 | 1 | 0 | 0 |
| August 2029.................. | 100 | 48 | 1 | 0 | 0 | 36 | 9 | 0 | 0 | 0 |
| August 2030.................. | 100 | 38 | 1 | 0 | 0 | 31 | 7 | 0 | 0 | 0 |
| August 2031.................. | 100 | 30 | 1 | 0 | 0 | 25 | 5 | 0 | 0 | 0 |
| August 2032.................. | 100 | 21 | 0 | 0 | 0 | 19 | 4 | 0 | 0 | 0 |
| August 2033.................. | 78 | 14 | 0 | 0 | 0 | 13 | 3 | 0 | 0 | 0 |
| August 2034.................. | 40 | 7 | 0 | 0 | 0 | 7 | 1 | 0 | 0 | 0 |
| August 2035.................. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Weighted Average Life (in years)**............... | 28.8 | 24.1 | 11.7 | 8.1 | 5.8 | 19.4 | 11.4 | 5.7 | 4.6 | 3.9 |

</TABLE>

----------

\*     Rounded to the nearest whole percentage.

\*\*    Determined as specified under "Weighted Average Lives of the Offered
     Certificates" herein.

S-87

<PAGE>

PERCENT OF INITIAL CLASS CERTIFICATE BALANCES OUTSTANDING*

<TABLE>
<CAPTION>

| | CLASS A-R PERCENTAGE OF THE PREPAYMENT ASSUMPTION | | | | | CLASS M, CLASS B-1 AND CLASS B-2 PERCENTAGE OF CPR | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DISTRIBUTION DATE | 0% | 100% | 300% | 400% | 500% | 0% | 15% | 25% | 35% | 50% |
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| Initial..................... | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| August 2006................... | 0 | 0 | 0 | 0 | 0 | 99 | 99 | 99 | 99 | 99 |
| August 2007................... | 0 | 0 | 0 | 0 | 0 | 98 | 98 | 98 | 98 | 98 |
| August 2008................... | 0 | 0 | 0 | 0 | 0 | 97 | 97 | 97 | 97 | 97 |
| August 2009................... | 0 | 0 | 0 | 0 | 0 | 96 | 96 | 96 | 96 | 96 |
| August 2010................... | 0 | 0 | 0 | 0 | 0 | 94 | 94 | 94 | 94 | 70 |
| August 2011................... | 0 | 0 | 0 | 0 | 0 | 93 | 89 | 85 | 82 | 35 |
| August 2012................... | 0 | 0 | 0 | 0 | 0 | 92 | 82 | 75 | 68 | 17 |
| August 2013................... | 0 | 0 | 0 | 0 | 0 | 90 | 73 | 62 | 52 | 8 |
| August 2014................... | 0 | 0 | 0 | 0 | 0 | 89 | 63 | 49 | 36 | 4 |
| August 2015................... | 0 | 0 | 0 | 0 | 0 | 87 | 52 | 36 | 23 | 2 |
| August 2016................... | 0 | 0 | 0 | 0 | 0 | 84 | 43 | 26 | 15 | 1 |
| August 2017................... | 0 | 0 | 0 | 0 | 0 | 82 | 36 | 19 | 9 | 0 |
| August 2018................... | 0 | 0 | 0 | 0 | 0 | 79 | 29 | 14 | 6 | 0 |
| August 2019................... | 0 | 0 | 0 | 0 | 0 | 77 | 24 | 10 | 4 | 0 |
| August 2020................... | 0 | 0 | 0 | 0 | 0 | 74 | 20 | 7 | 2 | 0 |
| August 2021................... | 0 | 0 | 0 | 0 | 0 | 70 | 16 | 5 | 1 | 0 |
| August 2022................... | 0 | 0 | 0 | 0 | 0 | 67 | 13 | 4 | 1 | 0 |
| August 2023................... | 0 | 0 | 0 | 0 | 0 | 64 | 10 | 3 | 1 | 0 |
| August 2024................... | 0 | 0 | 0 | 0 | 0 | 60 | 8 | 2 | 0 | 0 |
| August 2025................... | 0 | 0 | 0 | 0 | 0 | 56 | 7 | 1 | 0 | 0 |
| August 2026................... | 0 | 0 | 0 | 0 | 0 | 52 | 5 | 1 | 0 | 0 |
| August 2027................... | 0 | 0 | 0 | 0 | 0 | 47 | 4 | 1 | 0 | 0 |
| August 2028................... | 0 | 0 | 0 | 0 | 0 | 42 | 3 | 0 | 0 | 0 |
| August 2029................... | 0 | 0 | 0 | 0 | 0 | 37 | 2 | 0 | 0 | 0 |
| August 2030................... | 0 | 0 | 0 | 0 | 0 | 32 | 2 | 0 | 0 | 0 |
| August 2031................... | 0 | 0 | 0 | 0 | 0 | 26 | 1 | 0 | 0 | 0 |
| August 2032................... | 0 | 0 | 0 | 0 | 0 | 20 | 1 | 0 | 0 | 0 |
| August 2033................... | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 0 | 0 | 0 |
| August 2034................... | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 0 |
| August 2035................... | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Weighted Average Life (in years)**.............. | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 19.8 | 11.2 | 9.3 | 8.3 | 5.8 |

</TABLE>

----------

\*     Rounded to the nearest whole percentage.

\*\*    Determined as specified under "Weighted Average Lives of the Offered
     Certificates" herein.

S-88

<PAGE>

LAST SCHEDULED DISTRIBUTION DATE

     The Last Scheduled Distribution Date for each class of offered certificates
is the Distribution Date in October 2035. Since the rate of distributions in
reduction of the Class Certificate Balance or notional amount of each class of
offered certificates will depend on the rate of payment (including prepayments)
of the related mortgage loans, the Class Certificate Balance or notional amount
of any class could be reduced to zero significantly earlier or later than the
Last Scheduled Distribution Date. The rate of payments on the mortgage loans
will depend on their particular characteristics, as well as on prevailing
interest rates from time to time and other economic factors, and no assurance
can be given as to the actual payment experience of the mortgage loans. See
"Yield, Prepayment and Maturity Considerations -- Prepayment Considerations and
Risks" and "-- Weighted Average Lives of the Offered Certificates" in this
prospectus supplement and "Yield and Prepayment Considerations" in the
prospectus.

