UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BANKERS INSURANCE COMPANY, BANKERS LIFE INSURANCE COMPANY, FIRST COMMUNITY INSURANCE COMPANY, and BANKERS SPECIALTY INSURANCE COMPANY, individually, and on behalf of ALTERNATIVE LOAN TRUST 2005-73CB; ALTERNATIVE LOAN TRUST 2005-J13; ALTERNATIVE LOAN TRUST 2006-6CB; ALTERNATIVE LOAN TRUST 2006-8TI; ALTERNATIVE LOAN TRUST 2007-21CB; CWABS ASSET-BACKED CERTIFICATES TRUST 2005-11; CWABS ASSET-BACKED CERTIFICATES TRUST 2005-12; CWABS ASSET-BACKED CERTIFICATES TRUST 2005-13; CWABS ASSET-BACKED CERTIFICATES TRUST 2005-16; CWABS ASSET-BACKED CERTIFICATES TRUST 2006-11; and CWMBS MORTGAGE PASS THROUGH TRUST 2005-21, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORP.; COUNTRYWIDE SECURITIES CORP.; COUNTRYWIDE CAPITAL MARKETS, LLC; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE HOME LOANS SERVICING LP; CWMBS, INC.; CWALT, INC.; BANK OF AMERICA CORP; BAC HOME LOANS SERVICING, L.P.; NB HOLDINGS CORP.; and THE BANK OF NEW YORK MELLON, <br><br> Defendants. | Case No. 11-CV-01630-EAK-MAP <br><br> Honorable Elizabeth A. Kovachevich |

**DECLARATION OF MATTHEW D. INGBER**

Pursuant to 28 U.S.C. § 1746, Matthew D. Ingber hereby declares:

1. I am a partner of the law firm Mayer Brown LLP, attorneys for Defendant The Bank of New York Mellon ("BNY Mellon") in the above-captioned action. I submit this declaration in support of BNY Mellon's Motion to Dismiss.

Case No. 11-CV-01630-EAK-MAP

2. Attached hereto as Exhibit A is a true and correct copy of the Settlement Agreement between BNY Mellon, as Trustee for certain mortgage-securitization trusts; Bank of America Corporation; BAC Home Loans Servicing, LP; Countrywide Financial Corporation; and Countrywide Home Loans, Inc., dated June 28, 2011. It is attached as Exhibit B to BNY Mellon's Verified Petition, filed in the Supreme Court of the State of New York on June 29, 2011.

3. Attached hereto as Exhibit B is a true and correct copy (without exhibits) of BNY Mellon's Verified Petition, dated June 28, 2011 and filed in the Supreme Court of the State of New York on June 29, 2011.

4. Attached hereto as Exhibit C is a true and correct copy of a Gibbs & Bruns LLP press release, dated March 31, 2011, announcing a renewal of extension of any time periods commenced by the October 18, 2010 Notice of Non-Performance, which is attached as Exhibit 34 to Plaintiffs' Amended Verified Certificateholder Derivative Complaint.

Dated: New York, New York
       March 28, 2012

                                                  /s/  Matthew D. Ingber
                                                  Matthew D. Ingber

Case No. 11-CV-01630-EAK-MAP

Respectfully submitted,

By: /s/ Mercer K. Clarke

| | |
|---|---|
| Matthew D. Ingber | Mercer K. Clarke |
| Christopher J. Houpt | Florida Bar No. 131322 |
| MAYER BROWN LLP | CLARKE SILVERGLATE, P.A. |
| 1675 Broadway | 799 Brickell Plaza, 9th Floor |
| New York, New York 10019 | Miami, Florida 33131 |
| Tel.: (212) 506-2500 | Telephone: (305) 377-0700 |
| mingber@mayerbrown.com | Facsimile: (305) 377-3001 |
| choupt@mayerbrown.com | bclarke@cspalaw.com |
| | |
| *Attorneys for Defendant* | *Attorneys for Defendant* |
| *The Bank of New York Mellon* | *The Bank of New York Mellon* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 29, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system. I further certify that the foregoing document is being served this day on all counsel of record identified below in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF.

| | |
|---|---|
| Dale Ledbetter, Esq. | Brian R. Kopelowitz, Esq. |
| Florida Bar No. 094811 | Florida Bar No. 097225 |
| dledbetter@dlsecuritieslaw.com | kopelowitz@kolawyers.com |
| **Ledbetter & Associates, P.A.** | Jason H. Alperstein, Esq. |
| 333 N. New River Drive E., Suite 1500 | Florida Bar No. 0064205 |
| Fort Lauderdale, FL 33301 | alperstein@kolawyers.com |
| Telephone: (954) 302-7698 | **KOPELOWITZ OSTROW** |
| Facsimile: (954) 622-9107 | **FergusonWeiselberg Keechl** |
| *Counsel for Plaintiffs* | 200 S.W. First Avenue, 12th Floor |
| | Fort Lauderdale, FL 33301 |
| | Telephone: (954) 525-4100 |
| | Facsimile: (954) 525-4300 |
| | *Counsel for Plaintiffs* |

CLARKE SILVERGLATE, P.A.

By: /s/ Mercer K. Clarke
Mercer K. Clarke