**Exhibit 1**

| | | | |
|---|---|---|---|
| CWALT 2004-10CB | CWALT 2005-17 | CWALT 2005-63 | CWALT 2006-18CB |
| CWALT 2004-12CB | CWALT 2005-18CB | CWALT 2005-64CB | CWALT 2006-19CB |
| CWALT 2004-13CB | CWALT 2005-1CB | CWALT 2005-65CB | CWALT 2006-20CB |
| CWALT 2004-14T2 | CWALT 2005-2 | CWALT 2005-66 | CWALT 2006-21CB |
| CWALT 2004-15 | CWALT 2005-20CB | CWALT 2005-67CB | CWALT 2006-23CB |
| CWALT 2004-16CB | CWALT 2005-21CB | CWALT 2005-69 | CWALT 2006-24CB |
| CWALT 2004-17CB | CWALT 2005-23CB | CWALT 2005-6CB | CWALT 2006-25CB |
| CWALT 2004-18CB | CWALT 2005-24 | CWALT 2005-70CB | CWALT 2006-26CB |
| CWALT 2004-20T1 | CWALT 2005-25T1 | CWALT 2005-71 | CWALT 2006-27CB |
| CWALT 2004-22CB | CWALT 2005-26CB | CWALT 2005-72 | CWALT 2006-28CB |
| CWALT 2004-24CB | CWALT 2005-27 | CWALT 2005-73CB | CWALT 2006-29T1 |
| CWALT 2004-25CB | CWALT 2005-28CB | CWALT 2005-74T1 | CWALT 2006-2CB |
| CWALT 2004-26T1 | CWALT 2005-29CB | CWALT 2005-75CB | CWALT 2006-30T1 |
| CWALT 2004-27CB | CWALT 2005-30CB | CWALT 2005-76 | CWALT 2006-31CB |
| CWALT 2004-28CB | CWALT 2005-31 | CWALT 2005-77T1 | CWALT 2006-32CB |
| CWALT 2004-29CB | CWALT 2005-32T1 | CWALT 2005-79CB | CWALT 2006-33CB |
| CWALT 2004-2CB | CWALT 2005-33CB | CWALT 2005-7CB | CWALT 2006-34 |
| CWALT 2004-30CB | CWALT 2005-34CB | CWALT 2005-80CB | CWALT 2006-35CB |
| CWALT 2004-32CB | CWALT 2005-35CB | CWALT 2005-82 | CWALT 2006-36T2 |
| CWALT 2004-33 | CWALT 2005-36 | CWALT 2005-83CB | CWALT 2006-39CB |
| CWALT 2004-34T1 | CWALT 2005-37T1 | CWALT 2005-84 | CWALT 2006-40T1 |
| CWALT 2004-35T2 | CWALT 2005-38 | CWALT 2005-85CB | CWALT 2006-41CB |
| CWALT 2004-36CB | CWALT 2005-3CB | CWALT 2005-86CB | CWALT 2006-42 |
| CWALT 2004-3T1 | CWALT 2005-4 | CWALT 2005-9CB | CWALT 2006-43CB |
| CWALT 2004-4CB | CWALT 2005-40CB | CWALT 2005-AR1 | CWALT 2006-45T1 |
| CWALT 2004-5CB | CWALT 2005-41 | CWALT 2005-IM1 | CWALT 2006-46 |
| CWALT 2004-6CB | CWALT 2005-42CB | CWALT 2005-J10 | CWALT 2006-4CB |
| CWALT 2004-7T1 | CWALT 2005-43 | CWALT 2005-J11 | CWALT 2006-5T2 |
| CWALT 2004-8CB | CWALT 2005-44 | CWALT 2005-J12 | CWALT 2006-6CB |
| CWALT 2004-9T1 | CWALT 2005-45 | CWALT 2005-J13 | CWALT 2006-7CB |
| CWALT 2004-J10 | CWALT 2005-46CB | CWALT 2005-J14 | CWALT 2006-8T1 |
| CWALT 2004-J11 | CWALT 2005-47CB | CWALT 2005-J3 | CWALT 2006-9T1 |
| CWALT 2004-J12 | CWALT 2005-48T1 | CWALT 2005-J4 | CWALT 2006-HY10 |
| CWALT 2004-J13 | CWALT 2005-49CB | CWALT 2005-J5 | CWALT 2006-HY11 |
| CWALT 2004-J2 | CWALT 2005-50CB | CWALT 2005-J6 | CWALT 2006-HY12 |
| CWALT 2004-J3 | CWALT 2005-51 | CWALT 2005-J7 | CWALT 2006-HY13 |
| CWALT 2004-J5 | CWALT 2005-53T2 | CWALT 2005-J8 | CWALT 2006-HY3 |
| CWALT 2004-J6 | CWALT 2005-54CB | CWALT 2005-J9 | CWALT 2006-J1 |
| CWALT 2004-J7 | CWALT 2005-55CB | CWALT 2006-11CB | CWALT 2006-J2 |
| CWALT 2004-J8 | CWALT 2005-56 | CWALT 2006-12CB | CWALT 2006-J3 |
| CWALT 2004-J9 | CWALT 2005-57CB | CWALT 2006-13T1 | CWALT 2006-J4 |
| CWALT 2005-10CB | CWALT 2005-58 | CWALT 2006-14CB | CWALT 2006-J5 |
| CWALT 2005-11CB | CWALT 2005-59 | CWALT 2006-15CB | CWALT 2006-J6 |
| CWALT 2005-14 | CWALT 2005-60T1 | CWALT 2006-16CB | CWALT 2006-J7 |
| CWALT 2005-16 | CWALT 2005-61 | CWALT 2006-17T1 | CWALT 2006-J8 |

