UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BANKERS INSURANCE COMPANY, et al., )
)
    Plaintiffs, )
)
vs. )
) Case No.: 8:11-CV-01630-EAK-MAP
COUNTRYWIDE FINANCIAL CORP., et al., ) Honorable Elizabeth A. Kovachevich
)
    Defendants. )
_____/

### ORDER OF DISMISSAL WITH PREDUDICE

Pursuant to Plaintiffs' Notice of Voluntary Dismissal With Prejudice ("Notice of Dismissal") filed September 5, 2012, and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed with prejudice as to Plaintiffs only and without any preclusive effect upon any other certificateholders, including all claims asserted in the Complaint filed on July 22, 2011, and the Amended Complaint filed on December 19, 2011. Pursuant to the Notice of Dismissal, Plaintiffs expressly waive any and all rights of appeal in the above-captioned action, and each party shall bear its own costs and attorneys' fees.

**DONE AND ORDERED** in Chambers at Tampa, Florida, this 27th day of September, 2012.

THE HONORABLE ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT COURT JUDGE