THE SUBORDINATED CERTIFICATES

     The weighted average life of, and the yield to maturity on, the
subordinated certificates, in increasing order of their numerical class
designation, will be progressively more sensitive to the rate and timing of
mortgagor defaults and the severity of ensuing losses on the mortgage loans in
all of the loan groups. In particular, the rate and timing of mortgagor defaults
and the severity of ensuing losses on the mortgage loans may be affected by the
characteristics of the mortgage loans included in the mortgage pool as described
under "The Mortgage Pool -- General" and "-- Underwriting Process" in this
prospectus supplement. If the actual rate and severity of losses on the mortgage
loans is higher than those assumed by a holder of a subordinated certificate,
the actual yield to maturity of the certificate may be lower than the yield

expected by the holder based on the holder's assumptions. The timing of losses on mortgage loans will also affect an investor's actual yield to maturity, even if the rate of defaults and severity of losses over the life of the mortgage pool are consistent with an investor's expectations. In general, the earlier a loss occurs, the greater the effect on an investor's yield to maturity. Realized Losses on the mortgage loans will reduce the Class Certificate Balances of the applicable class of subordinated certificates to the extent of any losses allocated to it (as described under "Description of the Certificates -- Allocation of Losses" in this prospectus supplement), without the receipt of cash attributable to the reduction. In addition, shortfalls in cash available for distributions on the subordinated certificates will result in a reduction in the Class Certificate Balance of the class of subordinated certificates then outstanding with the highest numerical class designation if and to the extent that the aggregate of the Class Certificate Balances of all classes of certificates, following all distributions and the allocation of Realized Losses on a Distribution Date, exceeds the pool principal balance as of the Due Date occurring in the month of the Distribution Date. This result may be more likely due to the multiple loan group structure and the provisions requiring payments in respect of cross collateralization prior to distributions to the subordinate certificates. As a result of the reductions, less interest will accrue on the class of subordinated certificates than otherwise would be the case. The yield to maturity of the subordinated certificates will also be affected by the disproportionate allocation of principal prepayments to the senior certificates, Net Interest Shortfalls, other cash shortfalls in Available Funds and distribution of funds to Class PO certificateholders otherwise available for distribution on the subordinated certificates to the extent of reimbursement for Class PO Deferred Amounts. See "Description of the Certificates -- Allocation of Losses" in this prospectus supplement.

If on any Distribution Date, the Applicable Credit Support Percentage for any class of subordinated certificates (other than the class of subordinated certificates then outstanding with the highest priority of distribution) is less than its Original Applicable Credit Support Percentage, all partial principal prepayments and principal prepayments in full available for distribution on the subordinated certificates will be allocated solely to that class and all other classes of subordinated certificates with lower numerical class designations, thereby accelerating their amortization relative to that of the Restricted Classes and reducing the weighted average lives of the classes of subordinated certificates receiving the distributions. Accelerating the amortization of the classes of subordinated certificates with lower numerical class designations relative to the other classes of subordinated certificates is intended to preserve the availability of the subordination provided by the other classes.

For purposes of allocating losses and prepayments to the subordinated certificates, the Class M Certificates will be considered to have a lower numerical class designation than each other class of subordinated certificates.

S-89

<PAGE>

CREDIT ENHANCEMENT

SUBORDINATION

Any Realized Losses on the mortgage loans that are allocable to the senior certificates will be allocated as provided under "Description of the Certificates--Allocation of Losses" in this prospectus supplement.

The rights of the holders of the subordinated certificates to receive distributions with respect to the mortgage loans will be subordinated to the rights of the holders of the senior certificates and the rights of the holders of each class of subordinated certificates (other than the Class M Certificates) to receive the distributions will be further subordinated to the rights of the class or classes of subordinated certificates with lower numerical class designations, in each case only to the extent described in this prospectus supplement. The subordination of the subordinated certificates to the senior certificates and the subordination of the classes of subordinated certificates with higher numerical class designations to those with lower numerical class designations is intended to increase the likelihood of receipt, respectively, by the senior certificateholders and the holders of subordinated certificates with lower numerical class designations of the maximum amount to which they are entitled on any Distribution Date and to provide the holders protection against Realized Losses. The applicable Non-PO Percentage of Realized Losses will be allocated to the class of subordinated certificates then outstanding with the highest numerical class designation. In addition, the Class Certificate Balance of the class of subordinated certificates will be reduced by the amount of distributions on the Class PO Certificates in reimbursement for Class PO Deferred Amounts.

For purposes of allocating Realized Losses to the subordinated certificates, the Class M Certificates will be considered to have a lower numerical class designation than each other class of subordinated certificates.

USE OF PROCEEDS

We expect the proceeds to the depositor from the sale of the offered certificates (other than the Class PO Certificates) to be approximately $977,316,949, plus accrued interest, before deducting issuance expenses payable by the depositor. The depositor will apply the net proceeds from the sale of these classes of certificates against the purchase price of the Closing Date Mortgage Loans and to fund the Supplemental Loan Account and the Capitalized Interest Account.

MATERIAL FEDERAL INCOME TAX CONSEQUENCES

For federal income tax purposes, the trust fund (exclusive of the Supplemental Loan Account and the Capitalized Interest Account) will consist of one or more REMICs in a tiered structure. The highest REMIC will be referred to as the "Master REMIC," and each REMIC below the Master REMIC (if any) will be referred to as an "underlying REMIC." Each underlying REMIC (if any) will issue multiple classes of uncertificated, regular interests (the "underlying REMIC Regular Interests") that will be held by another REMIC above it in the tiered structure. The assets of the lowest underlying REMIC in this tiered structure (or the Master REMIC if there are no underlying REMICs) will consist of the mortgage loans and any other assets designated in the pooling and servicing agreement. The Master REMIC will issue the senior certificates and the subordinated certificates (together, excluding the Class A-R Certificate, the "Regular Certificates"). The Regular Certificates will be designated as the regular interests in the Master REMIC. The Class A-R Certificates (also, the "Residual Certificates") will represent the beneficial ownership of the residual interest in each underlying REMIC (if any) and the residual interest in the Master REMIC. Aggregate distributions on the underlying REMIC Regular Interests held by the Master REMIC (if any) will equal the aggregate distributions on the Regular Certificates issued by the Master REMIC.

All classes of the Regular Certificates will be treated as debt instruments issued by the Master REMIC for all federal income tax purposes. Income on the Regular Certificates must be reported under an accrual method of accounting. Under the accrual method of accounting, interest income may be required to be included in a holder's gross income in advance of the holder's actual receipt of that interest income.

The Class PO Certificates will be treated for federal income tax purposes as having been issued with an amount of Original Issue Discount ("OID") equal to the difference between their principal balance and their issue

S-90

<PAGE>
price. Although the tax treatment is not entirely certain, each notional amount certificate will be treated as having been issued with OID in an amount equal to the excess of (1) the sum of all expected payments on the certificate determined under the prepayment assumption over (2) the price at which the certificate was issued. Although unclear, a holder of a notional amount certificate may be entitled to deduct a loss to the extent its remaining basis exceeds the maximum amount of future payments to which the certificateholder would be entitled if there were no further prepayments of the mortgage loans. Certain other classes of Regular Certificates may also be treated as having been issued with OID. For purposes of determining the amount and rate of accrual of OID and market discount, the trust fund intends to assume that there will be prepayments on the mortgage loans in each loan group at a rate equal to 300% of the Prepayment Assumption. No representation is made that the mortgage loans will prepay at the foregoing rate or any other rate. See "Yield, Prepayment and Maturity Considerations" and "Material Federal Income Tax Consequences" in the prospectus. Computing accruals of OID in the manner described in the prospectus may (depending on the actual rate of prepayments during the accrual period) result in the accrual of negative amounts of OID on the certificates issued with OID in an accrual period. Holders will be entitled to offset negative accruals of OID only against future OID accruals on their certificates.