| | | | |
|---|---|---|---|
| CWALT 2006-OA1 | CWALT 2007-5CB | CWHL 2004-18 | CWHL 2005-26 |
| CWALT 2006-OA10 | CWALT 2007-6 | CWHL 2004-19 | CWHL 2005-27 |
| CWALT 2006-OA11 | CWALT 2007-7T2 | CWHL 2004-2 | CWHL 2005-28 |
| CWALT 2006-OA12 | CWALT 2007-8CB | CWHL 2004-20 | CWHL 2005-29 |
| CWALT 2006-OA14 | CWALT 2007-9T1 | CWHL 2004-21 | CWHL 2005-3 |
| CWALT 2006-OA16 | CWALT 2007-AL1 | CWHL 2004-22 | CWHL 2005-30 |
| CWALT 2006-OA17 | CWALT 2007-HY2 | CWHL 2004-23 | CWHL 2005-31 |
| CWALT 2006-OA18 | CWALT 2007-HY3 | CWHL 2004-24 | CWHL 2005-7 |
| CWALT 2006-OA2 | CWALT 2007-HY4 | CWHL 2004-25 | CWHL 2005-9 |
| CWALT 2006-OA21 | CWALT 2007-HY6 | CWHL 2004-29 | CWHL 2005-HYB1 |
| CWALT 2006-OA22 | CWALT 2007-HY7C | CWHL 2004-3 | CWHL 2005-HYB2 |
| CWALT 2006-OA3 | CWALT 2007-HY8C | CWHL 2004-5 | CWHL 2005-HYB3 |
| CWALT 2006-OA6 | CWALT 2007-HY9 | CWHL 2004-6 | CWHL 2005-HYB4 |
| CWALT 2006-OA7 | CWALT 2007-J2 | CWHL 2004-7 | CWHL 2005-HYB5 |
| CWALT 2006-OA8 | CWALT 2007-OA11 | CWHL 2004-HYB1 | CWHL 2005-HYB6 |
| CWALT 2006-OA9 | CWALT 2007-OA2 | CWHL 2004-HYB2 | CWHL 2005-HYB7 |
| CWALT 2006-OC1 | CWALT 2007-OA3 | CWHL 2004-HYB3 | CWHL 2005-HYB8 |
| CWALT 2006-OC10 | CWALT 2007-OA4 | CWHL 2004-HYB4 | CWHL 2005-HYB10[1] |
| CWALT 2006-OC11 | CWALT 2007-OA6 | CWHL 2004-HYB5 | CWHL 2005-J1 |
| CWALT 2006-OC2 | CWALT 2007-OA7 | CWHL 2004-HYB6 | CWHL 2005-J2 |
| CWALT 2006-OC3 | CWALT 2007-OA8 | CWHL 2004-HYB7 | CWHL 2005-J3 |
| CWALT 2006-OC4 | CWALT 2007-OA9 | CWHL 2004-HYB8 | CWHL 2005-J4 |
| CWALT 2006-OC5 | CWALT 2007-OH1 | CWHL 2004-HYB9 | CWHL 2006-1 |
| CWALT 2006-OC6 | CWALT 2007-OH2 | CWHL 2004-J2 | CWHL 2006-10 |
| CWALT 2006-OC7 | CWALT 2007-OH3 | CWHL 2004-J3 | CWHL 2006-11 |
| CWALT 2006-OC8 | CWALT 2004-J4 | CWHL 2004-J4 | CWHL 2006-12 |
| CWALT 2006-OC9 | CWALT 2005-13CB | CWHL 2004-J5 | CWHL 2006-13 |
| CWALT 2007-10CB | CWALT 2005-19CB | CWHL 2004-J6 | CWHL 2006-14 |
| CWALT 2007-11T1 | CWALT 2005-22T1 | CWHL 2004-J7 | CWHL 2006-15 |
| CWALT 2007-12T1 | CWALT 2005-52CB | CWHL 2004-J8 | CWHL 2006-16 |
| CWALT 2007-13 | CWALT 2005-62 | CWHL 2004-J9 | CWHL 2006-17 |
| CWALT 2007-14T2 | CWALT 2005-81 | CWHL 2005-1 | CWHL 2006-18 |
| CWALT 2007-16CB | CWALT 2005-J1 | CWHL 2005-10 | CWHL 2006-19 |
| CWALT 2007-17CB | CWALT 2005-J2 | CWHL 2005-11 | CWHL 2006-20 |
| CWALT 2007-18CB | CWALT 2006-OA19 | CWHL 2005-12 | CWHL 2006-21 |
| CWALT 2007-19 | CWALT 2007-15CB | CWHL 2005-13 | CWHL 2006-3 |
| CWALT 2007-1T1 | CWALT 2007-J1 | CWHL 2005-14 | CWHL 2006-6 |
| CWALT 2007-20 | CWALT 2007-OA10 | CWHL 2005-16 | CWHL 2006-8 |
| CWALT 2007-21CB | CWHEQ 2006-A | CWHL 2005-17 | CWHL 2006-9 |
| CWALT 2007-22 | CWHEQ 2007-G | CWHL 2005-18 | CWHL 2006-HYB1 |
| CWALT 2007-23CB | CWHL 2004-11 | CWHL 2005-2 | CWHL 2006-HYB2 |
| CWALT 2007-24 | CWHL 2004-12 | CWHL 2005-20 | CWHL 2006-HYB3 |
| CWALT 2007-25 | CWHL 2004-13 | CWHL 2005-21 | CWHL 2006-HYB4 |
| CWALT 2007-2CB | CWHL 2004-14 | CWHL 2005-22 | CWHL 2006-HYB5 |
| CWALT 2007-3T1 | CWHL 2004-15 | CWHL 2005-23 | |
| CWALT 2007-4CB | CWHL 2004-16 | CWHL 2005-25 | |