If the holders of any Regular Certificates are treated as acquiring their certificates at a premium, the holders are encouraged to consult their tax advisors regarding the election to amortize bond premium and the method to be employed. See "Material Federal Income Tax Consequences -- REMIC Certificates -- a. Regular Certificates" in the prospectus.

As described more fully under "Material Federal Income Tax Consequences" in the prospectus, the offered certificates will represent "real estate assets" under Section 856(c)(5)(B) of the Internal Revenue Code of 1986, as amended (the "Code") and qualifying assets under Section 7701(a)(19)(C) of the Code in the same (or greater) proportion that the assets of the trust fund will be so treated, and income on the offered certificates will represent "interest on obligations secured by mortgages on real property or on interests in real property" under Section 856(c)(3)(B) of the Code in the same (or greater) proportion that the income on the assets of the trust fund will be so treated. The Regular Certificates will represent qualifying assets under Section 860G(a)(3) if acquired by a REMIC within the prescribed time periods of the Code.

The holders of the Residual Certificates must include the taxable income of each underlying REMIC (if any) and the Master REMIC in their federal taxable income. The resulting tax liability of the holders may exceed cash distributions to them during certain periods. All or a portion of the taxable income from a Residual Certificate recognized by a holder may be treated as "excess inclusion" income, which, with limited exceptions, cannot be reduced by deductions (including net operating losses) and in all cases is subject to U.S. federal income tax.

In computing alternative minimum taxable income, the special rule providing that taxable income cannot be less than the sum of the taxpayer's excess inclusions for the year does not apply. However, a taxpayer's alternative minimum taxable income cannot be less than the sum of the taxpayer's excess inclusions for the year. In addition, the amount of any alternative minimum tax net operating loss is determined without regard to any excess inclusions.

Purchasers of a Residual Certificate (that is, one of the Class A-R Certificates) are encouraged to consider carefully the tax consequences of an investment in Residual Certificates discussed in the prospectus and consult their tax advisors with respect to those consequences. See "Material Federal Income Tax Consequences -- REMIC Certificates -- b. Residual Certificates" in

the prospectus. In particular, prospective holders of Residual Certificates
should consult their tax advisors regarding whether a Residual Certificate will
be treated as a "noneconomic" residual interest, as a "tax avoidance potential"
residual interest or as both. Among other things, holders of Noneconomic
Residual Certificates should be aware of REMIC regulations that govern the
treatment of "inducement fees" and that may affect their ability to transfer
their Residual Certificates. See "Material Federal Income Tax Consequences --
Tax-Related Restrictions on Transfers of Residual Certificates -- Noneconomic
Residual Certificates," "Material Federal Income Tax Consequences -- b. Residual
Certificates -- Mark to Market Rules," "-- Excess Inclusions" and "Material
Federal Income Tax Consequences -- Tax Related Restrictions on Transfers of
Residual Certificates -- Treatment of Inducement Fees" and "-- Foreign
Investors" in the prospectus. Additionally, for information regarding Prohibited
Transactions and Treatment of Realized Losses, see "Material Federal Income Tax
Consequences -- Prohibited Transactions and Other Taxes" and "-- REMIC
Certificates -- a. Regular Certificates -- Treatment of Realized Losses" in the
prospectus.


                                      S-91
<PAGE>
      As a result of the Economic Growth and Tax Relief Reconciliation Act of
2001 (the "2001 Act"), limitations imposed by Section 68 of the Code on claiming
itemized deductions will be phased-out commencing in 2006, which will affect
individuals holding Residual Certificates. In addition, as a result of the Jobs
and Growth Tax Relief Reconciliation Act of 2003 (the "2003 Act"), the backup
withholding rate has been reduced to 28%. Unless they are amended, these
provisions of the 2001 Act and the 2003 Act will no longer apply for taxable
years beginning after December 31, 2010. See "Material Federal Income Tax
Consequences" in the prospectus. Investors are encouraged to consult their tax
advisors with respect to both statutes.


                                  OTHER TAXES

      No representations are made regarding the tax consequences of the purchase,
ownership or disposition of the certificates under any state, local or foreign
tax law.

      ALL INVESTORS ARE ENCOURAGED TO CONSULT THEIR TAX ADVISORS REGARDING THE
FEDERAL, STATE, LOCAL OR FOREIGN TAX CONSEQUENCES OF PURCHASING, OWNING OR
DISPOSING OF THE CERTIFICATES.

                              ERISA CONSIDERATIONS

      Any fiduciary of an employee benefit or other plan or arrangement (such as
an individual retirement account or Keogh plan) that is subject to the Employee
Retirement Income Security Act of 1974, as amended ("ERISA"), or to Section 4975
of the Code (a "Plan"), that proposes to cause the Plan to acquire any of the
offered certificates (directly or indirectly through investment by an entity or
account holding assets of the Plan) is encouraged to consult with its counsel
with respect to the potential consequences of the Plan's acquisition and
ownership of the certificates under ERISA and Section 4975 of the Code. See
"ERISA Considerations" in the prospectus. Section 406 of ERISA prohibits
"parties in interest" with respect to an employee benefit plan subject to ERISA
from engaging in various different types of transactions involving the Plan and
its assets unless a statutory, regulatory or administrative exemption applies to
the transaction. Section 4975 of the Code imposes excise taxes on prohibited
transactions involving "disqualified persons" and Plans described under that
Section. ERISA authorizes the imposition of civil penalties for prohibited
transactions involving Plans not subject to the requirements of Section 4975 of
the Code.

      Some employee benefit plans, including governmental plans and some church
plans, are not subject to ERISA's requirements. Accordingly, assets of those
plans may be invested in the offered certificates without regard to the ERISA
considerations described in this prospectus supplement and in the prospectus,
subject to the provisions of other applicable federal and state law. Any of
those plans that is qualified and exempt from taxation under Sections 401(a) and
501(a) of the Code may be subject to the prohibited transaction rules set forth
in Section 503 of the Code.

      Investments by Plans or with assets of Plans that are subject to ERISA must
satisfy ERISA's general fiduciary requirements, including the requirement of
investment prudence and diversification and the requirement that a Plan's
investments be made in accordance with the documents governing the Plan. A
fiduciary that decides to invest the assets of a Plan in the offered
certificates should consider, among other factors, the extreme sensitivity of
the investment to the rate of principal payments (including prepayments) on the
mortgage loans. It is anticipated that the certificates will constitute "equity
interests" for the purpose of the Plan Assets Regulation.