[1] Appears on Bloomberg as CWHL 2005-HY10

| | | | |
|---|---|---|---|
| CWHL 2006-J1 | CWHL 2005-5 | CWL 2005-SD3 | CWL 2007-SD1 |
| CWHL 2006-J2 | CWHL 2005-6 | CWL 2006-1 | CWL 2007-SEA1 |
| CWHL 2006-J3 | CWL 2004-1 | CWL 2006-10 | CWL 2007-SEA2 |
| CWHL 2006-J4 | CWL 2004-11 | CWL 2006-12 | CWL 2004-10 |
| CWHL 2006-OA4 | CWL 2004-14 | CWL 2006-14 | CWL 2004-12 |
| CWHL 2006-OA5 | CWL 2004-2 | CWL 2006-16 | CWL 2004-13 |
| CWHL 2006-TM1 | CWL 2004-3 | CWL 2006-17 | CWL 2004-15 |
| CWHL 2007-1 | CWL 2004-4 | CWL 2006-18 | CWL 2004-8 |
| CWHL 2007-10 | CWL 2004-5 | CWL 2006-19 | CWL 2004-9 |
| CWHL 2007-11 | CWL 2004-6 | CWL 2006-2 | CWL 2004-AB1 |
| CWHL 2007-12 | CWL 2004-7 | CWL 2006-20 | CWL 2005-1 |
| CWHL 2007-13 | CWL 2004-AB2 | CWL 2006-24 | CWL 2005-11 |
| CWHL 2007-14 | CWL 2004-BC2 | CWL 2006-25 | CWL 2005-12 |
| CWHL 2007-15 | CWL 2004-BC3 | CWL 2006-3 | CWL 2005-13 |
| CWHL 2007-16 | CWL 2004-BC4 | CWL 2006-4 | CWL 2005-14 |
| CWHL 2007-17 | CWL 2004-BC5 | CWL 2006-5 | CWL 2005-15 |
| CWHL 2007-18 | CWL 2004-ECC1 | CWL 2006-6 | CWL 2005-16 |
| CWHL 2007-19 | CWL 2004-ECC2 | CWL 2006-7 | CWL 2005-17 |
| CWHL 2007-2 | CWL 2004-S1 | CWL 2006-8 | CWL 2005-3 |
| CWHL 2007-20 | CWL 2004-SD2 | CWL 2006-9 | CWL 2005-4 |
| CWHL 2007-21 | CWL 2004-SD3 | CWL 2006-ABC1 | CWL 2005-7 |
| CWHL 2007-3 | CWL 2004-SD4 | CWL 2006-BC1 | CWL 2006-11 |
| CWHL 2007-4 | CWL 2005-10 | CWL 2006-BC2 | CWL 2006-13 |
| CWHL 2007-5 | CWL 2005-2 | CWL 2006-BC3 | CWL 2006-15 |
| CWHL 2007-6 | CWL 2005-5 | CWL 2006-BC4 | CWL 2006-21 |
| CWHL 2007-7 | CWL 2005-6 | CWL 2006-BC5 | CWL 2006-22 |
| CWHL 2007-8 | CWL 2005-8 | CWL 2006-IM1 | CWL 2006-23 |
| CWHL 2007-9 | CWL 2005-9 | CWL 2006-QH1 | CWL 2006-26 |
| CWHL 2007-HY1 | CWL 2005-AB1 | CWL 2006-SD1 | CWL 2007-1 |
| CWHL 2007-HY3 | CWL 2005-AB2 | CWL 2006-SD2 | CWL 2007-13 |
| CWHL 2007-HY4 | CWL 2005-AB3 | CWL 2006-SD3 | CWL 2007-2 |
| CWHL 2007-HY5 | CWL 2005-AB4 | CWL 2006-SD4 | CWL 2007-4 |
| CWHL 2007-HY6 | CWL 2005-AB5 | CWL 2006-SPS1 | |
| CWHL 2007-HY7 | CWL 2005-BC1 | CWL 2006-SPS2 | |
| CWHL 2007-HYB1 | CWL 2005-BC2 | CWL 2007-10 | |
| CWHL 2007-HYB2 | CWL 2005-BC3 | CWL 2007-11 | |