      The U.S. Department of Labor has granted to the underwriters substantially
identical administrative exemptions (together, the "Exemption") from some of the
prohibited transaction rules of ERISA and the related excise tax provisions of
Section 4975 of the Code with respect to the initial purchase, the holding and
the subsequent resale by Plans of securities, including certificates, in
pass-through trusts that consist of specified receivables, loans and other
obligations that meet the conditions and requirements of the Exemption. The
Exemption applies to mortgage loans such as the mortgage loans in the trust
fund. The Exemption extends exemptive relief to certificates, including
subordinated certificates, rated in the four highest generic rating categories
in certain designated transactions when the conditions of the Exemption,
including the requirement that an investing Plan be an "accredited investor" as
defined in Rule 501(a)(1) of Regulation D under the Securities Act of 1933, as
amended, are met.

S-92

<PAGE>
     For a general description of the Exemption and the conditions that must be
satisfied for the Exemption to apply, see "ERISA Considerations" in the
prospectus.

     It is expected that the Exemption will apply to the acquisition and holding
by Plans of the offered certificates (other than the Class PO and Class A-R
Certificates) and that all conditions of the Exemption other than those within
the control of the investors will be met. In addition, as of the date hereof,
there is no single mortgagor that is the obligor on five percent (5%) of the
mortgage loans included in the trust fund by aggregate unamortized principal
balance of the assets of the trust fund.

     The rating of a certificate may change. If a class of certificates no
longer has a rating of at least BBB- (or its equivalent) from at least one of
Standard & Poor's Ratings Services, Fitch or Moody's, certificates of that class
will no longer be eligible for relief under the Exemption (although a Plan that
had purchased the certificate when it had an investment-grade rating would not
be required by the Exemption to dispose of it).

     BECAUSE THE CLASS PO CERTIFICATES ARE NOT BEING PURCHASED BY ANY
UNDERWRITER TO WHOM AN EXEMPTION SIMILAR TO THE EXEMPTION HAS BEEN GRANTED, THE
CLASS PO CERTIFICATES DO NOT CURRENTLY MEET THE REQUIREMENTS OF THE EXEMPTION OR
ANY COMPARABLE INDIVIDUAL ADMINISTRATIVE EXEMPTION GRANTED TO ANY UNDERWRITER.
CONSEQUENTLY, THE CLASS PO CERTIFICATES MAY BE TRANSFERRED ONLY IF THE
CONDITIONS IN THE FIRST OR THIRD BULLET POINTS IN THE NEXT PARAGRAPH ARE MET.

     BECAUSE THE CHARACTERISTICS OF THE CLASS A-R CERTIFICATES MAY NOT MEET THE
REQUIREMENTS OF THE EXEMPTION, OR ANY OTHER ISSUED EXEMPTION UNDER ERISA, A PLAN
MAY HAVE ENGAGED IN A PROHIBITED TRANSACTION GIVING RISE TO EXCISE TAXES OR
CIVIL PENALTIES IF IT PURCHASES AND HOLDS CLASS A-R CERTIFICATES. CONSEQUENTLY,
TRANSFERS OF THE CLASS A-R CERTIFICATES (AND OF CERTIFICATES OF ANY CLASS THAT,
BECAUSE OF A CHANGE OF RATING, NO LONGER SATISFY THE RATING REQUIREMENT OF THE
EXEMPTION) WILL NOT BE REGISTERED BY THE TRUSTEE UNLESS THE TRUSTEE RECEIVES:

     -    A REPRESENTATION FROM THE TRANSFEREE OF THE CERTIFICATE, ACCEPTABLE TO
          AND IN FORM AND SUBSTANCE SATISFACTORY TO THE TRUSTEE, THAT THE
          TRANSFEREE IS NOT A PLAN, OR A PERSON ACTING ON BEHALF OF A PLAN OR
          USING A PLAN'S ASSETS TO EFFECT THE TRANSFER;

     -    A REPRESENTATION THAT THE TRANSFEREE IS AN INSURANCE COMPANY WHICH IS
          PURCHASING THE CERTIFICATE WITH FUNDS CONTAINED IN AN "INSURANCE
          COMPANY GENERAL ACCOUNT" (AS DEFINED IN SECTION V(E) OF PROHIBITED
          TRANSACTION CLASS EXEMPTION 95-60 ("PTCE 95-60")) AND THAT THE
          PURCHASE AND HOLDING OF THE CERTIFICATE SATISFY THE REQUIREMENTS FOR
          EXEMPTIVE RELIEF UNDER SECTIONS I AND III OF PTCE 95-60; OR

     -    AN OPINION OF COUNSEL SATISFACTORY TO THE TRUSTEE THAT THE PURCHASE
          AND HOLDING OF THE CERTIFICATE BY A PLAN, OR A PERSON ACTING ON BEHALF
          OF A PLAN OR USING A PLAN'S ASSETS, WILL NOT RESULT IN A NON-EXEMPT
          PROHIBITED TRANSACTION UNDER ERISA OR SECTION 4975 OF THE CODE AND
          WILL NOT SUBJECT THE TRUSTEE OR THE MASTER SERVICER TO ANY OBLIGATION
          IN ADDITION TO THOSE UNDERTAKEN IN THE POOLING AND SERVICING
          AGREEMENT.

THE FIRST REPRESENTATION WILL BE DEEMED TO HAVE BEEN MADE BY THE TRANSFEREE'S
ACCEPTANCE OF A CLASS PO CERTIFICATE. IF THE REPRESENTATION IS NOT TRUE, OR ANY
ATTEMPT TO TRANSFER TO A PLAN OR PERSON ACTING ON BEHALF OF A PLAN OR USING A
PLAN'S ASSETS IS INITIATED WITHOUT THE REQUIRED OPINION OF COUNSEL, THE
ATTEMPTED TRANSFER OR ACQUISITION SHALL BE VOID.

     Prospective Plan investors are encouraged to consult with their legal
advisors concerning the impact of ERISA and the Code, the effect of the Plan
Assets Regulation and the applicability of the Exemption described in the
prospectus, and the potential consequences in their specific circumstances,
before making an investment in any of the offered certificates. Moreover, each
Plan fiduciary is encouraged to determine whether, under the general fiduciary
standards of investment prudence and diversification, an investment in any of
the offered certificates is appropriate for the Plan, taking into account the
overall investment policy of the Plan and the composition of the Plan's
investment portfolio.

S-93

<PAGE>
     The sale of certificates to a Plan is in no respect a representation by the
issuer or any underwriter of the certificates that this investment meets all
relevant legal requirements with respect to investments by Plans generally or
any particular Plan, or that this investment is appropriate for Plans generally
or any particular Plan.

                            METHOD OF DISTRIBUTION

     Subject to the terms and conditions set forth in the underwriting agreement
among the depositor, Greenwich Capital Markets, Inc. ("Greenwich") and UBS
Securities LLC ("UBS" and, together with Morgan Stanley, the "underwriters"),
the depositor has agreed to sell the offered certificates, other than the Class
PO Certificates, to the underwriters. Greenwich has agreed to purchase from the
depositor the senior certificates, other than the Class PO Certificates (the
"Greenwich Underwritten Certificates"), and UBS has agreed to purchase from the
depositor the Class M, Class B-1 and Class B-2 Certificates (the "UBS
Underwritten Certificates" and, together with the Greenwich Underwritten

Certificates, the "Underwritten Certificates").