| CWHL 2007-J1 | CWL 2005-BC4 | CWL 2007-12 | |
| CWHL 2007-J2 | CWL 2005-BC5 | CWL 2007-3 | |
| CWHL 2007-J3 | CWL 2005-HYB9[2] | CWL 2007-5 | |
| CWHL 2008-1 | CWL 2005-IM1 | CWL 2007-6 | |
| CWHL 2004-10 | CWL 2005-IM2 | CWL 2007-7 | |
| CWHL 2004-4 | CWL 2005-IM3 | CWL 2007-8 | |
| CWHL 2004-8 | CWL 2005-SD1 | CWL 2007-9 | |
| CWHL 2004-9 | CWL 2005-SD2 | CWL 2007-BC1 | |
| CWHL 2005-15 | | CWL 2007-BC2 | |
| CWHL 2005-24 | | CWL 2007-BC3 | |

_____

[2] Appears on Bloomberg
as CWHL 2005-HYB9

**Exhibit D**

**Grounds for Trustee's Objection to Selected Subservicers**

- Is not approved as a servicer by one or more of FNMA, FHLMC, or GNMA (for the avoidance of doubt, there can be no objection on this ground if a subservicer is approved as a servicer by any one of FNMA, FHLMC, or GNMA);

- Does not have appropriate and adequate core infrastructure (staff, facilities and technology) to accommodate incremental volume;

- Does not have a demonstrated ability to scale out effectively loan volumes in the magnitude of loans transfer being contemplated;

- Does not have a credible plan to support loan volume additions for the relevant product types;

- Is currently experiencing or has recently experienced excessive staff turnover;

- At least 90% of call center staff must be primarily resident in the United States and all call center staff must have experience relating to servicing in various geographic regions of the country;

- Inadequate levels of workload ratios per staff member;

- Excessive or unusual outstanding customer disputes and complaints;

- Internal and external audit / regulatory report ratings, underlying issues identified and corrective actions taken to correct any deficiencies noted;

- Cannot have weighted average age of REO inventory for its non-Agency RMBS portfolio greater than 270 days;

- Whether the selected subservicer is an affiliate of an operational Subservicer and whether transfer to the selected subservicer would violate the requirement that only one Bank of America entity or affiliate serve as a subservicer; and

- Valid licensing exists for all states relevant to the servicing of the particular pool for which servicing will be transferred.