Distribution of the Underwritten Certificates will be made by the underwriter purchasing those classes from time to time in negotiated transactions or otherwise at varying prices to be determined at the time of sale. The underwriters may effect such transactions by selling the Underwritten Certificates to or through dealers and such dealers may receive from the underwriters, for which they act as agent, compensation in the form of underwriting discounts, concessions or commissions. The underwriters and any dealers that participate with the underwriters in the distribution of the Underwritten Certificates may be deemed to be underwriters, and any discounts, commissions or concessions received by them, and any profits on resale of the Underwritten Certificates purchased by them, may be deemed to be underwriting discounts and commissions under the Securities Act of 1933, as amended.

The depositor has been advised by each underwriter that it intends to make a market in the Underwritten Certificates purchased by it but no underwriter has any obligation to do so. There can be no assurance that a secondary market for the Underwritten Certificates will develop or, if it does develop, that it will continue or that it will provide certificateholders with a sufficient level of liquidity of investment.

The depositor has agreed to indemnify the underwriters against, or make contributions to the underwriters with respect to, liabilities, customarily indemnified against, including liabilities under the Securities Act of 1933, as amended.

The Class PO Certificates may be offered by Countrywide Home Loans or the depositor from time to time directly or through underwriters or agents (either of which may include Countrywide Securities Corporation, an affiliate of the depositor, the sellers and the master servicer) in one or more negotiated transactions, or otherwise, at varying prices to be determined at the time of sale, in one or more separate transactions at prices to be negotiated at the time of each sale. Any underwriters or agents that participate in the distribution of the Class PO Certificates may be deemed to be "underwriters" within the meaning of the Securities Act of 1933 and any profit on the sale of those certificates by them and any discounts, commissions, concessions or other compensation received by any of them may be deemed to be underwriting discounts and commissions under the Securities Act.

LEGAL MATTERS

The validity of the certificates, including their material federal income tax consequences, will be passed upon for the depositor by Sidley Austin Brown &Wood LLP, New York, New York. Certain legal matters will be passed upon for the underwriters by McKee Nelson LLP.

RATINGS

It is a condition to the issuance of the offered certificates that they be rated the respective ratings set forth on page S-3 of the Summary of this prospectus supplement by Fitch Ratings ("Fitch") and by Moody's Investors Service, Inc. ("Moody's").

The ratings assigned by Fitch to mortgage pass-through certificates address the likelihood of the receipt of all distributions on the mortgage loans by the related certificateholders under the agreements pursuant to which the

S-94

<PAGE>
certificates are issued. Fitch's ratings take into consideration the credit quality of the related mortgage pool, including any credit support providers, structural and legal aspects associated with the certificates, and the extent to which the payment stream on the mortgage pool is adequate to make the payments required by the certificates. The rating assigned by Fitch to the notional amount certificates does not address whether investors will recoup their initial investment. The rating assigned by Fitch to the principal only certificates only addresses the return of their respective Class Certificate Balances. The rating assigned by Fitch to the Class A-R Certificates only addresses the return of its Class Certificate Balance and interest thereon at its pass-through rate.

The ratings assigned by Moody's to mortgage pass-through certificates address the likelihood of the receipt of all distributions on the mortgage loans by the related certificateholders under the agreements pursuant to which the certificates are issued. Moody's ratings take into consideration the credit quality of the related mortgage pool, including any credit support providers, structural and legal aspects associated with the certificates, and the extent to which the payment stream on the mortgage pool is adequate to make the payments required by the certificates. The rating assigned by Moody's to the notional amount certificates does not address whether investors will recoup their initial investment. The rating assigned by Moody's to the principal only certificates only addresses the return of their respective Class Certificate Balances. The rating assigned by Moody's to the Class A-R Certificates only addresses the return of its Class Certificate Balance and interest thereon at its pass-through rate.

The ratings of the rating agencies listed above do not address the possibility that, as a result of principal prepayments, certificateholders may receive a lower than anticipated yield. The security ratings assigned to the offered certificates should be evaluated independently from similar ratings on other types of securities. A security rating is not a recommendation to buy, sell or hold securities and may be subject to revision or withdrawal at any time by the rating agencies.

The depositor has not requested a rating of the offered certificates by any rating agency other than the rating agencies listed above; there can be no assurance, however, as to whether any other rating agency will rate the offered certificates or, if it does, what rating would be assigned by the other rating agency. The ratings assigned by the other rating agency to the offered certificates could be lower than the respective ratings assigned by the rating agencies listed above.

PRINCIPAL BALANCE SCHEDULES

The Principal Balance Schedules have been prepared on the basis of the structuring assumptions and the assumption that the mortgage loans prepay at the range of rates set forth below:

<TABLE>
<CAPTION>

| PRINCIPAL BALANCE SCHEDULE REFERENCE | RELATED CLASSES OF CERTIFICATES | PREPAYMENT ASSUMPTION |
| --- | --- | --- |
| <S> | <C> | <C> |
| Aggregate Planned Balance | Class A-13, Class A-14, Class A-15, Class A-16, Class A-33 and Class A-34 Certificates | 126% to 333% |
| Targeted Balance | Class A-25 Certificates | 300% |

</TABLE>

There is no assurance that the Class Certificate Balances of the Class A-13, Class A-14, Class A-15, Class A-16, Class A-33 and Class A-34 Certificates (the "Planned Balance Certificates") and the Class A-25 Certificates will conform on any Distribution Date to the Aggregate Planned Balance or the Targeted Balance, as applicable, specified for such Distribution Date in the applicable Principal Balance Schedule herein, or that distribution of principal on the Planned Balance Certificates or Class A-25 Certificates will end on the Distribution Date specified therein. Because any excess of the amounts available for the distribution of principal of (a) the Planned Balance Certificates for any Distribution Date over the amount necessary to reduce the aggregate Class Certificate Balance of the Planned Balance Certificates to their Aggregate Planned Balance and (b) the Class A-25 Certificates for any Distribution Date over the amount necessary to reduce its Class Certificate Balance to the Targeted Balance will be distributed, the ability to reduce the Class Certificate Balances of the Planned Balance Certificates and Class A-25 Certificates will not be enhanced by the averaging of high and low principal payments as might be the case if any such excess amounts were held for future application and not distributed monthly. In addition, even if prepayments remain within the applicable range or at the rate specified above, the amounts available for distribution of principal of the Planned Balance Certificates and Class A-25 Certificates on any Distribution Date may be insufficient to

S-95

<PAGE>
reduce the Planned Balance Certificates to their Aggregate Planned Balance and the Class A-25 Certificates to its Targeted Balance. Moreover, because of the diverse remaining terms to maturity of the applicable mortgage loans, the Planned Balance Certificates may not be reduced to their Aggregate Planned Balance and the Class A-25 Certificates may not be reduced to its Targeted Balance, even if prepayments occur within the range or at the rate specified above.