**Exhibit E**

**Representative Subservicer Compensation**

**Boarding Fees**:
Manual Boarding:      $25 per Mortgage Loan
Electronic Boarding:  $15 per Mortgage Loan

**De-Boarding Fee**:
$15 per Mortgage Loan (fee will be increased to $50 if Mortgage Loan is transferred within 6 months of boarding)

**Base Fee**:
For each Mortgage Loan, a monthly fee pursuant to the chart below

| End of Month Status Volume: | Less than 1,000 | 1,000+ |
|---|---|---|
| 0-29 Days Past Due | $30 | $25 |
| 30-89 Days Past Due | $60 | $55 |
| 90+ Days Past Due | $125 | $100 |
| Foreclosure | $125 | $100 |
| Bankruptcy | $100 | $90 |
| REO Property | $75 | $65 |

**Incentive Fees**

| Incentive Fee Type | Incentive Amount |
|---|---|
| No contact incentive[1] | $100 |
| Paid in Full (previously 60+ days past due) | 1.50% of UPB – Minimum: $500; Maximum: $5,000 |
| Short Payoff (Refinance or Note Sale) | 1.25% of UPB – Minimum: $500; Maximum: $5,000 |
| Modifications[2] | 1.50% of UPB |
| Payment Plan or other workouts | 0.75% of UPB |
| Short Sale[3] | 1.50% of Sales Price – Minimum: $500; Maximum: $5,000 |
| Deed in Lieu | 0.5% of UPB – Minimum: $500; Maximum: $3,000 |
| REO Disposition[4] | 1.00% of Sales Price – Minimum: $750; Maximum: $5,000 |

---

[1]      To earn the no contact incentive fee, the Subservicer must take a no contact account and establish productive contact with the borrower (even if that productive contact does not result in a workout).
[2]      In order for the Subservicer to earn the modification incentive fee, the borrower must remain current for 12 months post-modification.
[3]      The short sale incentive fee will be reduced if the Subservicer is able to collect a referral or transaction management fee from the listing broker.
[4]      The REO incentive fee will be targeted at 1% of REO sale price, but will vary based on time to liquidation and the percent of market value received.  Additionally, this fee will be reduced if the Subservicer is able to collect a referral or transaction management fee from the listing broker.

**Exhibit F**

**Fee Schedule for Institutional Investors' Counsel**

1. On a current, monthly basis following the Signing Date, Bank of America shall pay the reasonable out-of-pocket costs incurred after the Signing Date by Gibbs & Bruns LLP, as the Institutional Investors' counsel, in fulfilling the Institutional Investors' obligations in connection with the Institutional Investor Agreement, including without limitation any reasonable fees and out-of-pocket costs incurred by the Institutional Investors' local counsel retained in connection with the Intervention contemplated by the Institutional Investor Agreement.

2. Within thirty (30) days of the Approval Date, Bank of America shall pay the total sum of eighty-five million dollars ($85,000,000.00) to Gibbs & Bruns LLP as attorneys' fees (and for pre-Signing Date out-of-pocket costs) for the Institutional Investors' counsel; provided that if any Covered Trusts become Excluded Covered Trusts, such fees will be reduced by a percentage amount equal to the percentage of the unpaid principal balance (as of the last Trustee report before the Approval Date) of all 530 Covered Trusts contained in such Excluded Covered Trusts. For purposes of calculating the percentage of unpaid principal balance for any Excluded Covered Trusts in connection with this paragraph, the unpaid principal balance of any Covered Trust that became an Excluded Covered Trust at the election of Bank of America or Countrywide pursuant to Paragraph 3(d)(iv) of the Settlement Agreement shall be excluded. This payment of attorneys' fees shall not be deducted or credited in any way against, and is over and above, the Settlement Payment.

**Exhibit B**



Kathy D. Patrick
kpatrick@gibbsbruns.com
713.751.5253

June 23, 2011

BNY Mellon, Trustee
c/o Mr. Robert Bailey
One Wall Street
New York, NY

Re:   Proposed Settlement of Claims by Certain Countrywide-issued RMBS Trusts

Dear Mr. Bailey:

Gibbs & Bruns LLP has been retained by the institutions listed on the attached Exhibit "A" to act on their behalf to pursue contract claims arising from Pooling and Servicing Agreements (PSAs) governing residential mortgage-backed securities trusts issued by affiliates of Countrywide Home Loans, Inc. or Countrywide Financial Corporation (collectively the "Countrywide RMBS Trusts" or "Trusts"). Specifically, our clients retained us to pursue repurchase claims relating to ineligible Mortgage Loans[1] securitized in the Trusts and claims relating to deficient servicing of those Mortgage Loans by Bank of America Home Loan Servicing, L.P., the Master Servicer (collectively, the "Trust Claims"). Our clients have previously advised you that they hold Voting Rights in 502 of the 530 Trusts listed on Exhibit "B." BNY Mellon serves as Trustee for these Trusts.