S-96

<PAGE>
<TABLE>
<CAPTION>

| DISTRIBUTION DATE | AGGREGATE PLANNED BALANCE ($) |
| --- | --- |
| <S> | <C> |
| Initial............... | 143,596,000.00 |
| September 25, 2005.... | 143,379,454.98 |
| October 25, 2005...... | 143,114,094.30 |
| November 25, 2005..... | 142,799,963.70 |
| December 25, 2005..... | 142,437,140.01 |
| January 25, 2006...... | 142,025,731.16 |
| February 25, 2006..... | 141,565,876.24 |
| March 25, 2006........ | 141,057,745.49 |
| April 25, 2006........ | 140,501,540.21 |
| May 25, 2006.......... | 139,897,492.72 |
| June 25, 2006......... | 139,245,866.23 |
| July 25, 2006......... | 138,546,954.72 |
| August 25, 2006....... | 137,801,082.72 |
| September 25, 2006.... | 137,008,605.14 |
| October 25, 2006...... | 136,169,906.98 |
| November 25, 2006..... | 135,285,403.12 |
| December 25, 2006..... | 134,355,537.93 |
| January 25, 2007..... | 133,380,784.98 |
| February 25, 2007..... | 132,361,646.67 |
| March 25, 2007........ | 131,298,653.77 |
| April 25, 2007........ | 130,192,365.05 |
| May 25, 2007.......... | 129,043,366.76 |
| June 25, 2007......... | 127,852,272.16 |
| July 25, 2007......... | 126,619,720.98 |
| August 25, 2007....... | 125,346,378.87 |
| September 25, 2007.... | 124,032,936.80 |
| October 25, 2007...... | 122,680,110.46 |

```
November 25, 2007.....      121,288,639.61
December 25, 2007.....      119,859,287.42
January 25, 2008......      118,392,839.78
February 25, 2008.....      116,890,104.56
March 25, 2008........      115,397,448.49
April 25, 2008........      113,914,806.19
May 25, 2008..........      112,442,112.72
June 25, 2008.........      110,979,303.55
July 25, 2008.........      109,526,314.57
August 25, 2008.......      108,083,082.09
September 25, 2008....      106,649,542.85
October 25, 2008......      105,225,633.98
November 25, 2008.....      103,811,293.03
December 25, 2008.....      102,406,457.95
January 25, 2009......      101,011,067.10
February 25, 2009.....       99,625,059.25
March 25, 2009........       98,248,373.54
April 25, 2009........       96,880,949.55
May 25, 2009..........       95,522,727.21
June 25, 2009.........       94,173,646.87
July 25, 2009.........       92,833,649.26
August 25, 2009.......       91,502,675.49
September 25, 2009....       90,180,667.06
October 25, 2009......       88,867,565.86
November 25, 2009.....       87,563,314.14
December 25, 2009.....       86,267,854.54
January 25, 2010......       84,981,130.07
February 25, 2010.....       83,703,084.11
March 25, 2010........       82,433,660.42
April 25, 2010........       81,172,803.10
May 25, 2010..........       79,920,456.65
June 25, 2010.........       78,676,565.90
July 25, 2010.........       77,441,076.06
August 25, 2010.......       76,213,932.69
September 25, 2010....       75,007,415.54
October 25, 2010......       73,809,086.55
November 25, 2010.....       72,618,892.26
December 25, 2010.....       71,436,779.56
January 25, 2011......       70,262,695.70
February 25, 2011.....       69,096,588.24
March 25, 2011........       67,938,405.12
April 25, 2011........       66,788,094.60
May 25, 2011..........       65,645,605.27
June 25, 2011.........       64,510,886.06
July 25, 2011.........       63,383,886.24
August 25, 2011.......       62,264,555.40
September 25, 2011....       61,156,806.57
October 25, 2011......       60,056,599.75
November 25, 2011.....       58,963,885.59
December 25, 2011.....       57,878,615.02
January 25, 2012......       56,800,739.31
February 25, 2012.....       55,730,210.04
March 25, 2012........       54,666,979.10
April 25, 2012........       53,610,998.71
May 25, 2012..........       52,562,221.40
June 25, 2012.........       51,520,599.98
July 25, 2012.........       50,486,087.59
August 25, 2012.......       49,458,637.67
September 25, 2012....       48,445,777.56
October 25, 2012......       47,439,819.84
November 25, 2012.....       46,440,719.14
December 25, 2012.....       45,448,430.39
January 25, 2013......       44,469,042.80
February 25, 2013.....       43,510,081.25
March 25, 2013........       42,571,129.15
April 25, 2013........       41,651,778.29
May 25, 2013..........       40,751,628.66
June 25, 2013.........       39,870,288.28
July 25, 2013.........       39,007,373.07
August 25, 2013.......       38,162,506.67
September 25, 2013....       37,352,758.53
October 25, 2013......       36,559,807.92
November 25, 2013.....       35,783,312.04
December 25, 2013.....       35,022,935.02
January 25, 2014......       34,278,347.75
February 25, 2014.....       33,549,227.78
March 25, 2014........       32,835,259.14
April 25, 2014........       32,136,132.26
May 25, 2014..........       31,451,543.79
June 25, 2014.........       30,781,196.52
July 25, 2014.........       30,124,799.25
August 25, 2014.......       29,482,066.65
September 25, 2014....       28,866,926.36
October 25, 2014......       28,264,359.33
November 25, 2014.....       27,674,112.12
December 25, 2014.....       27,095,936.35
January 25, 2015......       26,529,588.60
February 25, 2015.....       25,974,830.32
March 25, 2015........       25,431,427.69
April 25, 2015........       24,899,151.61
May 25, 2015..........       24,377,777.51
June 25, 2015.........       23,867,085.34
July 25, 2015.........       23,366,859.43
August 25, 2015.......       22,876,888.43
September 25, 2015....       22,383,039.86
```

```
October 25, 2015......      21,899,510.11
November 25, 2015.....      21,426,088.08
December 25, 2015.....      20,962,566.91
January 25, 2016......      20,508,743.90
February 25, 2016.....      20,064,420.47
March 25, 2016........      19,629,402.03
April 25, 2016........      19,203,497.92
May 25, 2016..........      18,786,521.32
June 25, 2016.........      18,378,289.21
July 25, 2016.........      17,978,622.25
August 25, 2016.......      17,587,344.71
September 25, 2016....      17,204,284.43
October 25, 2016......      16,829,272.74
November 25, 2016.....      16,462,144.34
December 25, 2016.....      16,102,737.31
January 25, 2017......      15,750,893.00
February 25, 2017.....      15,406,455.95
March 25, 2017........      15,069,273.86
April 25, 2017........      14,739,197.51
May 25, 2017..........      14,416,080.70
June 25, 2017.........      14,099,780.20
July 25, 2017.........      13,790,155.65
August 25, 2017.......      13,487,069.58
September 25, 2017....      13,190,387.27
October 25, 2017......      12,899,976.74
November 25, 2017.....      12,615,708.68
December 25, 2017.....      12,337,456.42
January 25, 2018......      12,065,095.84
February 25, 2018.....      11,798,505.34
March 25, 2018........      11,537,565.81
April 25, 2018........      11,282,160.52
May 25, 2018..........      11,032,175.14
June 25, 2018.........      10,787,497.66
July 25, 2018.........      10,548,018.31
August 25, 2018.......      10,313,629.60
September 25, 2018....      10,084,226.19
October 25, 2018......       9,859,704.89
November 25, 2018.....       9,639,964.61
December 25, 2018.....       9,424,906.32
January 25, 2019......       9,214,432.99
February 25, 2019.....       9,008,449.58
March 25, 2019........       8,806,862.98
April 25, 2019........       8,609,581.97
May 25, 2019..........       8,416,517.19
June 25, 2019.........       8,227,581.10
July 25, 2019.........       8,042,687.95
August 25, 2019.......       7,861,753.72
September 25, 2019....       7,684,696.13
October 25, 2019......       7,511,434.54
November 25, 2019.....       7,341,890.00
December 25, 2019.....       7,175,985.13
January 25, 2020......       7,013,644.15
February 25, 2020.....       6,854,792.83
March 25, 2020........       6,699,358.44
April 25, 2020........       6,547,269.74
May 25, 2020..........       6,398,456.97
June 25, 2020.........       6,252,851.75
July 25, 2020.........       6,110,387.13
August 25, 2020.......       5,970,997.53
September 25, 2020....       5,834,618.70
October 25, 2020......       5,701,187.70
November 25, 2020.....       5,570,642.89
December 25, 2020.....       5,442,923.88
January 25, 2021......       5,317,971.54
February 25, 2021.....       5,195,727.91
March 25, 2021........       5,076,136.26
April 25, 2021........       4,959,141.00
May 25, 2021..........       4,844,687.69
June 25, 2021.........       4,732,722.99
July 25, 2021.........       4,623,194.68
August 25, 2021.......       4,516,051.58
September 25, 2021....       4,411,243.59
October 25, 2021......       4,308,721.61
November 25, 2021.....       4,208,437.59
December 25, 2021.....       4,110,344.42
January 25, 2022......       4,014,395.99
February 25, 2022.....       3,920,547.12
March 25, 2022........       3,828,753.58
April 25, 2022........       3,738,972.03
</TABLE>
```