We, and our clients, understand that Bank of America Corporation, Countrywide and the Master Servicer are willing to settle the Trust Claims for *all* of the CW RMBS Trusts listed on Exhibit B. The terms of the proposed settlement are described in full in the attached final for execution copy of the Settlement Agreement. Our clients participated in negotiating this settlement by and through their counsel.

---

[1] Unless otherwise indicated, capitalized terms have the meaning assigned to them in the relevant PSAs.

On behalf of all of our clients except Freddie Mac,[2] we ask BNY to exercise its independent business judgment to accept the settlement on the Trusts' behalf. Though this is not a binding instruction from our clients, our clients believe the settlement is in the best interests of all of the Trusts included in the settlement, so they urge the Trustee to accept it.

Very truly yours,

Kathy Patrick

cc:   Mr. Stephen Ahrens (Blackrock)
      Mr. Cory Nass (Kore Advisors)
      Ms. Stephanie Heller (Federal Reserve Bank of New York)
      Mr. Kevin Finnegan (MetLife)
      Mr. Sean Plater (TCW)
      Mr. Paul deFrancisci (Neuberger Berman Europe Limited)
      Mr. Rick LeBrun (PIMCO)
      Mr. Francis Chlapowski (Goldman Sachs Asset Management)
      Mr. Duane Nelson (TIAA-CREF)
      Mr. Jeffrey Kupor (Invesco)
      Ms. Tina Smith (Thrivent Financial)
      Mr. Frank Damerow (LBBW)
      Mr. Steffen Nies (LBBW Asset Management (Ireland) plc, Dublin)
      Ms. Kristine Wellman (ING Bank fsb)
      Mr. Tim Meehan (ING Capital LLC)
      Mr. Paul Howell (ING Investment Management LLC)
      Ms. Maureen Cronin (New York Life)
      Ms. Marie Malloy (Nationwide Mutual Insurance Company)
      Mr. Clint Woods (AEGON USA)
      Mr. Reggie O'Shields (Federal Home Loan Bank of Atlanta)
      Ms. Lorraine Briganti (Bayerische Landesbank)
      Mr. Robert Lawrence (Prudential Investment Management, Inc.)
      Mr. Stephen Venable (Western Asset Management Company)
      Mr. Robert Bostrom (Freddie Mac)

---

[2] Freddie Mac takes no position at this time concerning our request that the Trustee accept the settlement. Final decision-making authority concerning Freddie Mac's assets resides in its Conservator, the Federal Housing Finance Administration (FHFA).

## Exhibit "A" – List of Clients of Gibbs & Bruns LLP

1. BlackRock Financial Management Inc. and its advisory affiliates
2. Kore Advisors, L.P.
3. Maiden Lane, LLC; Maiden Lane II, LLC; and Maiden Lane III, LLC by Federal Reserve Bank of New York, as managing member
4. Metropolitan Life Insurance Company
5. Trust Company of the West and affiliated companies controlled by The TCW Group, Inc.
6. Neuberger Berman Europe Limited
7. PIMCO Investment Management Company LLC
8. Goldman Sachs Asset Management, L.P., as adviser to its funds and accounts
9. Teachers Insurance and Annuity Association of America
10. Invesco Advisers, Inc.
11. Thrivent Financial for Lutherans
12. Landesbank Baden-Wuerttemberg
13. LBBW Asset Management (Ireland) plc, Dublin
14. ING Bank fsb
15. ING Capital LLC
16. ING Investment Management LLC
17. New York Life Investment Management LLC, as investment manager
18. Nationwide Mutual Insurance Company and its affiliated companies
19. AEGON USA Investment Management LLC, authorized signatory for Transamerica Life Insurance Company, AEGON Financial Assurance Ireland Limited, Transamerica Life International (Bermuda) Ltd., Monumental Life Insurance Company, Transamerica Advisors Life Insurance Company, AEGON Global Institutional Markets, plc, LIICA Re II, Inc.; Pine Falls Re, Inc., Transamerica Financial Life Insurance Company, Stonebridge Life Insurance Company, and Western Reserve Life Assurance Co. of Ohio.
20. Federal Home Loan Bank of Atlanta
21. Bayerische Landesbank, acting through its New York Branch
22. Prudential Investment Management, Inc.
23. Western Asset Management Company
24. Federal Home Loan Mortgage Corporation