                              S-97

```
<PAGE>
<TABLE>
<CAPTION>
```

| DISTRIBUTION DATE | AGGREGATE PLANNED BALANCE ($) |
|---|---|
| <S> | <C> |
| May 25, 2022.......... | 3,651,160.03 |
| June 25, 2022......... | 3,565,276.01 |
| July 25, 2022......... | 3,481,279.27 |
| August 25, 2022....... | 3,399,129.92 |
| September 25, 2022.... | 3,318,788.93 |

```
October 25, 2022......    3,240,218.04
November 25, 2022.....    3,163,379.80
December 25, 2022.....    3,088,237.52
January 25, 2023......    3,014,755.28
February 25, 2023.....    2,942,897.89
March 25, 2023........    2,872,630.89
April 25, 2023........    2,803,920.54
May 25, 2023..........    2,736,733.79
June 25, 2023.........    2,671,038.27
July 25, 2023.........    2,606,802.29
August 25, 2023.......    2,543,994.80
September 25, 2023....    2,482,585.41
October 25, 2023......    2,422,544.34
November 25, 2023.....    2,363,842.45
December 25, 2023.....    2,306,451.19
January 25, 2024......    2,250,342.59
February 25, 2024.....    2,195,489.29
March 25, 2024........    2,141,864.48
April 25, 2024........    2,089,441.90
May 25, 2024..........    2,038,195.84
June 25, 2024.........    1,988,101.14
July 25, 2024.........    1,939,133.13
August 25, 2024.......    1,891,267.69
September 25, 2024....    1,844,481.18
October 25, 2024......    1,798,750.45
November 25, 2024.....    1,754,052.84
December 25, 2024.....    1,710,366.16
January 25, 2025......    1,667,668.69
February 25, 2025.....    1,625,939.13
March 25, 2025........    1,585,156.67
April 25, 2025........    1,545,300.91
May 25, 2025..........    1,506,351.86
June 25, 2025.........    1,468,289.99
July 25, 2025.........    1,431,096.13
August 25, 2025.......    1,394,751.55
September 25, 2025....    1,359,237.89
October 25, 2025......    1,324,537.17
November 25, 2025.....    1,290,631.81
December 25, 2025.....    1,257,504.57
January 25, 2026......    1,225,138.59
February 25, 2026.....    1,193,517.35
March 25, 2026........    1,162,624.70
April 25, 2026........    1,132,444.79
May 25, 2026..........    1,102,962.13
June 25, 2026.........    1,074,161.56
July 25, 2026.........    1,046,028.23
August 25, 2026.......    1,018,547.58
September 25, 2026....      991,705.39
October 25, 2026......      965,487.72
November 25, 2026.....      939,880.93
December 25, 2026.....      914,871.67
January 25, 2027......      890,446.86
February 25, 2027.....      866,593.70
March 25, 2027........      843,299.66
April 25, 2027........      820,552.49
May 25, 2027..........      798,340.17
June 25, 2027.........      776,650.96
July 25, 2027.........      755,473.34
August 25, 2027.......      734,796.07
September 25, 2027....      714,608.11
October 25, 2027......      694,898.69
November 25, 2027.....      675,657.23
December 25, 2027.....      656,873.40
January 25, 2028......      638,537.08
February 25, 2028.....      620,638.38
March 25, 2028........      603,167.59
April 25, 2028........      586,115.23
May 25, 2028..........      569,472.02
June 25, 2028.........      553,228.86
July 25, 2028.........      537,376.86
August 25, 2028.......      521,907.31
September 25, 2028....      506,811.70
October 25, 2028......      492,081.68
November 25, 2028.....      477,709.10
December 25, 2028.....      463,685.96
January 25, 2029......      450,004.45
February 25, 2029.....      436,656.92
March 25, 2029........      423,635.88
April 25, 2029........      410,934.00
May 25, 2029..........      398,544.13
June 25, 2029.........      386,459.23
July 25, 2029.........      374,672.45
August 25, 2029.......      363,177.07
September 25, 2029....      351,966.50
October 25, 2029......      341,034.33
November 25, 2029.....      330,374.25
December 25, 2029.....      319,980.10
January 25, 2030......      309,845.85
February 25, 2030.....      299,965.62
March 25, 2030........      290,333.62
April 25, 2030........      280,944.21
May 25, 2030..........      271,791.86
June 25, 2030.........      262,871.18
July 25, 2030.........      254,176.87
August 25, 2030.......      245,703.76
```

```
September 25, 2030....      237,446.78
October 25, 2030......      229,400.98
November 25, 2030.....      221,561.52
December 25, 2030.....      213,923.65
January 25, 2031......      206,482.75
February 25, 2031.....      199,234.26
March 25, 2031........      192,173.75
April 25, 2031........      185,296.89
May 25, 2031..........      178,599.41
June 25, 2031.........      172,077.18
July 25, 2031.........      165,726.11
August 25, 2031.......      159,542.25
September 25, 2031....      153,521.69
October 25, 2031......      147,660.63
November 25, 2031.....      141,955.35
December 25, 2031.....      136,402.22
January 25, 2032......      130,997.67
February 25, 2032.....      125,738.22
March 25, 2032........      120,620.46
April 25, 2032........      115,641.07
May 25, 2032..........      110,796.78
June 25, 2032.........      106,084.41
July 25, 2032.........      101,500.85
August 25, 2032.......       97,043.04
September 25, 2032....       92,708.01
October 25, 2032......       88,492.84
November 25, 2032.....       84,394.68
December 25, 2032.....       80,410.74
January 25, 2033......       76,538.31
February 25, 2033.....       72,774.71
March 25, 2033........       69,117.34
April 25, 2033........       65,563.65
May 25, 2033..........       62,111.15
June 25, 2033.........       58,757.40
July 25, 2033.........       55,500.02
August 25, 2033.......       52,336.68
September 25, 2033....       49,265.11
October 25, 2033......       46,283.08
November 25, 2033.....       43,388.41
December 25, 2033.....       40,578.98
January 25, 2034......       37,852.70
February 25, 2034.....       35,207.54
March 25, 2034........       32,641.52
April 25, 2034........       30,152.69
May 25, 2034..........       27,739.14
June 25, 2034.........       25,399.04
July 25, 2034.........       23,130.55
August 25, 2034.......       20,931.91
September 25, 2034....       18,801.38
October 25, 2034......       16,737.26
November 25, 2034.....       14,737.91
December 25, 2034.....       12,801.70
January 25, 2035......       10,927.05
February 25, 2035.....        9,112.41
March 25, 2035........        7,356.28
April 25, 2035........        5,657.17
May 25, 2035..........        4,013.65
June 25, 2035.........        2,424.29
July 25, 2035.........          887.74
August 25, 2035
  and thereafter.....            0.00
</TABLE>
```