| Exhibit "B" – List of Covered Trusts |
| --- |

| | | |
| --- | --- | --- |
| CWALT 2004-10CB | CWALT 2005-18CB | CWALT 2005-65CB |
| CWALT 2004-12CB | CWALT 2005-1CB | CWALT 2005-66 |
| CWALT 2004-13CB | CWALT 2005-2 | CWALT 2005-67CB |
| CWALT 2004-14T2 | CWALT 2005-20CB | CWALT 2005-69 |
| CWALT 2004-15 | CWALT 2005-21CB | CWALT 2005-6CB |
| CWALT 2004-16CB | CWALT 2005-23CB | CWALT 2005-70CB |
| CWALT 2004-17CB | CWALT 2005-24 | CWALT 2005-71 |
| CWALT 2004-18CB | CWALT 2005-25T1 | CWALT 2005-72 |
| CWALT 2004-20T1 | CWALT 2005-26CB | CWALT 2005-73CB |
| CWALT 2004-22CB | CWALT 2005-27 | CWALT 2005-74T1 |
| CWALT 2004-24CB | CWALT 2005-28CB | CWALT 2005-75CB |
| CWALT 2004-25CB | CWALT 2005-29CB | CWALT 2005-76 |
| CWALT 2004-26T1 | CWALT 2005-30CB | CWALT 2005-77T1 |
| CWALT 2004-27CB | CWALT 2005-31 | CWALT 2005-79CB |
| CWALT 2004-28CB | CWALT 2005-32T1 | CWALT 2005-7CB |
| CWALT 2004-29CB | CWALT 2005-33CB | CWALT 2005-80CB |
| CWALT 2004-2CB | CWALT 2005-34CB | CWALT 2005-82 |
| CWALT 2004-30CB | CWALT 2005-35CB | CWALT 2005-83CB |
| CWALT 2004-32CB | CWALT 2005-36 | CWALT 2005-84 |
| CWALT 2004-33 | CWALT 2005-37T1 | CWALT 2005-85CB |
| CWALT 2004-34T1 | CWALT 2005-38 | CWALT 2005-86CB |
| CWALT 2004-35T2 | CWALT 2005-3CB | CWALT 2005-9CB |
| CWALT 2004-36CB | CWALT 2005-4 | CWALT 2005-AR1 |
| CWALT 2004-3T1 | CWALT 2005-40CB | CWALT 2005-IM1 |
| CWALT 2004-4CB | CWALT 2005-41 | CWALT 2005-J10 |
| CWALT 2004-5CB | CWALT 2005-42CB | CWALT 2005-J11 |
| CWALT 2004-6CB | CWALT 2005-43 | CWALT 2005-J12 |
| CWALT 2004-7T1 | CWALT 2005-44 | CWALT 2005-J13 |
| CWALT 2004-8CB | CWALT 2005-45 | CWALT 2005-J14 |
| CWALT 2004-9T1 | CWALT 2005-46CB | CWALT 2005-J3 |
| CWALT 2004-J10 | CWALT 2005-47CB | CWALT 2005-J4 |
| CWALT 2004-J11 | CWALT 2005-48T1 | CWALT 2005-J5 |
| CWALT 2004-J12 | CWALT 2005-49CB | CWALT 2005-J6 |
| CWALT 2004-J13 | CWALT 2005-50CB | CWALT 2005-J7 |
| CWALT 2004-J2 | CWALT 2005-51 | CWALT 2005-J8 |
| CWALT 2004-J3 | CWALT 2005-53T2 | CWALT 2005-J9 |
| CWALT 2004-J5 | CWALT 2005-54CB | CWALT 2006-11CB |
| CWALT 2004-J6 | CWALT 2005-55CB | CWALT 2006-12CB |
| CWALT 2004-J7 | CWALT 2005-56 | CWALT 2006-13T1 |
| CWALT 2004-J8 | CWALT 2005-57CB | CWALT 2006-14CB |
| CWALT 2004-J9 | CWALT 2005-58 | CWALT 2006-15CB |
| CWALT 2005-10CB | CWALT 2005-59 | CWALT 2006-16CB |
| CWALT 2005-11CB | CWALT 2005-60T1 | CWALT 2006-17T1 |
| CWALT 2005-14 | CWALT 2005-61 | CWALT 2006-18CB |
| CWALT 2005-16 | CWALT 2005-63 | CWALT 2006-19CB |
| CWALT 2005-17 | CWALT 2005-64CB | CWALT 2006-20CB |