                                   S-98

```
<PAGE>
<TABLE>
<CAPTION>
DISTRIBUTION DATE        TARGETED BALANCE ($)
-----------------        --------------------
<S>                      <C>
Initial ..............     6,000,000.00
September 25, 2005....     5,976,007.31
October 25, 2005......     5,940,272.71
November 25, 2005.....     5,892,795.86
December 25, 2005.....     5,833,596.52
January 25, 2006......     5,762,719.56
February 25, 2006.....     5,680,235.06
March 25, 2006........     5,586,238.42
April 25, 2006........     5,480,850.35
May 25, 2006..........     5,364,216.81
June 25, 2006.........     5,236,508.85
July 25, 2006.........     5,097,922.45
August 25, 2006.......     4,948,678.17
September 25, 2006....     4,789,020.84
October 25, 2006......     4,619,219.12
November 25, 2006.....     4,439,564.99
December 25, 2006.....     4,250,373.18
January 25, 2007......     4,051,980.55
February 25, 2007.....     3,844,745.32
March 25, 2007........     3,629,046.36
April 25, 2007........     3,405,282.30
May 25, 2007..........     3,173,870.64
June 25, 2007.........     2,935,246.77
July 25, 2007.........     2,689,862.96
```

```
August 25, 2007.......      2,438,187.24
September 25, 2007....      2,180,702.33
October 25, 2007......      1,917,904.40
November 25, 2007.....      1,650,301.85
December 25, 2007.....      1,378,414.08
January 25, 2008......      1,102,770.12
February 25, 2008.....        834,435.66
March 25, 2008........        573,312.77
April 25, 2008........        319,262.79
May 25, 2008..........         72,149.49
June 25, 2008
   and thereafter.....              0.00
</TABLE>
```

                              S-99

<PAGE>

PROSPECTUS

                         CWMBS, INC.
                          DEPOSITOR

                MORTGAGE PASS-THROUGH CERTIFICATES
                      (ISSUABLE IN SERIES)

PLEASE CAREFULLY CONSIDER OUR DISCUSSION OF SOME OF THE RISKS OF INVESTING IN
THE CERTIFICATES UNDER "RISK FACTORS" BEGINNING ON PAGE 5.

THE TRUSTS

Each trust will be established to hold assets in its trust fund transferred to
it by CWMBS, Inc. The assets in each trust fund will be specified in the
prospectus supplement for the particular trust and will generally consist of:

-    first lien mortgage loans secured by one- to four-family residential
     properties or participations in that type of loan,

-    mortgage pass-through securities issued or guaranteed by Ginnie Mae,
     Fannie Mae, or Freddie Mac, or

-    private mortgage-backed securities backed by first lien mortgage loans
     secured by one- to four-family residential properties or participations in
     that type of loan.

THE CERTIFICATES

CWMBS, Inc. will sell the certificates pursuant to a prospectus supplement. The
certificates will be grouped into one or more series, each having its own
distinct designation. Each series will be issued in one or more classes and each
class will evidence beneficial ownership of a specified portion of future
payments on the assets in the trust fund that the series relates to. A
prospectus supplement for a series will specify all of the terms of the series
and of each of the classes in the series.

OFFERS OF CERTIFICATES

The certificates may be offered through several different methods, including
offerings through underwriters.

                    ---------------------------

THESE SECURITIES HAVE NOT BEEN APPROVED OR DISAPPROVED BY THE SECURITIES AND
EXCHANGE COMMISSION OR ANY STATE SECURITIES COMMISSION NOR HAS THE SECURITIES
AND EXCHANGE COMMISSION OR ANY STATE SECURITIES COMMISSION PASSED UPON THE
ACCURACY OR ADEQUACY OF THIS PROSPECTUS. ANY REPRESENTATION TO THE CONTRARY IS A
CRIMINAL OFFENSE.

July 25, 2005

<PAGE>

                         TABLE OF CONTENTS

```
<TABLE>
<CAPTION>
```
|  |  | PAGE |
| --- | --- | --- |
| <S> |  | <C> |
| Important Notice About Information in this Prospectus and Each Accompanying Prospectus Supplement | | 4 |
| Risk Factors | | 5 |
|    Limited Source Of Payments - No Recourse To Sellers, Depositor  Or Servicer | | 5 |
|    Credit Enhancement May Not Be Sufficient To Protect You From Losses | | 6 |
|    Losses On Balloon Payment Mortgages Are Borne By You | | 6 |
|    Nature Of Mortgages | | 7 |
|    You Could Be Adversely Affected By Violations Of Environmental Laws | | 9 |
|    Ratings Of The Certificates Do Not Assure Their Payment | | 10 |
|    Book-Entry Registration | | 11 |
|    Bankruptcy Or Insolvency May Affect The Timing And Amount Of Distributions On The Certificates | | 12 |
| The Trust Fund | | 14 |
|    The Mortgage Loans - General | | 15 |
|    Agency Securities | | 18 |
|    Private Mortgage-Backed Securities | | 23 |
|    Pre-Funding | | 25 |
|    Substitution of Mortgage Assets | | 25 |
|    Available Information | | 26 |