| | | |
|---|---|---|
| CWALT 2006-21CB | CWALT 2006-OA14 | CWALT 2007-9T1 |
| CWALT 2006-23CB | CWALT 2006-OA16 | CWALT 2007-AL1 |
| CWALT 2006-24CB | CWALT 2006-OA17 | CWALT 2007-HY2 |
| CWALT 2006-25CB | CWALT 2006-OA18 | CWALT 2007-HY3 |
| CWALT 2006-26CB | CWALT 2006-OA2 | CWALT 2007-HY4 |
| CWALT 2006-27CB | CWALT 2006-OA21 | CWALT 2007-HY6 |
| CWALT 2006-28CB | CWALT 2006-OA22 | CWALT 2007-HY7C |
| CWALT 2006-29T1 | CWALT 2006-OA3 | CWALT 2007-HY8C |
| CWALT 2006-2CB | CWALT 2006-OA6 | CWALT 2007-HY9 |
| CWALT 2006-30T1 | CWALT 2006-OA7 | CWALT 2007-J2 |
| CWALT 2006-31CB | CWALT 2006-OA8 | CWALT 2007-OA11 |
| CWALT 2006-32CB | CWALT 2006-OA9 | CWALT 2007-OA2 |
| CWALT 2006-33CB | CWALT 2006-OC1 | CWALT 2007-OA3 |
| CWALT 2006-34 | CWALT 2006-OC10 | CWALT 2007-OA4 |
| CWALT 2006-35CB | CWALT 2006-OC11 | CWALT 2007-OA6 |
| CWALT 2006-36T2 | CWALT 2006-OC2 | CWALT 2007-OA7 |
| CWALT 2006-39CB | CWALT 2006-OC3 | CWALT 2007-OA8 |
| CWALT 2006-40T1 | CWALT 2006-OC4 | CWALT 2007-OA9 |
| CWALT 2006-41CB | CWALT 2006-OC5 | CWALT 2007-OH1 |
| CWALT 2006-42 | CWALT 2006-OC6 | CWALT 2007-OH2 |
| CWALT 2006-43CB | CWALT 2006-OC7 | CWALT 2007-OH3 |
| CWALT 2006-45T1 | CWALT 2006-OC8 | CWHEL 2006-A |
| CWALT 2006-46 | CWALT 2006-OC9 | CWHEL 2007-G |
| CWALT 2006-4CB | CWALT 2007-10CB | CWHL 2004-11 |
| CWALT 2006-5T2 | CWALT 2007-11T1 | CWHL 2004-12 |
| CWALT 2006-6CB | CWALT 2007-12T1 | CWHL 2004-13 |
| CWALT 2006-7CB | CWALT 2007-13 | CWHL 2004-14 |
| CWALT 2006-8T1 | CWALT 2007-14T2 | CWHL 2004-15 |
| CWALT 2006-9T1 | CWALT 2007-16CB | CWHL 2004-16 |
| CWALT 2006-HY10 | CWALT 2007-17CB | CWHL 2004-18 |
| CWALT 2006-HY11 | CWALT 2007-18CB | CWHL 2004-19 |
| CWALT 2006-HY12 | CWALT 2007-19 | CWHL 2004-2 |
| CWALT 2006-HY13 | CWALT 2007-1T1 | CWHL 2004-20 |
| CWALT 2006-HY3 | CWALT 2007-20 | CWHL 2004-21 |
| CWALT 2006-J1 | CWALT 2007-21CB | CWHL 2004-22 |
| CWALT 2006-J2 | CWALT 2007-22 | CWHL 2004-23 |
| CWALT 2006-J3 | CWALT 2007-23CB | CWHL 2004-24 |
| CWALT 2006-J4 | CWALT 2007-24 | CWHL 2004-25 |
| CWALT 2006-J5 | CWALT 2007-25 | CWHL 2004-29 |
| CWALT 2006-J6 | CWALT 2007-2CB | CWHL 2004-3 |
| CWALT 2006-J7 | CWALT 2007-3T1 | CWHL 2004-5 |
| CWALT 2006-J8 | CWALT 2007-4CB | CWHL 2004-6 |
| CWALT 2006-OA1 | CWALT 2007-5CB | CWHL 2004-7 |
| CWALT 2006-OA10 | CWALT 2007-6 | CWHL 2004-HYB1 |
| CWALT 2006-OA11 | CWALT 2007-7T2 | CWHL 2004-HYB2 |
| CWALT 2006-OA12 | CWALT 2007-8CB | CWHL 2004-HYB3 |